IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATED OF AMERICA *ex rel.*, TIFFANY MONTCRIEFF, *et al.*, | § | |
| | § | |
| Relators, Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 5:17-CV-00317-XR |
| | § | |
| PERIPHERAL VASCULAR ASSOCIATES, P.A., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION**

ON THIS DATE the Court considered Defendant Peripheral Vascular Associates, P.A.'s Motion for Reconsideration of the Court's May 9, 2019 Order denying in part Defendant's Motion to Dismiss. After considering the pleadings on file, it is the opinion of this Court that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the Court dismisses with prejudice this civil action under the False Claims Act ("FCA") and the remaining employment retaliation claims under the FCA, the Texas Medicare Fraud Prevention Act ("TMFPA"), and the Family and Medical Leave Act ("FMLA").

It is SO ORDERED this the _________ day of _______________________ 2019.

_____________________________________
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE