# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel., TIFFANY MONTCRIEFF, et al.,** | § | |
| | § | |
| **Relators, Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 5:17-CV-00317-XR** |
| | § | |
| **PERIPHERAL VASCULAR ASSOCIATES, P.A.,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**<u>DECLARATION OF KATHERINE BRITT</u>**

STATE OF TEXAS )
) ss
COUNTY OF BEXAR )

1. I am the Vice President of Operations at Peripheral Vascular Associates, P.A. ("PVA").

2. In my position, I am responsible for assisting the practice with clinical operations.

3. Vascular studies have two components, the technical component and the professional component. The technical component is performing the ultrasound, and the professional component is a physician reading the ultrasound. The technical and professional components can be billed separately or combined together into a "global" bill.

4. Vascular studies performed at PVA locations are done by an order of a PVA physician or outside, referring physician, which are documented in the patient's medical record.

5. PVA physicians read and interpret studies performed at PVA offices and at hospitals.

6. Vascular studies performed at PVA locations are done by either a physician or registered vascular technologist ("RVT").

7. The technical component for studies performed at hospitals are billed by the hospital.

8. The technical component for studies performed at PVA are billed by PVA.

9. PVA physicians are also treating physicians for most of the patients who receive vascular studies at PVA, meaning the PVA physician sees the patient in the office to treat him or her.

10. PVA adopted Medstreaming in 2014 as its picture archiving and communications system ("PACS") to streamline imaging storage and retrieval—the specific purpose of a PACS—and to manage workflow.

11. PVA invested thousands of dollars and heavily modified the Medstreaming system to create a cartooned image report that is easier for referring physicians, providers, health care workers, and patients to understand.

12. Every vascular study has a formal Medstreaming report.

13. There are many ways in which a physician reviews the results of a vascular study when it is performed: the physician may be in the room where the ultrasound is performed, printouts of studies called waveforms are brought to the physician to review with the patient, and technologists provide the physician with completed worksheets, and preliminary reports depicting the results of the vascular ultrasound study.

14. In addition to the Medstreaming report, results of vascular tests are communicated in various ways including direct conversations with patients, calls to referring physicians, letters

to referring physicians and even providing the patient with a copy of the results at the time of the visit.

15. Some vascular studies performed at PVA locations are done without a PVA physician seeing and treating the patient ("Lab Only" studies). Those studies are typically performed for another physician who is treating the patient.

16. PVA uses Allscripts Clinical Module ("Allscripts CM") as its electronic medical records system. PVA uses billing software called Allscripts Practice Management ("APM").

17. A patient's medical record is contained in Allscripts CM, and includes patient history, physical exam, and the physician's assessment and plan.

18. The medical records for patients seen by PVA physicians contain documentation of physician interpretations of vascular studies performed by PVA.

19. Documents attached as Exhibit 1 to this Declaration are true and accurate copies of medical records from Allscripts CM, billing records from Allscripts PM, and the report from Medstreaming for a vascular study and evaluation and management ("E/M") services on December 14, 2016, for Patricia Dalton.

20. Documents attached as Exhibit 2 to this Declaration are true and accurate copies of medical records from Allscripts CM, billing records from Allscripts PM, and the report from Medstreaming for a vascular study and E/M services on March 16, 2016, for Leonard Biemer.

21. Documents attached as Exhibit 3 to this Declaration are true and accurate copies of medical records from Allscripts CM, billing records from Allscripts PM, and the report from Medstreaming for a vascular study and E/M services on September 6, 2017, for Elizabeth Jones.

22. Documents attached as Exhibit 4 to this Declaration are true and accurate copies of medical records from Allscripts CM, billing records from Allscripts PM, and the report from Medstreaming for a vascular study and E/M services on June 26, 2015, for Irene Wiedner.

23. Documents attached as Exhibit 5 to this Declaration are true and accurate copies of medical records from Allscripts CM, billing records from Allscripts PM, and the report from Medstreaming for a vascular study and E/M services on March 30, 2015, for Beth Eidelberg.

24. Documents attached as Exhibit 6 to this Declaration are true and accurate copies of medical records from Allscripts CM, billing records from Allscripts PM, and the report from Medstreaming for a vascular study and E/M services on June 13, 2018, for Marie Moreno.

a. The last page of Exhibit 6 is a copy of a worksheet completed by the vascular technologist (also called the sonographer) at the time of the vascular study, provided to the physician, and stored in Medstreaming.

25. Documents attached as Exhibit 7 to this Declaration are true and accurate copies of medical records from Allscripts CM, billing records from Allscripts PM, and the report from Medstreaming for a vascular study and E/M services on July 19, 2018, for Patricia Gutting.

a. The last page of Exhibit 7 is a copy of the waveform report that is generated at the time of the vascular study, provided to the physician, and stored in Medstreaming.

26. Documents attached as Exhibit 8 to this Declaration are true and accurate copies of medical records from Allscripts CM, billing records from Allscripts PM, and the report from Medstreaming for a vascular study and E/M services on June 17, 2019, for Lilia Trevino.

27. Documents attached as Exhibit 9 to this Declaration are true and accurate copies of medical records from Allscripts CM, billing records from Allscripts PM, and the report from Medstreaming for a vascular study and E/M services on August 7, 2019, for Franklin Fletcher.

28. The physician notes in the Allscripts CM medical record for each patients in Exhibits 1-9 reflect documentation of the physician's interpretation of the vascular studies performed for each patient, and each medical record was signed before the vascular studies were billed to Medicare. The physicians' interpretation of vascular studies is highlighted in each record.

29. The Medstreaming reports for the vascular studies performed on the patients in Exhibits 1-9 were signed after the vascular studies were billed to Medicare.

30. The Office of Inspector General for the Department of Health and Human Services ("OIG") issued a subpoena to PVA on June 19, 2018, for medical and business records. A true and correct copy of that subpoena is attached as Exhibit 10.

31. As part of its subpoena, the OIG sought medical records for a specific list of patients identified by name and date of birth.

32. On August 21, 2018, PVA produced more than 50,000 pages of documents to the OIG and DOJ, including 414 patient files requested by the OIG.

33. Following the production of documents and medical records, representatives of PVA, including me, met with the OIG Special Agent Thomas Gonzalez, Department of Justice ("DOJ") attorney Sean O'Connell, and Department of Defense Special Agent Melodie Jones to discuss the patient files and PVA's practices.

34. At no time has any Government agency demanded or requested that PVA return federal funds received for vascular studies that were billed before a Medstreaming report was signed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2020.

Katherine Britt

Katherine Britt

# EXHIBIT 1

PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

Peripheral Vascular Associates
Downtown
111 Dallas Street, Suite 200A
San Antonio, TX 78205
☎ : (210) 225-6508
Fax : (210) 253-3459

Patient Name: Patricia A. Dalton | Gender: Female | DOB: 10/18/1930 (89 years)

**Date of Encounter:** 12/14/2016 **Usual Caregiver:** Daniel D. Tamez

| Care Team | Role | Specialty | Phone |
|---|---|---|---|
| Amy E. Shivone, MD | Primary Care Physician | | (210) 704-0101 |
| Jeannie A. Baquero, MD | Referral/Consult | Endocrinologist | (210) 223-5483 |
| William C. Smith, MD | Referral/Consult | Otolaryngology | (210) 967-7377 |
| Amy E. Shivone, MD | Referral/Consult | | (210) 704-0101 |

## History of Present Illness

The patient is a 86 year old female who presents for carotid artery disease.This is the initial office visit (patient states that she was referred through her pcp for evaluation of her carotid arteries.) The patient denies stroke, amaurosis fugax or numbness. Previous treatment for the carotid stenosis include aspirin and cholesterol lowering agents. The patient has not had any previous carotid surgeries. Previous diagnostic tests include carotid ultrasound exam.

**Allergy**
- No Known Drug Allergies (11/28/2016)
- Allergies Reconciled (12/14/2016)

**Past Medical**
- Essential hypertension
- Other hyperlipidemia

**Social**
- Drug Use - Never used
- Alcohol Use - Current - Occasional
- Marital status - Widowed
- Tobacco Use - Never smoker

**Medications**
- AmLODIPine Besylate (5MG Tablet 1 Oral daily) Active - Hx Entry.
- ASA 81 mg daily (1 Oral daily) Active - Hx Entry.
- Atorvastatin Calcium (20MG Tablet 1 Oral at bedtime) Active - Hx Entry.
- Losartan Potassium-HCTZ (100-25MG Tablet 1 Oral daily) Active - Hx Entry.
- Metoprolol Tartrate (25MG Tablet 1 Oral two times daily) Active - Hx Entry.
- Potassium Chloride ER (20MEQ Tablet ER 1 Oral daily) Active - Hx Entry.
- Medications Reconciled Specific strength unknown - Active - Hx Entry. (per patient med list 12/14/16)

**Family**
- Heart Disease - Father, Paternal Grandfather
- Father - - Deceased: 67 of MI

**Past Surgical**
- Breast Surgery - (1968)
- Hysterectomy - (1977)
- Cholecystectomy - (01/01/1980)
- Retina repair - Bilateral (1985) 1986, Dr. Willerson
- Hip Replacement, Total - Bilateral (1994) 1996, Dr. Trick

**Diagnostic Studies**
- Stress Test (1985) Normal

## Review of Systems

**General** Not Present- Fever, Malaise, Weight Gain and Weight Loss.
**Skin** Not Present- Bruising, Change in color of toes or fingers, Rash, Redness on legs and Ulcer.
**HEENT** Not Present- Headache, Hearing Loss, Hoarseness, Swallowing difficulty, Transient Visual Loss and Vertigo.
**Neck** Not Present- Neck Mass and Neck Pain.
**Respiratory** Not Present- Cough, Shortness of breath and Wheezing.
**Cardiovascular** Not Present- Chest Pain, Leg Pain and/or Swelling, Palpitations, Phlebitis, Swelling of Extremities and Varicose veins.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Back Pain and Joint Pain.
**Neurological** Not Present- Dizziness, Numbness, Paralysis, Slurred speech and Stroke.
**Psychiatric** Not Present- Anxiety and Depression.
**Endocrine** Not Present- Diabetes and Thyroid Problems.
**Hematology** Not Present- Anemia, Blood Clots and Prolonged Bleeding.

**[-???-]**

**Pulse:** 55 (Regular)
**BP:** 186/74 Electronic (Sitting, Right Arm, Standard)

**Weight:** 150 lb **Height:** 66 in **[-???-]**
**Body Mass Index:** 24.21 kg/m²
**Pulse:** 58 (Regular)
**BP:** 178/77 Electronic (Sitting, Left Arm, Standard)

## Physical Exam

**General**
**The patient is** - not in distress, ambulating without assistance and unaccompanied.

**Head and Neck**
**Examination of the neck reveals** - no thyromegaly, the trachea is midline, no right carotid bruit, no left carotid bruit, no jugular venous distention, no cervical lymphadenopathy, No neck mass is palpated..

**Chest and Lung Exam**
**Respiratory exam shows** - lungs are clear to auscultation bilaterally and quiet, even and easy respiratory effort with no use of accessory muscles.

**Cardiovascular**
**Cardiovascular exam reveals** - normal rate, normal rhythm, No murmur is auscultated.

**Abdomen**
**Abdominal exam shows** - abdomen is not distended and is nontender to deep palpation, no pulsatile abdominal masses, no evidence of hepatomegaly.

**Peripheral Vascular**
**Lower Extremity**
**General - Left -** palpable femoral artery, palpable popliteal artery, palpable dorsalis pedis artery, palpable posterior tibial artery, lower extremities are warm to touch and normal capillary refill, no edema, no hyperpigmentation, no inguinal lymphadenopathy. **Right -** palpable femoral artery, palpable popliteal artery, palpable dorsalis pedis artery, palpable posterior tibial artery, lower extremities are warm to touch and normal capillary refill, no edema, no hyperpigmentation, no inguinal lymphadenopathy.
**Upper Extremity**
**General - Left -** palpable radial artery and normal hand temperature and capillary refill. **Right -** palpable radial artery and normal hand temperature and capillary refill.

**Neurologic**
**Neurologic exam reveals** - normal mood and appropriate affect, oriented to person, place, and time, II - XII grossly intact and motor and sensation is intact to bilateral upper and lower extremities.

**Assessment & Plan**

Occlusion and stenosis of bilateral carotid arteries (I65.23)
**Plans:**
Current Medications Documented (G8427) Routine ()
Aspirin or other antithrombotic therapy used (G8598) Routine ()
Non-User of Tobacco (1036F) Routine ()
Documented Care Plan Not Available (1124F) Routine ()
Patient Education: Carotid Artery Disease *: artery disease
How to access health information online
Schedule carotid ultrasound before next office visit.
Follow up in 1 year

Essential hypertension (I10)
**Plans:**

Other hyperlipidemia (E78.49)
**Plans:**

*Ms. Dalton is a 86 yo female with DM, HTN presents for evaluation of asymptomatic carotid stenosis. She has never had any TIA's or strokes, she had carotid ultrasound today that showed L: 1-39% and R: 40-59%. I reviewed the results with the patient. She is already on statin and ASA. She will return to see me in one year with repeat carotids.*

*I, Dr. Jesus Matos, personally performed the services described in this documentation, as scribed by Eric Wilson, M.A., in my presence, and reviewed by me.*

***Medical Decision Making***

## Procedures

**Current Medications Documented (G8427)** *Performed: 12/14/2016 (Ordered)*
**Aspirin or other antithrombotic therapy used (G8598)** *Performed: 12/14/2016 (Ordered)*
**Non-User of Tobacco (1036F)** *Performed: 12/14/2016 (Ordered)*
**Documented Care Plan Not Available (1124F)** *Performed: 12/14/2016 (Ordered)*

*Signed electronically by Jesus Matos, MD 12/16/2016*

# Peripheral Vascular Associates, P.A.

**PO BOX 276 San Antonio TX 782910276**
**Tel: (210) 828-2503 Fax: (210) 828-0590**

**ACCOUNT INQUIRY** **08/18/2020 11:45 AM (CST)**

**Account# 988050**

Guarantor Information:

Patricia A Dalton
7922 Kings Beach
San Antonio, TX 78209

Home Tel#: (210) 824-5055
Work Tel#:

Patient Information:
Patient# 988050

Patricia A Dalton
7922 Kings Beach
San Antonio, TX 78209

Home Tel#: (210) 824-5055
Work Tel#:

| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|---|---|---|---|---|---|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | $0.00 |
| | | | | Total Balance: | $0.00 |

| | Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 12/14/2016 | 9799410 | IGNADIAN | $508.00 | $508.00 | $0.00 | USALIF | Medical | 12/16/2016 | 0 | Patricia A Dalton |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DT | Lab | DT | SHIVAMY | ytoledo121516Ch | Updated | 12/16/2016 | Patricia A Dalton | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 9799410 | Electronic | MATOJES | | 9799410 | MEDICARE | 12/16/2016 | Electronic |

| | Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 12/14/2016 | 93880 | | Dup Scan Xtrc Art Compl Bi Std | I65.23 | Occlusion and stenosis of bilateral carotid arteries | MEDICAL | 1.00 | $508.00 | $508.00 | $0.00 |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| 433.10 | Oclsn, carotid artery w/o infrct | 433.30 | Oclsn, mlt precer artery w/o infrct | | | | |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03/2017 | 894881421 | Medical | MEDICARE | Medicare Payment | $141.52 | | | MCARE894881421CN | Updated | 01/04/2017 | | | |
| 01/03/2017 | 894881421 | Medical | MEDICARE | Medicare Adjustment | $327.49 | | | MCARE894881421CN | Updated | 01/04/2017 | | | |
| 01/03/2017 | 894881421 | Medical | MEDICARE | 2% Reduction | $2.89 | | | MCARE894881421CN | Updated | 01/04/2017 | | | |
| 01/03/2017 | 894881421 | Medical | MEDICARE | Medicare Transfer | | USALIF | $36.10 | MCARE894881421CN | Updated | 01/04/2017 | | | |
| 01/24/2017 | 1923978359 | Medical | USALIF | Commercial Insurance Payment | $36.10 | | | IggUSAA1923978359 | Updated | 01/25/2017 | | | |

Peripheral Vascular Associates
DOCTORS OF ARTERIES & VEINS

Downtown
111 Dallas Street, Suite 200A
San Antonio, TX 78205
Phone: (210) 225-6508
Fax: (210) 253-3467

# Cerebrovascular Duplex Scan

**Patient**: Dalton, Patricia **DOB**: 10/18/1930 **Age**: 86y **Sex**: Other
**MRN**: 988050 **ICD9**: I65.23 **CPT**: 93880 **Room**:
**Referring**: Shivone, Amy MD **Sonographer:** Igna, Diana **DOS**: 12/14/2016
**Indications:** Evaluate for carotid artery stenosis. Patient is right handed. Patient has no complaints.

## Impressions:

**Right:** Mild stenosis, 40-59%, in the internal carotid artery. Antegrade flow in the vertebral artery. No previous study for comparison.

**Left:** Minimal stenosis, 1-39%, in the internal carotid artery. Antegrade flow in the vertebral artery. No previous study for comparison.

| | Right | 40-59% | | Left | 1-39% | |
|---|---|---|---|---|---|---|
| | PSV | EDV | PLAQUE | PSV | EDV | PLAQUE |
| D.ICA | 75 | 18 | | 63 | 17 | |
| M.ICA | 74 | 21 | | 98 | 23 | |
| P. ICA | 133 | 24 | Heterogeneous | 83 | 11 | Heterogeneous |
| D. CCA | 51 | 12 | None | 73 | 18 | None |
| M. CCA | 50 | 10 | None | 71 | 15 | None |
| P.CCA | 49 | 12 | None | 94 | 14 | None |
| ECA | 127 | 0 | Heterogeneous | 107 | 0 | |
| VERT | 61 | 14 | | 60 | 14 | |
| ICA /CCA Ratio | 2.7 | | | 1.4 | | |
| Vertebral Flow | Antegrade | | | Antegrade | | |




**Velocity Criteria**
1-39% = <110 systolic, <40 end diastolic
40-59% = ≥110 systolic, <40 end diastolic
60-79% = >130 systolic, ≥ 40 end diastolic
80-99% = >250 systolic, ≥ 100 end diastolic

**Ratio Criteria**
0-49% = <2
50-69% = ≥2, <3.3
70-99% = ≥ 3.3

Reading/Performing: Matos, Jesus Electronically signed on 12/27/2016 08:42:15.

# EXHIBIT 2

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

Peripheral Vascular Associates
Pavilion Practice Location
4330 Medical Drive
San Antonio, TX 78229
☎ : (210) 614-7414
Fax : (210) 616-0509

Patient Name: Leonard J. Biemer | Gender: Male | DOB: 10/16/1932 (87 years)

**Date of Encounter:** 03/16/2016 **Usual Caregiver:** Boulos Toursarkissian

| Care Team | Role | Specialty | Phone |
|---|---|---|---|
| Edward R. Rashid, MD | Opthalmologist | Ophthalmology | (210) 340-1212 |
| Mark L. Canales, MD | Cardiologist | Cardiology | (210) 949-0304 |
| Alaina D. Hallmark, MD | Primary Care Physician | | (210) 735-5225 |

## History of Present Illness

The patient is a 83 year old male who presents for carotid artery disease. This is a follow up visit for stenosis of the left and right carotid system. The patient was last seen 1 years ago. The symptoms include - (a "zig zag" sensation in both eyes), and the patient denies transient ischemic attack, visual disturbances, speech disturbances or partial paralysis. The carotid stenosis is reported as moderate. Previous treatment for the carotid stenosis include aspirin and cholesterol lowering agents. The patient has not had any previous carotid surgeries. Previous diagnostic tests include carotid ultrasound exam. Note for "Carotid stenosis": Mr. Biemer continues to have occasional scintillating scotomata.

## Health Maintenance/Physicians

CARDIOLOGYMark L. Canales, M.D. 210-949-0304

PCPDr Edward R Sargent 210-949-2205

REFERRINGOpthamologist: Dr Joel Taylor 210-615-8451

**Allergy**
- Allergy Hx Reviewed - No Changes
- No Known Drug Allergies (03/16/2016)

**Past Medical**
- Carotid stenosis, bilateral
- Essential hypertension
- Hypercholesterolemia
- Coronary artery disease
- History of tobacco use

**Other Medical History**
- Colon cancer
- Arthropathy
- TIA (transient ischemic attack)

**Social**
- Marital status - Married
- Current Work/Study Status - Retired
- Alcohol Use - Current
- Tobacco Use - Former smoker - smoked 20 cigarettes per day for 8yrs. Quit: 1950's

**Medications**
Losartan Potassium-HCTZ (100-25MG Tablet Oral daily) Active - Hx Entry.
AmLODIPine Besylate (10MG Tablet Oral daily) Active - Hx Entry.
Simvastatin (40MG Tablet Oral daily) Active - Hx Entry.
Metoprolol Succinate ER (25MG Tablet ER 24HR 1 Oral every morning) Active - Hx Entry.
Plavix (1 Oral every morning) Active - Hx Entry.
Aspirin (81MG Tablet DR Oral) Active - Hx Entry.
Calcium + D (600-800w Oral daily) Specific strength unknown - Active - Hx Entry. (twice daily)
Vitamin B Complex ( Oral daily) Active - Hx Entry.
Vitamin C ( daily) Active - Hx Entry.
CoQ-10 & Fish Oil (120-180-50-30 Capsule Oral daily) Active - Hx Entry.
Flaxseed ( daily) Active - Hx Entry.
Fish Oil (1000MG Capsule DR Oral) Active - Hx Entry.
Medications Reconciled Specific strength unknown - Active - Hx Entry.

**Family**
Congestive Heart Failure - - Father died age 94, Mother died age 89

**Past Surgical**
Coronary Artery Bypass Graft - (12/2015)
Colon Surgery - 1987
Knee Replacement, Total - Right (10/2012)

**Diagnostic Studies**
Stress Test (2015)

**Review of Systems**

**General** Not Present- Fatigue, Fever, Weight Gain and Weight Loss.
**Skin** Not Present- Bruising, Hair Loss, Itching and Ulcer.
**HEENT** Not Present- Epistaxis, Headache, Hearing Loss, Transient Visual Loss, Vertigo, Visual Disturbances and Wears glasses/contact lenses.
**Neck** Not Present- Neck Mass, Neck Pain and Swollen Glands.
**Respiratory** Not Present- Cough, Dyspnea and Wheezing.
**Cardiovascular** Not Present- Calf Cramps, Chest Pain, Edema, Hypertension, Irregular Heart Beat, Night Cramps, Orthopnea, Palpitations, Paroxysmal Nocturnal Dyspnea, Phlebitis, Rapid Heart Rate and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Mass, Abdominal Pain, Difficulty Swallowing, Nausea and Vomiting.
**Musculoskeletal** Not Present- Back Pain, Calf Pain, Joint Pain and Muscle Cramps.
**Neurological** Not Present- Dizziness, Fainting, Numbness, Seizures, Stroke and Weakness.
**Psychiatric** Not Present- Anxiety and Depression.
**Endocrine** Not Present- Cold Intolerance, Excessive Urination, Heat Intolerance, Sexual Dysfunction and Thyroid Problems.
**Hematology** Not Present- Anemia, Blood Clots, Easy Bruising and Prolonged Bleeding.

**[-???-]**

**Pulse:** 78 (Regular)
**BP:** 165/88 Electronic (Sitting, Right Arm, Standard)

**Weight:** 160 lb **Height:** 69 in **[-???-]**
**Body Mass Index:** 23.63 kg/m²
**Pulse:** 78 (Regular)
**BP:** 161/88 Electronic (Sitting, Left Arm, Standard)

## Physical Exam

**General**
**The patient is** - not in distress, well nourished in appearance, ambulating without assistance and unaccompanied.

**Head and Neck**
**Examination of the neck reveals** - no thyromegaly, the trachea is midline, no right carotid bruit, no left carotid bruit, no jugular venous distention, no cervical lymphadenopathy, No neck mass is palpated..

**Chest and Lung Exam**
**Respiratory exam shows** - lungs are clear to auscultation bilaterally and quiet, even and easy respiratory effort with no use of accessory muscles.

**Cardiovascular**
**Cardiovascular exam reveals** - normal rate, normal rhythm, No murmur is auscultated.

**Abdomen**
**Abdominal exam shows** - abdomen is not distended and is nontender to deep palpation, no pulsatile abdominal masses, no evidence of hepatomegaly.

**Peripheral Vascular**
**Lower Extremity**
**General - Left -** palpable femoral artery, palpable popliteal artery, palpable dorsalis pedis artery, palpable posterior tibial artery, lower extremities are warm to touch and normal capillary refill, no edema, no hyperpigmentation, no inguinal lymphadenopathy. **Right -** palpable femoral artery, palpable popliteal artery, palpable dorsalis pedis artery, palpable posterior tibial artery, lower extremities are warm to touch and normal capillary refill, no edema, no hyperpigmentation, no inguinal lymphadenopathy.
**Upper Extremity**
**General - Left -** palpable radial artery and normal hand temperature and capillary refill. **Right -** palpable radial artery and normal hand temperature and capillary refill.

**Neurologic**
**Neurologic exam reveals** - normal mood and appropriate affect, oriented to person, place, and time, II - XII grossly intact and motor and sensation is intact to bilateral upper and lower extremities.

**Assessment & Plan**
Occlusion and stenosis of bilateral carotid arteries (I65.23)
**Plans:**
Current Medications Documented (G8427) Routine ()
Aspirin or other antithrombotic therapy used (G8598) Routine ()
Schedule carotid ultrasound before next office visit.
Follow up in 1 year or as needed

History of tobacco use (Z87.891)
**Plans:**
Non-User of Tobacco (1036F) Routine ()

Essential hypertension (I10)
**Plans:**

Hypercholesterolemia (E78.00)
**Plans:**

Coronary artery disease (I25.10)
**Plans:**

*Mr. Biemer is followed for carotid stenosis but he is not having cerebrovascular ischemic symptoms syncope or vertigo. He required coronary artery bypass graft on 12/23/15 and is doing well. He has very few episodes of scintillating scotomata. Carotid duplex ultrasound reveals less than 40% right carotid stenosis. There is 60-79% left internal carotid stenosis. Vertebral flow is antegrade bilaterally. When the current study is compared to that of 2/11/2015, the degree of stenosis on the right side appears to be less severe. These results were discussed in detail with the patient. At this time, I feel that no additional vascular imaging or intervention is required but careful follow-up should continue. He understands and agrees. I would like to follow him with you and see him again at the time indicated above with the vascular studies listed. I would be happy to see him at any time in the interim if I can be of assistance.*

*I have encouraged him to remain as active as possible and to treat his risk factors and co-morbidities according to the medication regimen you have recommended.*

*Thank you again for asking me to see this gentleman and allowing PVA to participate in his care with you.*

***Medical Decision Making***

## Procedures

**Non-User of Tobacco (1036F)** *Performed: 03/16/2016 (Final, Reviewed)*
**Current Medications Documented (G8427)** *Performed: 03/16/2016 (Final, Reviewed)*
**Aspirin or other antithrombotic therapy used (G8598)** *Performed: 03/16/2016 (Final, Reviewed)*

Edward A. Wolf, Jr. M.D.

*Signed electronically by Edward Wolf, MD 03/16/2016*

# Peripheral Vascular Associates, P.A.

PO BOX 276 San Antonio TX 782910276
Tel: (210) 828-2503 Fax: (210) 828-0590

**ACCOUNT INQUIRY** **08/18/2020 11:38 AM (CST)**

**Account# 98826**

Guarantor Information:

Leonard J Biemer
6010 Forest Crest St
San Antonio, TX 78240

Home Tel#: (210) 684-1434
Work Tel#:

Patient Information:
Patient# 98826

Leonard J Biemer
6010 Forest Crest St
San Antonio, TX 78240

Home Tel#: (210) 684-1434
Work Tel#:

| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|---|---|---|---|---|---|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | $0.00 |
| | | | | Total Balance: | $0.00 |

| | Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 03/16/2016 | 8440110 | ORTIZWAN | $508.00 | $508.00 | $0.00 | USALIF | Medical | 04/08/2016 | 0 | Leonard J Biemer |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAVILION | Lab | PAVILION | CANAMAR | cgonzales031616 | Updated | 03/17/2016 | Leonard J Biemer | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 8440110 | | WOLFEDW | | 8440110 | MEDICARE | 03/17/2016 | Electronic |

| Messages |
|---|
| This represents the Co-Insurance amount due. Please remit payment. |

| | Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 03/16/2016 | 93880 | | Dup Scan Xtrc Art Compl Bi Std | I65.23 | Occlusion and stenosis of bilateral carotid arteries | MEDICAL | 1.00 | $508.00 | $508.00 | $0.00 |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| 433.10 | Oclsn, carotid artery w/o infrct | 433.30 | Oclsn, mlt precer artery w/o infrct | | | | |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/2016 | 892745209 | Medical | MEDICARE | Medicare Payment | $141.52 | | | MCARE892745209CN | Updated | 04/04/2016 | | | |
| 04/01/2016 | 892745209 | Medical | MEDICARE | Medicare Adjustment | $327.49 | | | MCARE892745209CN | Updated | 04/04/2016 | | | |
| 04/01/2016 | 892745209 | Medical | MEDICARE | 2% Reduction | $2.89 | | | MCARE892745209CN | Updated | 04/04/2016 | | | |
| 04/01/2016 | 892745209 | Medical | MEDICARE | Medicare Transfer | | Self-Pay | $36.10 | MCARE892745209CN | Updated | 04/04/2016 | | | |
| 04/01/2016 | 892745209 | | Self-Pay | Rebilled Claim | | | | MCARE892745209CN | Updated | 04/04/2016 | | | |
| 04/18/2016 | LOCKBOX 1612,1613,1625,1626 RH | | Self-Pay | Self Pay Transfer | | USALIF | $36.10 | Rhigh04/18/2016LB | Updated | 04/19/2016 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/18/2016 | LOCKBOX 1612,1613,1625,1626 RH | Medical | USALIF | Commercial Insurance Payment | $36.10 | Rhigh04/18/2016LB | Updated | 04/19/2016 |

Peripheral Vascular Associates
DOCTORS OF ARTERIES & VEINS

4330 Medical Drive, Suite 120
San Antonio, TX 78229
Phone: (210) 614-7414
Fax: (210) 616-0509

ACCREDITED FACILITY · IAC INTERSOCIETAL ACCREDITATION COMMISSION · VASCULAR TESTING ·

# Cerebrovascular Duplex Scan

**Patient**: Biemer, Leonard **DOB**: 10/16/1932 **Age**: 83y **Sex**: Male
**MRN**: 98826 **ICD9**: I65.23 **CPT**: 93880 **Room**:
**Referring**: Canales, Mark MD **Sonographer:** Ortiz, Wanda **DOS**: **03/16/2016**
**Indications:** Followup on carotid artery stenosis, No new symptoms. HX: CVD, CAD, CABG, HLP, HTN, TIA, Colon CA

## Impressions:

**Right:** Minimal stenosis, 1-39%, in the internal carotid artery. Antegrade flow in the vertebral artery. Did not obtain higher velocities seen on previous study of 2/11/15.

**Left:** Moderate stenosis, 60-79% in the internal carotid artery. Antegrade flow in the vertebral artery. No significant change in comparison to study done 2/11/15.

**Right**
**1-39%**

| | PSV | EDV | PLAQUE |
|---|---|---|---|
| **D.ICA** | 75 | 23 | |
| **M.ICA** | 73 | 25 | |
| **P. ICA** | 85 | 27 | Heterogeneous |
| **D. CCA** | 68 | 15 | None |
| **M. CCA** | 89 | 21 | None |
| **P.CCA** | 116 | 9 | None |
| **ECA** | 87 | 10 | |

**Velocity Criteria**
1-39% = <110 systolic, <40 end diastolic
40-59% = ≥110 systolic, <40 end diastolic
60-79% = >130 systolic, ≥ 40 end diastolic
80-99% = >250 systolic, ≥ 100 end diastolic




**Left**
**60-79%**

| | PSV | EDV | PLAQUE |
|---|---|---|---|
| **D.ICA** | 134 | 28 | |
| **M.ICA** | 207 | 51 | Heterogeneous |
| **P. ICA** | 223 | 69 | Heterogeneous |
| **D. CCA** | 101 | 24 | None |
| **M. CCA** | 82 | 18 | None |
| **P.CCA** | 104 | 17 | None |
| **ECA** | 80 | 11 | |

**Ratio Criteria**
0-49% = <2
50-69% = ≥2, <3.3
70-99% = ≥ 3.3

| Right | | | Left | |
|---|---|---|---|---|
| 47 | 15 | **VERT** | 61 | 10 |
| 1 | | **ICA /CCA Ratio** | 2.7 | |
| Antegrade | | **Vertebral Flow** | Antegrade | |

The right internal carotid artery could not be completely visualized due to plaque.

Reading/Performing: Wolf, Edward MD Electronically signed on 03/22/2016 18:18:19.

# EXHIBIT 3

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

Peripheral Vascular Associates
Main Street Location
610 North Main Avenue
San Antonio, TX 78205-2014
☎ : (210) 225-6508
Fax : (210) 253-3459

Patient Name: Elizabeth P. Jones    Gender: Female    DOB: 03/17/1933 (87 years)

**Date of Encounter:** 09/06/2017    **Usual Caregiver:** Lois A. Fiala

| Care Team | Role | Specialty | Phone |
|---|---|---|---|
| Fahim Zaman, MD | Primary Care Physician | Nephrology | (210) 655-8470 |
| Evan Mokwe, MD | Referral/Consult | Cardiology | (210) 281-9800 |
| Aashish K. Pandey, MD | Referral/Consult | Nephrology | (210) 359-7888 |
| Beverly Gutierrez, MD | Referral/Consult | | (877) 404-1425 |

**History of Present Illness**

The patient is a 84 year old female presenting post-operatively.The patient had a left banding of a dialysis access 1 week ago secondary to malfunction of arterial venous fistula. Post-operatively the patient has experienced swelling (of LUE), wound drainage (from medial incision) and - (hematoma). The patient is currently on dialysis on Tuesday, Thursday, and Saturday (via R PermCath).

**Allergy**
- Toradol *ANALGESICS - ANTI-INFLAMMATORY* [Drug allergy] (06/14/2017 04:32 PM) - Itching
- Allergies Reconciled

**Past Medical**
- ESRD (end stage renal disease) on dialysis
- Other specified complication of vascular prosthetic devices, implants and grafts, initial encounter
- CHF (congestive heart failure)
- Diabetes mellitus with ESRD (end-stage renal disease)
- History of tobacco use
- Other hyperlipidemia
- Hypertensive CKD with stage V or ESRD
- Thyroid disorder
- Problems Reconciled

**Social**
- Tobacco Use - Former smoker
- Marital status - Widowed
- Drug Use - Never used
- Alcohol Use - Former

**Medications**

Ambien (5MG Tablet 1 Oral qhs prn) Active - Hx Entry.
Benadryl (25MG Capsule 1 Oral every 6 hrs prn) Active - Hx Entry.
EMLA (2.5-2.5% Cream 1 application External TTS) Active - Hx Entry.
HydrALAZINE HCl (25MG Tablet 1 Oral every 12 hours) Active - Hx Entry.
Imodium A-D (1MG/7.5ML Liquid 30ml Oral prn) Active - Hx Entry.
Isosorbide Dinitrate (20MG Tablet 1 Oral evry 12 hrs) Active - Hx Entry.
Lantus SoloStar (100UNIT/ML Soln Pen-inj 10 units Subcutaneous daily) Active - Hx Entry.
Levothyroxine Sodium (150MCG Tablet 1 Oral daily) Active - Hx Entry.
Linzess (145MCG Capsule 1 Oral daily) Active - Hx Entry.
LORazepam (0.5MG Tablet 1 Oral two times daily) Active - Hx Entry.
NovoLOG PenFill (100UNIT/ML Soln Cartridge sliding scale Subcutaneous before every meal) Active - Hx Entry.
Phenergan (25MG/ML Solution 1 mL Injection q6hrs PRN) Active - Hx Entry.
Pravastatin Sodium (40MG Tablet 1 Oral at bedtime) Active - Hx Entry.
Promethazine HCl (25MG Tablet 1 Oral q4hrs as needed) Active - Hx Entry.
Propranolol HCl (40MG Tablet 1 Oral daily) Active - Hx Entry.
Rena-Vite (1 Oral daily) Active - Hx Entry.
Renvela (800MG Tablet 2 Oral tid) Active - Hx Entry.
Sensipar (30MG Tablet 1 Oral at bedtime) Active - Hx Entry.
TraMADol HCl (50MG Tablet 1 Oral as needed) Active - Hx Entry.
Tylenol (325MG Tablet 2 Oral q4hrs as needed) Active - Hx Entry.
Tylenol with Codeine #3 (300-30MG Tablet 1 Oral every 4 hrs prn) Active - Hx Entry.
Venlafaxine HCl ER (150MG Capsule ER 24HR 1 Oral daily) Active - Hx Entry.
Medications Reconciled Specific strength unknown - Active - Hx Entry. (via NH pkt)

**Family**

Unknown family history - Father, Mother

**Past Surgical**

Left arm AVF revision, transposition, banding of AVF and Permacath placement - (08/28/2017) [LF]
Arch & LUE arteriogram & fistulogram - (11/30/2016) [SF]
LUE basilic vein transposition AVF - (06/10/2016) [BT]
Cataract Extraction-Bilateral -
Hysterectomy - total
Appendectomy -

**Diagnostic Studies**

Stress Test Not within the last 2 years

## Review of Systems

**General** Not Present- Chills and Fever.
**Respiratory** Not Present- Shortness of breath.
**Cardiovascular** Not Present- Chest Pain.

**Weight:** 140 lb **Height:** 63 in **[-???-]**
**Body Mass Index:** 24.8 kg/m²
**Pulse:** 65 (Regular)
**BP:** 107/50 Electronic (Sitting, Right Arm, Standard)
*LUE BP not obtained due to dialysis access*

## Physical Exam

**General**
**The patient is** - not in distress, patient is traveling by wheelchair and accompanied by a family member.

**Peripheral Vascular**
**Hemodialysis**
**Catheter - Location - right internal jugular**. **AV Fistula - Location - Left - basilic vein transposition**.
**Characteristics -** strong thrill, strong bruit and **edema**. **Incision - Appearance - healing well** and **staples intact**.
**Upper Extremity**
**General - Left -** palpable radial artery and normal hand temperature and capillary refill. **Right -** palpable radial artery and normal hand temperature and capillary refill.

**Neurologic**
**Neurologic exam reveals** - normal mood and appropriate affect, oriented to person, place, and time, II - XII grossly intact and motor and sensation is intact to bilateral upper and lower extremities.

**Assessment & Plan**

Post Op Exam (Z09)
**Plans:**
Follow up in one week or as needed.

Other specified complication of vascular prosthetic devices, implants and grafts, initial encounter (T82.898A)
**Plans:**
Order a dialysis fistula scan to be performed during today's visit.

*1 week s/p left UE AV Fistula revision, banding. Patient currently dialyzing via permcath. Small hematoma at the medial incision with oozing through the skin incision. Fistula is patent and duplex shows hematoma measuring 7.9 x 4.7 x 3.6 cm. No active bleeding. Patient instructed to keep wounds clean and dressing daily. Continue to dialyze with permcath and follow up in 1 week. Patient reassured that hematoma will resolve with time. No obvious signs of infection.*

*I, Dr. Lyssa Ochoa, personally performed the services described in this documentation, as scribed by Alyssia Maynard, M.A., in my presence, and reviewed by me.*

*Patient seen in conjunction with Haseeb Ali, PA*

***Medical Decision Making***



*Signed electronically by Lyssa Ochoa, MD 09/08/2017*

,

# Peripheral Vascular Associates, P.A.

PO BOX 276 San Antonio TX 782910276
Tel: (210) 828-2503 Fax: (210) 828-0590

**ACCOUNT INQUIRY** **08/18/2020 1:11 PM (CST)**

**Account# 919880**

Guarantor Information:

Elizabeth P Jones
3838 E Southcross Blvd
San Antonio, TX 78222

Home Tel#: (210) 218-7420 Ext nhome
Work Tel#:

Patient Information:
Patient# 919880

Elizabeth P Jones
3838 E Southcross Blvd
San Antonio, TX 78222

Home Tel#: (210) 218-7420 Ext nhome
Work Tel#:

| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|---|---|---|---|---|---|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | $0.00 |
| | | | | Total Balance: | $0.00 |

| | Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 09/06/2017 | 11095790 | IGNADIAN | $307.00 | $307.00 | $0.00 | MCAID2ND | Medical | 09/13/2017 | 0 | Elizabeth P Jones |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DTMAIN | Lab | DTMAIN | ZAMAFAH | mfreeman091217 | Updated | 09/13/2017 | Elizabeth P Jones | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 11095790 | Electronic | OCHOALYS | | 11095790 | MEDICARE | 09/13/2017 | Electronic |

| | Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 09/06/2017 | 93990 | | Hemodialysis Access Duplex | T82.848A | Pain from vascular prosthetic devices, implants and grafts, | MEDICAL | 1.00 | $307.00 | $307.00 | $0.00 |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| 996.74 | Complication, oth vascular dev/grft | | | | | | |

| Allowed | Non-Allowed | Deductible | Deductible Reimb Comment | Co-Pay | Co-Pay Reimb Comment | Co-Ins | Co-Ins Reimb Comment | OTAF | EOB Date | Reimbursement Comments | Denied (Y/N) | Pending (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $128.87 | $178.13 | $0.00 | | $0.00 | | $25.77 | PR-2 | $0.00 | 09/26/2017 | CO-59,CO-253,CO-45 | N | N |

| Reimbursement Comment Descriptions |
|---|
| Coinsurance Amount (PR-2) |
| Processed based on multiple or concurrent procedure rules. (CO-59) |
| Sequestration - reduction in federal spending (CO-253) |
| Charges exceed contracted/ legislated fee arrangement (CO-45) |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/28/2017 | 896676534 | Medical | MEDICARE | Medicare Payment | $101.04 | | | MEDICARE896676534RH | Updated | 09/29/2017 | | | |
| 09/28/2017 | 896676534 | Medical | MEDICARE | Medicare Adjustment | $178.13 | | | MEDICARE896676534RH | Updated | 09/29/2017 | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (CO-59) | | | | | | |
| 09/28/2017 | 896676534 | Medical | MEDICARE | 2% Reduction (CO-253) | $2.06 | | | MEDICARE896676534RH | Updated | 09/29/2017 |
| 09/28/2017 | 896676534 | Medical | MEDICARE | Medicare Transfer | | MCAID2ND | $25.77 | MEDICARE896676534RH | Updated | 09/29/2017 |
| 10/06/2017 | MEDICAID ERA 048164529 RH | Medical | MCAID2ND | Medicaid Payment | $0.00 | | | MEDICAID048164529RH | Updated | 10/09/2017 |
| 10/06/2017 | MEDICAID ERA 048164529 RH | Medical | MCAID2ND | Medicaid Adjustment (CO-45) | $25.77 | | | MEDICAID048164529RH | Updated | 10/09/2017 |

Peripheral Vascular Associates
DOCTORS OF ARTERIES & VEINS

Downtown
610 North Main Avenue
San Antonio, TX 782015
Phone: (210) 225-6508
Fax: (210) 253-3467

# Dialysis fistula

| | | | |
|---|---|---|---|
| **Patient**: Jones, Elizabeth | **DOB**: 03/17/1933 | **Age**: 84y | **Sex**: Female |
| **MRN**: 919880 | **ICD9**: | **CPT**: 9399052 | **Room**: |
| **Referring**: Zaman, Fahim MD | | **Sonographer:** Igna, Diana | **DOS**: 09/06/2017 |

**Indications:** Evaluate fistula due to access arm pain.

## Impressions:

**Left:** Patent fistula with no evidence of hemodynamically significant stenosis. Hematoma measuring 7.9 cm X 4.7 X 3.6 cm seen at the perianastomosis medial area segment of the fistula. Previous study for comparison done 11/23/2016.

Date of Insertion: Transposition: X Primary Patency:

Fistula

Inflow **left brachial artery** Vein **Basilic**

| | PSV (cm/s) | EDV (cm/s) | Diam (mm) | Depth (cm) |
|---|---|---|---|---|
| Inflow | 337 | 141 | | |
| Anastomosis | 427 | 188 | | |
| Vein | 159 | 85 | | |
| Mid Vein | 309 | 167 | | |
| Cephalad Vein | 293 | 144 | | |



Limited study per physician Transcribed by Hope Moreno.

Reading/Performing: Ochoa, Lyssa MD Electronically signed on 09/17/2017 14:54:06.

# EXHIBIT 4

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

Peripheral Vascular Associates
New Braunfels Practice Location III
1583 East Common Street
New Braunfels, TX 78130-3321
☎ : (210) 656-5098
Fax : (210) 656-5219

Patient Name: Irene L. Wiedner    Gender: Female    DOB: 01/12/1933 (87 years)

**Date of Encounter:** 06/26/2015    **Usual Caregiver:** William O. Kirk

| Care Team | Role | Specialty | Phone |
|---|---|---|---|
| David Rider, MD | Primary Care Physician | General Practice | (830) 379-7901 |
| Neema Penagaluru, MD | Referral/Consult | Internal Medicine | (830) 620-4650 |
| Ayham F. Shneker, MD | Referral/Consult | Internal Medicine | (210) 648-9500 |

**History of Present Illness**

The patient is a 82 year old female presenting post-operatively. The patient is following up for a left brachiobasilic fistula 2 weeks ago secondary to ESRD. There has been no post operative complications. The patient is currently on dialysis on Tuesday, Thursday, and Saturday (Rt IJ catheter).

Ms. Weidner has no complaints today.

**Past Surgical**

Breast Surgery - Left Cyst removal
Catheter, hemodialysis/peritoneal, long-term (C1750) -
Hysterectomy -
Appendectomy -
Creation, arteriovenous fistula (36830) - Left (06/04/2015) Brachial Basilic. [WOK]

**Weight:** 124 lb **Height:** 65 in **[-???-]**
**Body Mass Index:** 20.63 kg/m²
**Pulse:** 82 (Regular)
**BP:** 144/82 Electronic (Sitting, Left Arm, Standard)

**Physical Exam**

**General**
The patient is - **ambulating without assistance** and **accompanied by a family member**.

**Peripheral Vascular**
**Hemodialysis: General** - **Left** - incision is well healed, bruit evidenced, palpable brachial artery, normal hand temperature, normal capillary refill and normal motor and sensation. no arm swelling.
**AV Fistula: Location** - **Left** - **brachiobasilic**.
**Incision: Appearance** - no edema.

**Neurologic**
Neurologic exam reveals - normal mood and appropriate affect.

**Neuropsychiatric**
Examination of mood and affect reveals - normal mood and appropriate affect.

**Assessment & Plan**
End stage renal disease on dialysis (N18.6)
**Plans:**
(93922) Graft Compression/Steal Study Routine (52 mod/cas)
Follow-up in 1 month
Schedule imaging of basilic vein

*Doing well. No steal on compression study. Anticipate transposition in 3-4 weeks.*

***Medical Decision Making***

## Procedures

**(93922) Graft Compression/Steal Study** *Performed: 06/26/2015 (Ordered)*



*Signed electronically by William Kirk, MD 06/26/2015*

# Peripheral Vascular Associates, P.A.

**PO BOX 276 San Antonio TX 782910276**
**Tel: (210) 828-2503 Fax: (210) 828-0590**

**ACCOUNT INQUIRY** **08/18/2020 5:14 PM (CST)**

**Account# 97068**

Guarantor Information:

Irene L Wiedner
3240 Gin Rd
Seguin, TX 78155-8343

Home Tel#: (830) 420-2485
Work Tel#:

Patient Information:
Patient# 97068

Irene L Wiedner
3240 Gin Rd
Seguin, TX 78155-8343

Home Tel#: (830) 420-2485
Work Tel#:

| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|---|---|---|---|---|---|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | $0.00 |
| | | | | Total Balance: | $0.00 |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| - 06/26/2015 | 7316970 | SHEECYND | $260.00 | $260.00 | $0.00 | CENTSTA | Medical | 07/10/2015 | 0 | Irene L Wiedner |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBRIII | Lab | NWBRIII | FRIETERA | csheehan06262015 | Updated | 06/29/2015 | Irene L Wiedner | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 7316970 | Electronic | KIRKWIL | | 7316970 | MEDICARE | 06/29/2015 | Electronic |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| - 06/26/2015 | 9392252 | 52 | Service reduced No pressure done | 585.6 | Renal disease, end stage | MEDICAL | 1.00 | $260.00 | $260.00 | $0.00 |

| Service Notes |
|---|
| MEDICARE #459414830 07/01/2015 CPT 93922 denied CO-16, REM; MA130. RH |
| 07/01/2015 |

| Allowed | Non-Allowed | Deductible | Deductible Reimb Comment | Co-Pay | Co-Pay Reimb Comment | Co-Ins | Co-Ins Reimb Comment | OTAF | EOB Date | Reimbursement Comments | Denied (Y/N) | Pending (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $55.88 | $204.12 | $0.00 | | $0.00 | | $11.18 | PR-2 | $0.00 | 08/03/2015 | CO-45,CO-253 | N | N |

| Reimbursement Comment Descriptions |
|---|
| Coinsurance Amount (PR-2) |
| Charges exceed contracted/ legislated fee arrangement (CO-45) |
| Sequestration - reduction in federal spending (CO-253) |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2015 | MEDICARE ERA 459414830 | Medical | MEDICARE | Medicare Transfer | | MEDICARE | $260.00 | MEDICARE459414830 | Updated | 07/02/2015 | | | |
| 07/09/2015 | Rebill Transaction | Medical | MEDICARE | Rebilled Claim | | | | Rebill | Updated | 07/09/2015 | | | |
| 08/05/2015 | 890700159 | Medical | MEDICARE | Medicare Payment | $43.81 | | | MEDICARE890700159 | Updated | 08/06/2015 | | | |
| 08/05/2015 | 890700159 | Medical | MEDICARE | Medicare Adjustment (CO-45) | $204.12 | | | MEDICARE890700159 | Updated | 08/06/2015 | | | |
| 08/05/2015 | 890700159 | Medical | MEDICARE | 2% | $0.89 | | | MEDICARE890700159 | Updated | 08/06/2015 | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Reduction (CO-253) | | | | | | |
| 08/05/2015 | 890700159 | Medical | MEDICARE | Medicare Transfer | | CENTSTA | $11.18 | MEDICARE890700159 | Updated | 08/06/2015 |
| 08/25/2015 | LOCKBOX 8086,8087,8119,8120 08/24/2015 | Medical | CENTSTA | Commercial Insurance Payment | $11.18 | | | Rhigh08/25/2015LB | Updated | 08/26/2015 |

Peripheral Vascular Associates
DOCTORS OF ARTERIES & VEINS

1583 East Common Street, Suite111 New Braunfels, TX 78130-3321
Phone: (210) 656-5098
Fax: (210) 656-5219

# Graft Compression

**Patient**: Wiedner, Irene **DOB**: 01/12/1933 **Age**: 82y **Sex**: Female
**MRN**: 97068 **ICD9**: **CPT**: 9392252 **Room**:
**Referring**: Fried, Terrance MD **Sonographer: Sheehan, Cyndy** **DOS**: **06/26/2015**
**Indications:** Evaluate for arterial insufficiency. S/P LT Brachial basilic AVF 06/04/2015. No complaints at this time. HX: ESRD on dialysis, HTN, HLP, A-Fib

## Impressions:

**Left:** No evidence of arterial insufficiency or steal. No previous study for comparison.

| Without Compression | | | | | With Compression | | | |
|---|---|---|---|---|---|---|---|---|
| Amplitude | Index | mmHg | Waveform | | Waveform | mmHg | Index | Amplitude |
| | | | Triphasic | Radial | Triphasic | | | |
| | | | Triphasic | Ulnar | Triphasic | | | |

| Without Compression | | | | With Compression | | |
|---|---|---|---|---|---|---|
| FBI | mmHg | Waveform | | Waveform | mmHg | FBI |
| | | Normal | Thumb | Normal | | |
| | | Normal | Index | Normal | | |
| | | Normal | 3rd Finger | Normal | | |
| | | Normal | 4th Finger | Normal | | |
| | | Normal | 5th Finger | Normal | | |

| Recommendation | Periodic reevaluation is suggested if clinically indicated |
|---|---|

Reading Physician: **Kirk, William MD** Electronically signed on **7/2/2015 7:32:31 AM**.

# EXHIBIT 5

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

Peripheral Vascular Associates
Pavilion Practice Location
4330 Medical Drive
San Antonio, TX 78229
☎ : (210) 614-7414
Fax : (210) 616-0509

Patient Name: Beth W. Eidelberg    Gender: Female    DOB: 09/26/1933 (86 years)

**Date of Encounter:** 03/30/2015    **Usual Caregiver:** Patrick A. Hartsell

| **Care Team** | **Role** | **Specialty** | **Phone** |
|---|---|---|---|
| Albert Mosqueda, MD | Primary Care Physician | Internal Medicine | (210) 949-2206 |
| Jerry W. Patterson, DPM | Referral/Consult | Podiatry | (210) 614-9610 |

**History of Present Illness**

The patient is a 81 year old female who presents for carotid artery disease. This is a follow up visit for disease of the right carotid arterial system(s). The patient is asymptomatic. The patient denies transient ischemic attack, stroke, amaurosis fugax, visual disturbances, speech disturbances or partial paralysis. The carotid stenosis is reported as moderate. Previous treatment for the carotid stenosis include aspirin. The patient has had a previous right carotid endarterectomy (1/22/2014). Previous diagnostic tests include MRI and carotid ultrasound exam. Note for "Carotid stenosis": She takes hydroxyurea for polycythemia rubra vera.

**Health Maintenance/Physicians**

Physician1-RefAl Mosqueda MD - PCP, Stephen Kalter MD - Hematology

CARDIOLOGYDr. Randal White

Polycythemia vera (2012)

**Allergy**
CeleBREX *ANALGESICS - ANTI-INFLAMMATORY* [Drug allergy] (10/21/2013 02:00 PM)
Allergy Hx Reviewed - No Changes (03/30/2015)

**Past Medical**
Carotid artery stenosis without cerebral infarction
Polycythemia Vera - requires phlebotomies
Atherosclerosis of native arteries of the extremities with intermittent claudication
Bunion
Abscess
Surgery follow-up
Acute leg pain
Multiple and bilateral precerebral arterial occlusion
Furuncle
Type II diabetes mellitus with peripheral circulatory disorder
Hypertension
Hyperlipidemia
Diabetes mellitus
Breast cancer - Left Breast lumpectomy

**Other Medical History**
Unspecified Diagnosis

**Social**
Alcohol Use - Current - seldom
Tobacco Use - Never smoker
Drug Use - Never used
Marital status - Married
Current Work/Study Status - Retired

**Medications**
Vitamin D3 (5000UNIT Tablet Oral) Active - Hx Entry.
Amaryl (4MG Tablet 1 Oral two times daily) Active - Hx Entry.
Onglyza (2.5MG Tablet Oral) Active - Hx Entry.
Levothyroxine Sodium (50MCG Capsule Oral) Active - Hx Entry.
Coenzyme Q10 (200MG Tablet Oral) Active - Hx Entry.
Citracal Maximum (315-250MG-UNIT Tablet Oral) Active - Hx Entry.
Hydroxyurea (500MG Capsule Oral) Active - Hx Entry.
Omega 3 (1000MG Capsule 6 Oral daily) Active - Hx Entry.
Enalapril-Hydrochlorothiazide (10-25MG Tablet Oral two times daily) Active - Hx Entry.
MetFORMIN HCl (1000MG Tablet 1 Oral daily) Active - Hx Entry.
Arimidex (1MG Tablet Oral) Active - Hx Entry.
Phenergan ( Oral) Specific strength unknown - Active - Hx Entry.
Aspirin EC (81MG Tablet DR 2 Oral daily) Active - Hx Entry.
Cephalexin (250MG Tablet Oral every other day) Active - Hx Entry.
Allopurinol (100MG Tablet Oral daily) Active - Hx Entry.
Pravachol (10MG Tablet Oral daily) Active - Hx Entry.

**Family**
Colon Cancer - Father
Diabetes Mellitus - Mother, Daughter, Son, Brother
Hypertension - Mother, Father, Brother
Stroke - Mother, Father

**Past Surgical**
Hysterectomy - (1972)
Appendectomy - (1972)
Mastectomy - Left (2003) lumpectomy & axillary lymphadenectomy
Dx Cerebral Angiogram - (10/23/2013) [SF]
I&D right subcutaneous back abscess - (11/08/2013) [PAH]
Cardiac cath - (01/08/2014)
Rt. CEA - (01/22/2014) [PAH]

**Diagnostic Studies**
Stress Test (12/2013)

**Review of Systems**

**General:** Present- **Fatigue**. Not Present- Fever, Weight Gain and Weight Loss.
**Skin:** Present- **Bruising** and **Hair Loss**. Not Present- Rash and Ulcer.
**HEENT:** Not Present- Blurred Vision, Double Vision, Hearing Loss, Hoarseness, Lumps, Ringing in the Ears and Visual Loss.
**Respiratory:** Not Present- Chronic Cough and Difficulty Breathing.
**Cardiovascular:** Present- **Calf Cramps**, Hypertension and **Night Cramps**. Not Present- Chest Pain, Palpitations and Shortness of Breath.
**Gastrointestinal:** Not Present- Abdominal Pain, Diarrhea, Nausea and Vomiting.
**Musculoskeletal:** Present- **Pain while walking**. Not Present- Joint Pain.
**Neurological:** Present- **Imbalance**. Not Present- Blackout spells, Clumsiness, Dizziness, Fainting, Inability to speak words normally, Numbness, Paralysis, Slurred speech, Tremor and Weakness.
**Psychiatric:** Not Present- Anxiety, Depression and Personal psychological problems.
**Endocrine:** Present- **Diabetes**. Not Present- Cold Intolerance and Heat Intolerance.
**Hematology:** Not Present- Easy bleeding, Easy Bruising and Enlarged Lymph Nodes.

NONINVASIVE TESTING: Noninvasive testing performed today with carotid ultrasound shows no right internal carotid artery stenosis and a left internal carotid artery stenosis of 60-79%. Antegrade vertebral flow bilaterally. When compared to the previous visit this is unchanged.

**[-???-]**

**BP:** 112/70 Electronic (Sitting, Right Arm, Standard)

**Weight:** 125 lb **Height:** 59 in **[-???-]**
**Body Mass Index:** 25.25 kg/m²
**Pulse:** 73 (Regular) **Resp.:** 16 (Unlabored)
**BP:** 116/70 Electronic (Sitting, Left Arm, Standard)

## Physical Exam

**General**
**Mental Status** - Alert. **General Appearance** - Cooperative. Not in acute distress. **Build & Nutrition** - Well nourished. **Posture** - Normal posture. **Gait** - Normal. **Hydration** - Well hydrated. **Ambulation** - Patient is ambulating without assistance. Patient is accompanied by - husband.

**Integumentary**
**Incision: Location** - **Right** - Neck. **Appearance** - well healed. **Type** - carotid.

**Head and Neck**
**Neck**
**Global Assessment** - no lymphadenopathy.
**Thyroid**
**Gland Characteristics** - normal size and consistency.

**Chest and Lung Exam**
Chest and lung exam reveals - normal excursion with symmetric chest walls.
**Auscultation:**
**Breath sounds:** - Lungs are clear.

**Cardiovascular**
**Inspection: Jugular vein** - **Bilateral** - Inspection Normal.
**Auscultation: Rhythm** - Regular.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

**Abdomen**
Abdominal exam shows - no pulsatile abdominal masses.
**Inspection: Contour** - Normal.
**Palpation/Percussion:** Palpation and Percussion of the abdomen reveal - Non Tender.
**Auscultation:** Auscultation of the abdomen reveals - No Abdominal bruits.

**Peripheral Vascular**
**Lower Extremity: Inspection** - **Bilateral** - Pink skin. No Ulcerations. Not Gangrenous.
**Palpation: Temperature** - **Bilateral** - Normal. **Femoral pulse** - **Left** - 2+. **Right** - 2+. **Popliteal pulse** - **Left** - 2+. **Right** - 2+. **Posterior tibial pulse** - **Left** - 2+. **Right** - 2+. **Dorsalis pedis pulse** - **Left** - 2+. **Right** - 2+.
**Edema** - **Bilateral** - Trace edema.
**Upper Extremity:**
**Palpation: Brachial pulse** - **Left** - 2+. **Right** - 2+. **Radial pulse** - **Left** - 2+. **Right** - 2+. **Edema** - **Bilateral** - No edema.
**Carotid arteries** - **Bilateral** - normal upstroke. no bruit auscultated.

**Neurologic**
**Cranial Nerves:** - II-XII grossly intact.
**Sensory:** - Normal.
**Motor:** - Normal.

**Neuropsychiatric**
**Orientation** - oriented X3. The patient's mood and affect are described as - normal.

**Assessment & Plan**
Multiple and bilateral precerebral arterial occlusion (I65.9)
**Plans:**
Patient Screened for Tobacco Use and Identified as a Non-User of Tobacco (1036F) Routine ()
PQRS (G8428) Routine ()
Patient Education: Carotid Artery Disease *: artery disease
Vascular Disease Education
How to access health information online
Schedule carotid ultraound before next office visit.
Follow up in 6 months or as needed.

Type II diabetes mellitus with peripheral circulatory disorder (E11.59)
**Plans:**

*From vascular surgery standpoint, the patient is stable & requires serial monitoring. Thank you for allowing us to participate in the care of this patient. Please do not hesitate to contact me for any questions.*

***Medical Decision Making***

## Procedures

**Patient Screened for Tobacco Use and Identified as a Non-User of Tobacco (1036F)** *Performed: 03/30/2015 (Final, Reviewed)*
**PQRS (G8428)** *Performed: 03/30/2015 (Ordered)*



*Signed electronically by Patrick Hartsell, MD 03/30/2015*

# Peripheral Vascular Associates, P.A.

**PO BOX 276 San Antonio TX 782910276**
**Tel: (210) 828-2503 Fax: (210) 828-0590**

**ACCOUNT INQUIRY** **08/18/2020 3:32 PM (CST)**

**Account# 9778**

Guarantor Information:

Beth W Eidelberg
230 W Sunset Road Apt 1426
San Antonio, TX 78209

Home Tel#: (210) 826-5889
Work Tel#: (210) 826-5889

Patient Information:
Patient# 9778

Beth W Eidelberg
230 W Sunset Road Apt 1426
San Antonio, TX 78209

Home Tel#: (210) 826-5889
Work Tel#: (210) 826-5889

| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|---|---|---|---|---|---|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | $0.00 |
| | | | | Total Balance: | $0.00 |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| - 03/30/2015 | 6859450 | PAYNEAPR | $508.00 | $508.00 | $0.00 | USAALIFE | Medical | 03/31/2015 | 0 | Beth W Eidelberg |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAVILION | Lab | PAVILION | MOSQALB | cgonzales3/30/15 | Updated | 03/31/2015 | Beth W Eidelberg | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 6859450 | Electronic | HARTPAT | | 6859450 | MEDICARE | 03/31/2015 | Electronic |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| - 03/30/2015 | 93880 | | Dup Scan Xtrc Art Compl Bi Std | 433.30 | Oclsn, mlt precer artery w/o infrct | MEDICAL | 1.00 | $508.00 | $508.00 | $0.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| 433.10 | Oclsn, carotid artery w/o infrct | | | | |

| Allowed | Non-Allowed | Deductible | Deductible Reimb Comment | Co-Pay | Co-Pay Reimb Comment | Co-Ins | Co-Ins Reimb Comment | OTAF | EOB Date | Reimbursement Comments | Denied (Y/N) | Pending (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $189.87 | $318.13 | $0.00 | | $0.00 | | $37.97 | PR-2 | $0.00 | 04/13/2015 | CO-45,CO-253 | N | N |

| Reimbursement Comment Descriptions |
|---|
| Coinsurance Amount (PR-2) |
| Charges exceed contracted/ legislated fee arrangement (CO-45) |
| Sequestration - reduction in federal spending (CO-253) |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/16/2015 | 889978822 | Medical | MEDICARE | Medicare Payment | $148.86 | | | MEDICARE889978822 | Updated | 04/17/2015 | | | |
| 04/16/2015 | 889978822 | Medical | MEDICARE | Medicare Adjustment (CO-45) | $318.13 | | | MEDICARE889978822 | Updated | 04/17/2015 | | | |
| 04/16/2015 | 889978822 | Medical | MEDICARE | 2% Reduction (CO-253) | $3.04 | | | MEDICARE889978822 | Updated | 04/17/2015 | | | |
| 04/16/2015 | 889978822 | Medical | MEDICARE | Medicare | | USAALIFE | $37.97 | MEDICARE889978822 | Updated | 04/17/2015 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Transfer | | | | |
| 04/29/2015 | LOCKBOX 3891/3892/3915/3916 04/28/2015 | Medical | USAALIFE | Commercial Insurance Payment | $37.97 | Rhigh04/29/2015LB | Updated | 04/30/2015 |

Peripheral Vascular Associates
DOCTORS OF ARTERIES & VEINS

4330 Medical Drive, Suite 120
San Antonio, TX 78229
Phone: (210) 614-7414
Fax: (210) 616-0509

ACCREDITED FACILITY · IAC INTERSOCIETAL ACCREDITATION COMMISSION · VASCULAR TESTING

# Cerebrovascular Duplex Scan

**Patient**: Eidelberg, Beth **DOB**: 09/26/1933 **Age**: 81y **Sex**: Female
**MRN**: 9778 **ICD9**: 433.10 433.30 **CPT**: 93880 **Room**:
**Referring**: Mosqueda, Albert MD **Sonographer:** Payne, April **DOS**: **03/30/2015**
**Indications:** Follow up of carotid artery stenosis with right carotid endarterectomy (01/22/14). Pt is asymptomatic at this time.

## Impressions:

**Right:** Minimal stenosis, 1-39%, in the internal carotid artery. Antegrade flow in the vertebral artery. No significant change in comparison to study done 09/08/14.

**Left:** Moderate stenosis, 60-79% in the internal carotid artery. Antegrade flow in the vertebral artery. No significant change in comparison to study done 09/08/14.

| | Right | | | Left | | |
|---|---|---|---|---|---|---|
| | **1-39%** | | | **60-79%** | | |
| | **PSV** | **EDV** | **PLAQUE** | **PSV** | **EDV** | **PLAQUE** |
| **D.ICA** | 90 | 31 | None | 94 | 30 | None |
| **M.ICA** | 68 | 28 | Homogenous | 161 | 48 | Heterogeneous |
| **P. ICA** | 59 | 18 | Homogenous | 115 | 38 | Heterogeneous |
| **D. CCA** | 58 | 21 | None | 69 | 18 | None |
| **M. CCA** | 62 | 20 | None | 86 | 22 | None |
| **P.CCA** | 74 | 20 | None | 71 | 21 | None |
| **ECA** | 477 | 101 | Homogenous | 87 | 13 | Heterogeneous |
| **VERT** | 62 | 21 | None | 51 | 13 | None |




**Velocity**
1-39% = <110 systolic, <40 end diastolic
40-59% = ≥110 systolic, <40 end diastolic
60-79% = >130 systolic, ≥ 40 end diastolic
80-99% = >250 systolic, ≥ 100 end diastolic

**Ratio**
0-49% = <2
50-69% = ≥2, <3.3
70-99% = ≥ 3.3

| Right | | Left |
|---|---|---|
| 1.5 | **ICA /CCA Ratio** | 1.9 |
| Antegrade | **Vertebral Flow** | Antegrade |

The left internal carotid artery could not be completely visualized due to plaque.

Reading Physician: Hartsell, Patrick MD Electronically signed on 4/13/2015 2:39:25 PM.

# EXHIBIT 6

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

Peripheral Vascular Associates
Main Street Location
610 North Main Avenue
San Antonio, TX 78205-2014
☎ : (210) 225-6508
Fax : (210) 253-3459

Patient Name: Marie Moreno Gender: Female DOB: 01/03/1956 (64 years)

**Date of Encounter:** 06/13/2018 **Usual Caregiver:** Jesus Matos

| Care Team | Role | Specialty | Phone |
|---|---|---|---|
| Mario A. Bustamante, MD | Orthopedic | | (210) 224-7800 |
| Elzbieta McMurtrie | | | |
| Jayaram, MD | Nephrologist | Nephrology | (210) 228-0743 |
| Laura E. Givens, MD | Primary Care Physician | | (830) 267-4575x237 |
| Terrance A. Fried, MD | Referral/Consult | Nephrology | (210) 228-0743 |

### History of Present Illness

The patient is a 62 year old female, unaccompanied during the visit, who presents for carotid artery disease.This is a follow up visit for disease of the bilateral carotid arterial system(s). The last visit was 6 month(s) ago. The patient is asymptomatic. The carotid stenosis is reported as mild. Previous treatment for the carotid stenosis include aspirin. The patient has not had any previous carotid surgeries. Previous diagnostic tests include carotid ultrasound exam.

**Allergy**
- Sulfa Drugs (11/15/2017) - Hot, red spots
- Bactrim *ANTI-INFECTIVE AGENTS - MISC.* [Drug allergy] (09/07/2016) - Hot, red spots
- Allergies Reconciled

**Past Medical**
- Problems Reconciled
- ESRD on dialysis
- History of tobacco use
- Dialysis patient
- Type 2 diabetes mellitus with unspecified complications
- Other hyperlipidemia
- Essential hypertension

**Social**
- Tobacco Use - Former smoker - started at age 16. smoked about 1ppw. Quit in 2000.
- Marital status - Widowed
- Alcohol Use - Former
- Drug Use - Never used

**Medications**
- HumuLIN N (100UNIT/ML Suspension sliding scale before meals Subcutaneous and qhs) Active - Hx Entry.
- Renvela (800MG Tablet 4 Oral three times daily) Active - Hx Entry.
- Levemir (100UNIT/ML Solution 10 units Subcutaneous qhs) Active - Hx Entry.
- Tessalon Perles (100MG Capsule 1 Oral three times daily) Active - Hx Entry.
- Atorvastatin Calcium (20MG Tablet 1 Oral qhs) Active - Hx Entry.
- Plavix (75MG Tablet 1 Oral daily) Active - Hx Entry.
- Senokot (8.6MG Tablet 3 Oral qhs) Active - Hx Entry.
- Renal-Vite (0.8MG Tablet 1 Oral daily) Active - Hx Entry.
- Midodrine HCl (5MG Tablet 1 Oral monday) Active - Hx Entry.
- Aspirin (81MG Tablet DR 1 Oral daily) Active - Hx Entry.
- Singulair (10MG Tablet 1 Oral daily) Active - Hx Entry.
- Flonase (50MCG/ACT Suspension give two sprays Nasal daily) Active - Hx Entry.
- Vitamin D (Ergocalciferol) (50000UNIT Capsule 1 Oral daily) Active - Hx Entry.
- ZyrTEC Allergy (10MG Capsule 1 Oral daily) Active - Hx Entry.
- Reglan (5MG Tablet 1 Oral three times daily) Active - Hx Entry.
- TraMADol HCl (50MG Tablet 1/2 Oral bid) Active - Hx Entry.
- Metoprolol Succinate ER (25MG Tablet ER 24HR 1/2 Oral bid) Active - Hx Entry.
- Medications Reconciled Specific strength unknown - Active - Hx Entry. (per NH pkt)

**Family**

Father - - deceased due to GSW
Mother - - still living at age 79 as of 12/6/2017 per pt

**Past Surgical**

Dialysis Access - Left Upper arm graft
Amputation - Left (2008) BKA
Amputation - Right (08/2016) BKA/ UH unknown Dr
Rt AKA - (09/22/2016) BMC DM
Cerebral Angiogram - (09/2016) R side occluded

**Diagnostic Studies**

Stress Test not in last two years

## Review of Systems

**General** Not Present- Chills and Fever.
**Skin** Not Present- Bruising, Rash and Ulcer.
**HEENT** Not Present- Headache, Migraine and Visual Disturbances.
**Respiratory** Not Present- Shortness of breath and Wheezing.
**Cardiovascular** Not Present- Chest Pain, Heart Murmur and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain and Difficulty Swallowing.
**Musculoskeletal** Not Present- Joint Pain, Joint Stiffness, Leg pain with walking and Muscle Weakness.
**Neurological** Not Present- Decreased Memory, Numbness and Slurred speech.
**Psychiatric** Not Present- Anxiety and Depression.
**Endocrine** Not Present- Cold Intolerance, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Blood Clots and Easy Bruising.

**[-???-]**

**Pulse:** 70 (Regular)
**BP:** 170/62 Electronic (Sitting, Right Arm, Standard)

## Physical Exam

**General**
**The patient is** - not in distress, well nourished in appearance, travelling by scooter and unaccompanied.

**Head and Neck**
**Examination of the neck reveals** - no thyromegaly, the trachea is midline, no right carotid bruit, no left carotid bruit, no jugular venous distention, no cervical lymphadenopathy, No neck mass is palpated..

**Chest and Lung Exam**
**Respiratory exam shows** - lungs are clear to auscultation bilaterally and quiet, even and easy respiratory effort with no use of accessory muscles.

**Cardiovascular**
**Cardiovascular exam reveals** - normal rate, normal rhythm, No murmur is auscultated.

**Abdomen**
**Abdominal exam shows** - abdomen is not distended and is nontender to deep palpation, no pulsatile abdominal masses, no evidence of hepatomegaly.

**Peripheral Vascular**
**Hemodialysis**
**Graft - Location - Left - upper arm. Characteristics - strong thrill** and **diminished thrill**.
**Lower Extremity**
**General - Left -** palpable femoral artery, lower extremities are warm to touch, normal capillary refill and **BKA**, no edema, no hyperpigmentation, no inguinal lymphadenopathy. **Right -** palpable femoral artery, lower extremities are warm to touch, normal capillary refill and **AKA incision is well approximated without cellulitis or induration**, no edema, no hyperpigmentation, no inguinal lymphadenopathy.
**Upper Extremity**
**General - Left -** palpable radial artery and normal hand temperature and capillary refill. **Right -** palpable radial artery and normal hand temperature and capillary refill.

**Neurologic**
**Neurologic exam reveals** - normal mood and appropriate affect, oriented to person, place, and time, II - XII grossly intact and motor and sensation is intact to bilateral upper and lower extremities.

**Assessment & Plan**
Occlusion and stenosis of bilateral carotid arteries (I65.23)
**Plans:**
Current Medications Documented (G8427) Routine ()
Care Plan Documented (1123F) Routine ()
Active diagnosis of hypertension (G9744) Routine ()
Patient On Aspirin / Antithrombotic (G8598) Routine ()
Patient Refuses Height and Weight Measurement (G8422) Routine ()
Patient Education: Carotid Artery Disease *: artery disease
Follow up in six months or as needed.
Future order for a carotid ultrasound to be performed prior to the next office visit.

Type 2 diabetes mellitus with unspecified complications (E11.8)
**Plans:**

Essential hypertension (I10)
**Plans:**

Other hyperlipidemia (E78.49)
**Plans:**

ESRD on dialysis (N18.6)
**Plans:**

Dialysis patient (Z99.2)
**Plans:**

History of tobacco use (Z87.891)
**Plans:**
Non-User of Tobacco (1036F) Routine ()

*61/F with Dm2, HLD, PAD, ESRD via LUE AVG following up for asymptomatic carotid artery stenosis. No acute history of CVA or neurologic deficits.*
*Carotid testing shows occlusion on the right and 40-59% on the left.*
*On last testing right side was 80-99% but had testing on 09/2016 that showed occlusion.*
*Overall no significant progression.*
*Continue ASA, Statin, Plavix.*
*PVD with left BKA and right AKA well healed.*
*ESRD with LUE access that is working well for dialysis*

*Follow up 6 months with CUS.*

*I, Jesus Matos MD, personally performed the services described in this documentation, as scribed by Blanca Martinez, M.A., in my presence, and reviewed by me. Patient seen in conjunction with Haseeb Ali, PA*

***Medical Decision Making***
***Amount/complexity of data to be reviewed:***
*- Order and/or review of diagnostic test(s)*

## Procedures

**Non-User of Tobacco (1036F)** *Performed: 06/13/2018 (Ordered)*
**Current Medications Documented (G8427)** *Performed: 06/13/2018 (Ordered)*
**Care Plan Documented (1123F)** *Performed: 06/13/2018 (Ordered)*
**Active diagnosis of hypertension (G9744)** *Performed: 06/13/2018 (Ordered)*
**Patient On Aspirin / Antithrombotic (G8598)** *Performed: 06/13/2018 (Ordered)*
**Patient Refuses Height and Weight Measurement (G8422)** *Performed: 06/13/2018 (Ordered)*



*Signed electronically by Jesus Matos, MD 06/13/2018*

# Peripheral Vascular Associates, P.A.

PO BOX 276 San Antonio TX 782910276
Tel: (210) 828-2503 Fax: (210) 828-0590

**ACCOUNT INQUIRY** **08/18/2020 12:22 PM (CST)**

**Account# 958240**

Guarantor Information:

Marie Moreno
218 Alexander Ave
San Antonio, TX 78201

Home Tel#: (210) 732-5181 Ext nhome
Work Tel#: (210) 435-3664

Patient Information:
Patient# 958240

Marie Moreno
218 Alexander Ave
San Antonio, TX 78201

Home Tel#: (210) 732-5181 Ext nhome
Work Tel#: (210) 435-3664

| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|---|---|---|---|---|---|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | $0.00 |
| | | | | Total Balance: | $0.00 |

| | Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 06/13/2018 | 11521060 | SHAWCASS | $593.00 | $593.00 | $0.00 | MCAID2ND | Medical | 06/20/2018 | 0 | Marie Moreno |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DTMAIN | Lab | DTMAIN | FRIETERA | 2mfreeman061918 | Updated | 06/20/2018 | Marie Moreno | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 11521060 | Electronic | MATOJES | | 11521060 | MEDICARE | 06/20/2018 | Electronic |

| | Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 06/13/2018 | 93880 | | Dup Scan Xtrc Art Compl Bi Std | I65.22 | Occlusion and stenosis of left carotid artery | MEDICAL | 1.00 | $593.00 | $593.00 | $0.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| Z86.73 | Personal history of transient ischemic attack (TIA), and cer | | | | |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| 433.10 | Oclsn, carotid artery w/o infrct | V12.54 | Hx, prsnl, TIA and cerebral infa | | | | |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/06/2018 | 898848232 | Medical | MEDICARE | Medicare Payment | $154.86 | | | MEDICARE898848232RH | Updated | 07/09/2018 | | | |
| 07/06/2018 | 898848232 | Medical | MEDICARE | Medicare Adjustment | $395.48 | | | MEDICARE898848232RH | Updated | 07/09/2018 | | | |
| 07/06/2018 | 898848232 | Medical | MEDICARE | 2% Reduction | $3.16 | | | MEDICARE898848232RH | Updated | 07/09/2018 | | | |
| 07/06/2018 | 898848232 | Medical | MEDICARE | Medicare Transfer | | MCAID2ND | $39.50 | MEDICARE898848232RH | Updated | 07/09/2018 | | | |
| 07/23/2018 | TMHP ERA 49250443 TG | Medical | MCAID2ND | Medicaid Payment | $0.00 | | | TMHP49250443TG | Updated | 07/24/2018 | | | |
| 07/23/2018 | TMHP ERA | Medical | MCAID2ND | Medicaid | $39.50 | | | TMHP49250443TG | Updated | 07/24/2018 | | | |

| | |
|---|---|
| 49250443<br>TG | Adjustment |

Peripheral Vascular Associates
DOCTORS OF ARTERIES & VEINS

Downtown
610 North Main Avenue
San Antonio, TX 78205
Phone: (210) 225-6508
Fax: (210) 253-3467

ACCREDITED FACILITY · IAC INTERSOCIETAL ACCREDITATION COMMISSION · VASCULAR TESTING

# Cerebrovascular Duplex Scan

**Patient**: Moreno, Marie **DOB**: 01/03/1956 **Age**: 62y **Sex**: Female
**MRN**: 958240 **Room**:
**Referring**: Fried, Terrance MD **Sonographer:** Shaw, Cassandra RVT **DOS**: **06/13/2018**

**Indications:** Follow up of carotid artery stenosis. Patient has diabetes. Patient has had a TIA with no residual effects.

## Impressions:

**Right:** Occlusion of the internal carotid artery. Antegrade flow in the vertebral artery. Progression of disease in comparison to study done 12/06/17.

**Left:** Mild stenosis, 40-59%, in the internal carotid artery. Antegrade/resistive flow in the vertebral artery. Could not duplicate elevated velocities seen on study done 12/06/17.

| | Right | | | Left 40-59% | | |
|---|---|---|---|---|---|---|
| | PSV | EDV | PLAQUE | PSV | EDV | PLAQUE |
| D.ICA | | | | 85 | 13 | Heterogeneous |
| M.ICA | | | | 83 | 15 | Heterogeneous |
| P. ICA | | | | 115 | 27 | Heterogeneous |
| D. CCA | 44 | 1 | None | 84 | 10 | None |
| M. CCA | 104 | 2 | None | 101 | 14 | None |
| P.CCA | 194 | 1 | None | 120 | 9 | None |
| ECA | 126 | 0 | | 112 | 1 | |

**Velocity Criteria**
1-39% = <110 systolic, <40 end diastolic
40-59% = ≥110 systolic, <40 end diastolic
60-79% = >130 systolic, ≥40 end diastolic
80-99% = >250 systolic, ≥100 end diastolic




**Ratio Criteria**
0-49% = <2
50-69% = ≥2, <3.3
70% = ≥3.3, <4
71-99% = ≥4

| Right | | | Left | |
|---|---|---|---|---|
| 46 | 9 | **VERT** | 15 | 1 |
| | | **ICA /CCA Ratio** | 1.1 | |
| Antegrade | | **Vertebral Flow** | Antegrade | |

Reading/Performing: Matos, Jesus Electronically signed on 6/21/2018 8:20:05 AM.

PT Name: Marie Moreno
MRN: 958240
Reading MD: Matos

DOB: 1/3/1956 12:00:00AM
DOS: 6/13/2018 2:00:00PM
Tech Init: AShaw

Notes: 6 mon f/u CUS per 12/06/17
Ins.: Medicare B TX Novitas Solutions Inc

[X] 93880 (Complete Carotid) [ ] 93882 (Limited Carotid)

**Carotid** [ ] Technically difficult due to body habitus

Diabetes? [X] Yes [ ] No TIA? [X] Yes [ ] No RT CEA Date: ________ LT CEA Date: ________

Stroke? [ ] Yes [X] No Residual Defects from stroke? [ ] No [ ] Yes If yes, defect: ________

Coronary Artery Disease? [ ] Yes [X] No If defect from stroke Pt is: [ ] RT handed [ ] LT Handed

Syncope? [ ] Yes [ ] No Bruit? [ ] RT [ ] LT [ ] BIL [ ] N/A Other Indications: ________

**RT** Prev Date: 12/6/17 Comp: [ ] No prev [ ] Same [X] Progression [ ] Improve [ ] Could Not Dup

Native / CEA: [ ] None [ ] 1-39% [ ] 40-59% [ ] 60-79% [ ] 80-99% [X] Occluded

Stent: [ ] None [ ] 1-19% [ ] 20-49% [ ] 50-79% [ ] 80-99% [X] Occluded (crossed out)

Vertebral (circle): [X] Antegrade [ ] Retrograde [ ] To and Fro [ ] Absent [ ] Not Seen

ECA: [ ] No Plaque [ ] Hetero [ ] Homo [ ] Turb Flow CCA Plaque: [ ] None [ ] Hetero [ ] Homo Level: ________

ICA Plaque: [ ] None [X] Hetero [ ] Homo [ ] Shadowing [ ] Tortuous

Fill out below ONLY if greater than 39% stenosis for native or over 19% for stent:

CCA for ratio PSV: ________ Highest ICA PSV: ________ EDV: ________

Ratio (ICA/CCA): ________ Location highest ICA: [ ] Prx [ ] Mid [ ] Dist

**LT** Prev Date: 12/6/17 Comp: [ ] No prev [ ] Same [ ] Progression [ ] Improve [X] Could Not Dup

Native / CEA: [ ] None [ ] 1-39% [X] 40-59% [ ] 60-79% [ ] 80-99% [ ] Occluded

Stent: [ ] None [ ] 1-19% [ ] 20-49% [ ] 50-79% [ ] 80-99% [ ] Occluded

Vertebral (circle): [X] Antegrade [ ] Retrograde [ ] To and Fro [ ] Absent [ ] Not Seen [X] resistive

ECA: [ ] No Plaque [ ] Hetero [ ] Homo [ ] Turb Flow CCA Plaque: [ ] None [ ] Hetero [ ] Homo Level: ________

ICA Plaque: [ ] None [X] Hetero [ ] Homo [ ] Shadowing [ ] Tortuous

Fill out below ONLY if greater than 39% stenosis for native or over 19% for stent:

CCA for ratio PSV: ________ Highest ICA PSV: 115 EDV: 27

Ratio (ICA/CCA): ________ Location highest ICA: [X] Prx [ ] Mid [ ] Dist

| Carotid Velocity Criteria | | |
|---|---|---|
| Percent | Systolic | Diastolic |
| 40-59% | 110-130 | <40 |
| 60-79% | 130-250 | 40-100 |
| 80-99% | >250 | >100 |

| Carotid Stent Velocity Criteria | | |
|---|---|---|
| Percent | Systolic | Ratio |
| ≥ 20% | ≥ 150 | ≥ 2.15 |
| ≥ 50% | ≥ 220 | ≥ 2.7 |
| ≥ 80% | ≥ 340 | 40-100 |

Note(s):

# EXHIBIT 7

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

Peripheral Vascular Associates
Westover Hills CSR-MOB
11212 State Highway 151, Suite 205,
Medical Plaza 2
San Antonio, TX 78251-4498
☎ : (210) 614-7414
Fax : (210) 616-0509

Patient Name: Patricia M. Gutting Gender: Female DOB: 07/13/1954 (66 years)

**Date of Encounter:** 07/19/2018 **Usual Caregiver:** Jeffrey J. Stein

| Care Team | Role | Specialty | Phone |
|---|---|---|---|
| Regina K. Lee, MD | Primary Care Physician | | (210) 682-9434 |
| Jessica F. Rutstein, DPM | Referral/Consult | Podiatry | (210) 281-9595 |

**History of Present Illness**

The patient is a 64 year old female with peripheral vascular disease. This is a follow-up visit. The last visit was 16 months ago. The disease is located in the bilateral lower extremities. This problem began gradually over time and has lasted for years. The patient is asymptomatic. There has been associated abnormal testing, leg swelling and pallor of extremity, while there has been no associated claudication, rest pain, calf ulceration, ankle ulceration, foot ulceration, toe ulceration or leg pain. Previous treatment(s) include Statin based cholesterol lowering agents. Note for "Peripheral vascular disease": Mrs. Gutting returns to the office for 16 month follow up of her lower extremity arterial disease. She currently uses a motorized scooter due to having polio as a child. Since she was last seen, she has not developed any rest pain or ulcerations. She continues to not smoke. She does take a daily statin.

**Health Maintenance/Physicians**

PCPRegina K. Lee, MD

REFERRINGJessica F. Rutstein, DPM

**Allergy**
Sulfa Antibiotics [Drug allergy]
Allergies Reconciled (07/19/2018)

**Past Medical**
Back problem
Colitis, Ulcerative
Polio
Osteopenia
Post-polio syndrome
Hyperlipidemia
Hypertension
Other atherosclerosis of native arteries of extremities, bilateral legs
Peripheral arteriosclerosis
Problems Reconciled

**Social**
Marital status - Married
Current Work/Study Status - Disabled
Alcohol Use - Never
Drug Use - Never used
Tobacco Use - Never smoker

**Medications**

Belviq ( Oral) Specific strength unknown - Active.
Bupropion HCl (150MG Tablet ER 1 Oral daily) Active - Hx Entry.
Crestor (10MG Tablet 1 Oral daily) Active - Hx Entry.
Fish Oil (1000MG Capsule, 1 Oral two times daily) Active.
Folic Acid (400MCG Tablet, 1 Oral daily) Active.
Citracal Plus (1 Oral two times daily) Active.
Saccharomyces boulardii (1 Oral two times daily) Specific strength unknown - Active.
Co Q-10 (200MG Capsule, 1 Oral daily) Active.
DULoxetine HCl (60MG Capsule DR Part, 1 Oral daily) Active.
TraZODone HCl (100MG Tablet 1 Oral at bedtime) Active - Hx Entry. (PRN)
Medications Reconciled Specific strength unknown - Active - Hx Entry.

**Family**

Cancer - Brother, Paternal Aunt
Emphysema - Father - Deceased at age 57.
Amyotrophic lateral sclerosis - Mother - Deceased at age 47.

**Past Surgical**

Angioplasty - (05/07/2007)
Appendectomy - (07/01/2010)
Neck Surgery - (2000)
Clavicle - Left (2012)
Knee Surgery - Right (1967)
Wrist Surgery - Left (1992)

**Diagnostic Studies**

Stress Test None.

**[-???-]**

**Pulse:** 81 (Regular)
**BP:** 118/76 Electronic (Sitting, Right Arm, Standard)

**Weight:** 187 lb **Height:** 62 in **[-???-]**
**Body Mass Index:** 34.2 kg/m²
**Pulse:** 72 (Regular)
**BP:** 116/72 Electronic (Sitting, Left Arm, Standard)

## Physical Exam

**General**
**The patient is** - not in distress, well nourished in appearance and patient is traveling by wheelchair.

**Head and Neck**
**Examination of the neck reveals** - no right carotid bruit, neck is supple and the trachea is midline, no left carotid bruit, no jugular venous distention.

**Eye**
**General** - sclera are anicteric.
**Eyeball - Bilateral** - Reactive to light, Extraocular motions intact and Pupils equal.

**ENMT**
**General** - oral mucosa pink and moist.

**Chest and Lung Exam**
**Respiratory exam shows** - lungs are clear to auscultation bilaterally, quiet, even and easy respiratory effort with no use of accessory muscles, no wheezes are auscultated.

**Cardiovascular**
**Cardiovascular exam reveals** - normal heart sounds, normal rate, normal rhythm, No murmur is auscultated.

**Abdomen**
**Abdominal exam shows** - abdomen is not distended and is nontender to deep palpation, no pulsatile abdominal masses, no evidence of organomegaly, no abominal mass present.

**Peripheral Vascular**
**Lower Extremity**
**General - Bilateral -** palpable femoral artery, palpable popliteal artery, normal capillary refill and edema present (trace to calves) , nonpalpable dorsalis pedis artery, nonpalpable posterior tibial artery, lower extremities are cool to touch, no hyperpigmentation, there is no rubor, no cellulitis is seen, no calf ulceration, no foot ulceration, no toe ulceration, no pre-tibial ulceration.

**Neurologic**
**Neurologic exam reveals** - normal mood and appropriate affect, oriented to person, place, and time, II - XII grossly intact , motor function is normal to the left upper extremity, motor function is normal to the right upper extremity, motor function is normal to the right lower extremity, lower extremity sensorium intact, weakness and motor discoordination to the left lower extremity.

**Assessment & Plan**
Other atherosclerosis of native arteries of extremities, bilateral legs (I70.293)
**Plans:**
Non-User of Tobacco (1036F) Routine ()
"Patient Does Not Have a Care Plan" is Documented in CM (1124F) Routine ()
Patient Not on Aspirin / Antithrombotic (G8599) Routine ()
How to access health information online
Future order for a lower extremity arterial doppler with duplex to be performed prior to the next office visit.
Follow up in 1 year

Hypertension (I10)
**Plans:**
Active diagnosis of hypertension (G9744) Routine ()

Hyperlipidemia (E78.5)
**Plans:**
Current Medications Documented (G8427) Routine ()

BMI 34.0-34.9,adult (Z68.34)
**Plans:**
Documentation of follow-up plan for patient with BMI above normal (G8417) Routine ()
Advised patient to follow up with their PCP for weight management.

*Mrs. Gutting is a 64 year old female who returns to clinic for follow up of her lower extremity arterial disease. She remains asymptomatic. I have reviewed the arterial studies ordered for today. Her ABIs are 1.47 on the right and 1.4 on the left with TBIs of 0.96 and 1.07 respectively. Her right PT is triphasic, but her right DP has reversal of flow. Her left PT is triphasic and the DP is biphasic. Mrs. Gutting has moderate to severe PAD in her lower extremities and her studies are slightly improved on the left. I encouraged Mrs. Gutting to continue her statin and to take a daily baby aspirin. I will plan on seeing Mrs. Gutting back in my office in one year with repeat testing. Thank you for allowing PVA to participate in Mrs. Gutting's care.*

***Medical Decision Making***

## Procedures

**Documentation of follow-up plan for patient with BMI above normal (G8417)** *Performed: 07/19/2018 (Ordered)*
**Active diagnosis of hypertension (G9744)** *Performed: 07/19/2018 (Ordered)*
**Current Medications Documented (G8427)** *Performed: 07/19/2018 (Ordered)*
**Non-User of Tobacco (1036F)** *Performed: 07/19/2018 (Ordered)*
**"Patient Does Not Have a Care Plan" is Documented in CM (1124F)** *Performed: 07/19/2018 (Ordered)*
**Patient Not on Aspirin / Antithrombotic (G8599)** *Performed: 07/19/2018 (Ordered)*



*Signed electronically by Jeffrey Stein, MD 07/24/2018*

# Peripheral Vascular Associates, P.A.

**PO BOX 276 San Antonio TX 782910276**
**Tel: (210) 828-2503 Fax: (210) 828-0590**

**ACCOUNT INQUIRY** **08/18/2020 12:07 PM (CST)**

**Account# 965810**

Guarantor Information:

Patricia M Gutting
11530 High Meadows
San Antonio, TX 78253

Home Tel#: (210) 679-9144
Work Tel#:

Patient Information:
Patient# 965810

Patricia M Gutting
11530 High Meadows
San Antonio, TX 78253

Home Tel#: (210) 679-9144
Work Tel#:

| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|---|---|---|---|---|---|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | $0.00 |
| | | | | Total Balance: | $0.00 |

| | Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 07/19/2018 | 12476360 | SALDLAUR | $255.00 | $255.00 | $0.00 | UNITEDH5 | Medical | 07/26/2018 | 0 | Patricia M Gutting |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WESTOCSR | Lab | WESTOCSR | RUTSJES | 2mfreeman072518 | Updated | 07/26/2018 | Patricia M Gutting | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 12476360 | Electronic | STEIJOS | | 12476360 | MEDICARE | 07/26/2018 | Electronic |

| | Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 07/19/2018 | 93922 | | Single Level Arterial Dopplers Uppr/Lwr | I70.293 | Other atherosclerosis of native arteries of extremities, bil | MEDICAL | 1.00 | $255.00 | $255.00 | $0.00 |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| 440.29 | Athrsclr, ntv artry, extrm NEC | | | | | | |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/2018 | 899070172 | Medical | MEDICARE | Medicare Payment | $66.73 | | | MEDICARE899070172TG | Updated | 08/13/2018 | | | |
| 08/10/2018 | 899070172 | Medical | MEDICARE | Medicare Adjustment | $169.89 | | | MEDICARE899070172TG | Updated | 08/13/2018 | | | |
| 08/10/2018 | 899070172 | Medical | MEDICARE | 2% Reduction | $1.36 | | | MEDICARE899070172TG | Updated | 08/13/2018 | | | |
| 08/10/2018 | 899070172 | Medical | MEDICARE | Medicare Transfer | | UNITEDH5 | $17.02 | MEDICARE899070172TG | Updated | 08/13/2018 | | | |
| 08/21/2018 | 1TR22958325 | Medical | UNITEDH5 | United HealthCare Payment | $17.02 | | | UHC1TR22958325RH | Updated | 08/22/2018 | | | |

Peripheral Vascular Associates
DOCTORS OF ARTERIES & VEINS

*11212 State Highway, 151 Medical Plaza 2 Suite 205*
*San Antonio, TX 78251*
*Phone: (210) 614-7414, Fax: (210) 616-0509*

# LE Arterial Segmental Pressure

**Patient**: Gutting, Patricia **DOB**: 07/13/1954 **Age**: 64y **Sex**: Female
**MRN**: 965810 **Room**:
**Referring**: Rutstein, Jessica DPM **Sonographer:** Saldana, Laura **DOS**: **07/19/2018**
**Indications:** Follow up of peripheral vascular disease. Patient has polio.

## Impressions:

**Right:** Normal arterial Doppler waveforms in the lower extremity through the posterior tibial artery at rest with severe atherosclerotic disease in the anterior tibial artery. No significant change from previous study done 03/02/2017.

**Left:** Normal arterial Doppler waveforms in the lower extremity through the posterior tibial artery at rest with mild to moderate atherosclerotic disease in the anterior tibial artery. Pressures are non-reliable due to vessel calcification. Improvement demonstrated in the dorsalis pedis in comparison to study done 03/02/2017

| **Brachial** | 118 | | |
|---|---|---|---|
| **Doppler** | **mmHg** | **Index** | **Waveforms** |
| Ankle DP | 166 | 1.41 | Retrograde |
| Ankle PT | 173 | 1.47 | Triphasic |
| Great Toe | 113 | 0.96 | Normal |



| **Brachial** | 112 | | |
|---|---|---|---|
| **Doppler** | **mmHg** | **Index** | **Waveforms** |
| Ankle DP | 165 | 1.4 | **Biphasic** |
| Ankle PT | 255 | 2.16 | **Triphasic** |
| Great Toe | 126 | 1.07 | Normal |

Transcribed by Barbara Burrow
Reading/Performing: Stein, Jeffrey MD Electronically signed on 7/27/2018 12:43:35 PM.

## Doppler


Segmental BP
Segment/Brachial Index
118
Brachial
112
R) Post. Tibial: Triphasic
Gain: 0%
R) Dors.Pedis
Gain: 0%
R) Digit: Normal
Gain: 0%
L) Post. Tibial
Gain: 0%
L) Dors.Pedis: Biphasic
Gain: 0%
L) Digit: Normal
Gain: 0%
173 (PT)
1.47
166 (DP)
1.41
113
0.96
1.47
255 (PT)
N/C
165 (DP)
1.40
126
1.07
1.40
Ankle/Brachial Index

# EXHIBIT 8

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

Peripheral Vascular Associates
Northeast Practice Location II
8811 Village Dr
San Antonio, TX 78217
☎ : (210) 656-5098
Fax : (210) 656-5219

Patient Name: Lilia S. Trevino | Gender: Female | DOB: 03/26/1933 (87 years)

**Date of Encounter:** 06/17/2019 **Usual Caregiver:** William O. Kirk

| Care Team | Role | Specialty | Phone |
|---|---|---|---|
| Randal W. White, MD | Cardiologist | Cardiology | (210) 614-5400 |
| Gajanan V. Gaitonde, MD | Primary Care Physician | | (830) 278-4568 |

## History of Present Illness

The patient is a 86 year old female, accompanied by her granddaughter during the visit, with carotid artery disease.The stenosis is located in the bilateral carotid arteries and the patient denies amaurosis fugax, dizziness, paralysis, speech disturbances, transient ischemic attack or visual disturbances. Previous diagnostic tests include carotid ultrasound and cerebral angiogram. The right carotid stenosis was 1% - 39%. The left carotid stenosis was 40% - 59%. Previous treatment(s) include cholesterol lowering agents, observation and Eliquis. The patient had a previous right carotid endarterectomy.

Ms. Trevino has no new complaints and states she is doing well.

## Health Maintenance/Physicians

Flu Vaccine (10/01/2018)

Pneumovax Plans to receive (Ask Again Next Visit)

**Allergy**
No Known Allergies (06/17/2019)

**Past Medical**
Occlusion and stenosis of bilateral carotid arteries
Type 2 diabetes mellitus with unspecified complications
Hypertension
Hyperlipidemia
Afib
CHF (congestive heart failure)

**Social**
Tobacco Use - Never smoker

**Medications**
Januvia (25MG Tablet Oral) Active - Hx Entry.
AmLODIPine Besylate (2.5MG Tablet 1 Oral daily) Active - Hx Entry.
MetFORMIN HCl (500MG Tablet 1 Oral two times daily) Active - Hx Entry.
Bumetanide (1MG Tablet 1 Oral daily) Active - Hx Entry.
Pravastatin Sodium (40MG Tablet 1 Oral daily) Active - Hx Entry.
Eliquis (5MG Tablet Oral) Active - Hx Entry.
Medications Reconciled Specific strength unknown - Active - Hx Entry. (Updated per patient med bottles- MT)

**Past Surgical**
Appendectomy -
Abdominal Surgery - Ovary Tumor Removed
cerebral arteriogram - (12/06/2010) wpe
Right CEA w/Vein Patch. [WOK] - (01/04/2011)

## Review of Systems

**General** Not Present- Fever, Malaise, Weight Gain and Weight Loss.
**Skin** Not Present- Bruising, Change in color of toes or fingers, Rash, Redness on legs and Ulcer.
**HEENT** Not Present- Headache, Hearing Loss, Hoarseness, Swallowing difficulty, Transient Visual Loss and Vertigo.
**Neck** Not Present- Neck Mass and Neck Pain.
**Respiratory** Not Present- Cough, Shortness of breath and Wheezing.
**Cardiovascular** Not Present- Chest Pain, Leg Pain and/or Swelling, Palpitations, Phlebitis, Swelling of Extremities and Varicose veins.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Not Present- Back Pain and Joint Pain.
**Neurological** Not Present- Dizziness, Numbness, Paralysis, Slurred speech and Stroke.
**Psychiatric** Not Present- Anxiety and Depression.
**Endocrine** Not Present- Diabetes and Thyroid Problems.
**Hematology** Not Present- Anemia, Blood Clots and Prolonged Bleeding.

**[-???-]**

**Pulse:** 91 (Regular)
**BP:** 123/65 Manual (Sitting, Right Arm, Standard)

**Weight:** 107 lb, 6 oz **Height:** 61 in **[-???-]**
**Body Mass Index:** 20.29 kg/m²
**Pulse:** 94 (Regular)
**BP:** 111/59 Manual (Sitting, Left Arm, Standard)

## Physical Exam

**General**
**The patient is** - not in distress, well nourished in appearance and ambulating without assistance.

**Head and Neck**
**Examination of the neck reveals** - no right carotid bruit (CEA scar) , the trachea is midline, no left carotid bruit, no jugular venous distention.

**Chest and Lung Exam**
**Respiratory exam shows** - lungs are clear to auscultation bilaterally and quiet, even and easy respiratory effort with no use of accessory muscles.

**Cardiovascular**
**Cardiovascular exam reveals** - normal rate, normal rhythm, No murmur is auscultated.

**Abdomen**
**Abdominal exam shows** - abdomen is not distended and is nontender to deep palpation, no pulsatile abdominal masses, no evidence of hepatomegaly.

**Peripheral Vascular**
**Lower Extremity**
**General - Left -** palpable femoral artery, palpable popliteal artery, palpable dorsalis pedis artery, lower extremities are warm to touch and normal capillary refill, **nonpalpable posterior tibial artery**, no edema, no hyperpigmentation, no inguinal lymphadenopathy. **General - Right -** palpable femoral artery, palpable popliteal artery, palpable dorsalis pedis artery, lower extremities are warm to touch and normal capillary refill, **nonpalpable posterior tibial artery**, no edema, no hyperpigmentation, no inguinal lymphadenopathy.
**Upper Extremity**
**General - Left -** palpable radial artery and normal hand temperature and capillary refill. **General - Right -** palpable radial artery and normal hand temperature and capillary refill.

**Neurologic**
**Neurologic exam reveals** - normal mood and appropriate affect, oriented to person, place, and time, II - XII grossly intact and motor and sensation is intact to bilateral upper and lower extremities.

**Assessment & Plan**

Occlusion and stenosis of bilateral carotid arteries (I65.23)
**Plans:**
Patient Education: Carotid Artery Disease *: artery disease
How to access health information online
Follow up in 1 year
Future order for a carotid ultrasound to be performed prior to the next office visit.

Type 2 diabetes mellitus with unspecified complications (E11.8)
**Plans:**

Hypertension (I10)
**Plans:**

Hyperlipidemia (E78.5)
**Plans:**

Afib (I48.91)
**Plans:**

*I, Dr. William Kirk , personally performed the services described in this documentation, as scribed by Maira Tovar, M.A. in my presence, and reviewed by me. Carotid scan is stable with a mild right ICA stenosis and 1-39% stenosis in the left ICA. No symptoms. Will re-eval in one yr.*

***Medical Decision Making***



*Signed electronically by William Kirk, MD 06/17/2019*

,

# Peripheral Vascular Associates, P.A.

PO BOX 276 San Antonio TX 782910276
Tel: (210) 828-2503 Fax: (210) 828-0590

**ACCOUNT INQUIRY** **08/18/2020 5:31 PM (CST)**

**Account# 90633**

Guarantor Information:

Lilia S Trevino
536 W Cargile St
Uvalde, TX 78801-6015

Home Tel#: (830) 279-4163
Work Tel#:

Patient Information:
Patient# 90633

Lilia S Trevino
536 W Cargile St
Uvalde, TX 78801-6015

Home Tel#: (830) 279-4163
Work Tel#:

| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|---|---|---|---|---|---|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | ($3.66) |
| | | | | Total Balance: | ($3.66) |

| | Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 06/17/2019 | 13876180 | HUBLKELL | $582.00 | $582.00 | $0.00 | Self-Pay | Medical | | 0 | Lilia S Trevino |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEPVAII | Lab | NEPVAII | GAITGAJ | TRamos062419V | Updated | 06/25/2019 | Lilia S Trevino | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 13876180 | | KIRKWIL | | 13876180 | MEDICARE | 06/25/2019 | Electronic |

| | Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 06/17/2019 | 93880 | | Dup Scan Xtrc Art Compl Bi Std | I65.23 | Occlusion and stenosis of bilateral carotid arteries | MEDICAL | 1.00 | $582.00 | $582.00 | $0.00 |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| 433.10 | Oclsn, carotid artery w/o infrct | | | | | | |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/2019 | 801606285 | Medical | MEDICARE | Medicare Payment | $153.10 | | | MEDICARE801606285TG | Updated | 07/11/2019 | | | |
| 07/10/2019 | 801606285 | Medical | MEDICARE | Medicare Adjustment | $387.99 | | | MEDICARE801606285TG | Updated | 07/11/2019 | | | |
| 07/10/2019 | 801606285 | Medical | MEDICARE | 2% Reduction | $3.12 | | | MEDICARE801606285TG | Updated | 07/11/2019 | | | |
| 07/10/2019 | 801606285 | Medical | MEDICARE | Medicare Adjustment | ($1.01) | | | MEDICARE801606285TG | Updated | 07/11/2019 | | | |
| 07/10/2019 | 801606285 | Medical | MEDICARE | Medicare Transfer | | Self-Pay | $38.80 | MEDICARE801606285TG | Updated | 07/11/2019 | | | |
| 07/10/2019 | 801606285 | | Self-Pay | Rebilled Claim | | | | MEDICARE801606285TG | Updated | 07/11/2019 | | | |
| 07/10/2019 | MC | | Self-Pay | Self Pay Credit Card Payment | $38.80 | | | MEDICARE801606285TG | Updated | 07/11/2019 | | | |

Peripheral Vascular Associates
DOCTORS OF ARTERIES & VEINS

Northeast
8811 Village Drive, Suite 150
San Antonio, TX 78217
Phone: (210) 656-5098
Fax: (210) 656-5219

ACCREDITED FACILITY · IAC INTERSOCIETAL ACCREDITATION COMMISSION · VASCULAR TESTING ·

# Cerebrovascular Duplex Scan

**Patient**: Trevino, Lilia **DOB**: 03/26/1933 **Age**: 86y **Sex**: Female
**MRN**: 90633 **Room**:
**Referring**: Gaitonde, Gajanan MD **Sonographer:** Hubler, Kelley **DOS**: **06/17/2019**
**Indications:** Follow up of carotid artery stenosis. Patient had right carotid endarterectomy done 01/04/11. Patient has coronary artery disease.

## Impressions:

**Right:** Mild stenosis, 40-59%, in the internal carotid artery. Antegrade flow in the vertebral artery. No significant change in comparison to study done 06/11/18.

**Left:** Minimal stenosis, 1-39%, in the internal carotid artery. Antegrade flow in the vertebral artery. No significant change in comparison to study done 06/11/18.

| | Right 40-59% | | | Left 1-39% | | |
|---|---|---|---|---|---|---|
| | PSV | EDV | PLAQUE | PSV | EDV | PLAQUE |
| **D.ICA** | 110 | 27 | Heterogeneous | 91 | 17 | |
| **M.ICA** | 83 | 19 | Heterogeneous | 61 | 11 | |
| **P. ICA** | 76 | 20 | Heterogeneous | 46 | 13 | Heterogeneous |
| **D. CCA** | 50 | 17 | Heterogeneous | 36 | 10 | Heterogeneous |
| **M. CCA** | 36 | 10 | Heterogeneous | 37 | 12 | Heterogeneous |
| **P.CCA** | 35 | 9 | Heterogeneous | 49 | 10 | Heterogeneous |
| **ECA** | 38 | 0 | Heterogeneous | 51 | 13 | Heterogeneous |




**Velocity Criteria**
1-39% = <110 systolic, <40 end diastolic
40-59% = ≥110 systolic, <40 end diastolic
60-79% = >130 systolic, ≥ 40 end diastolic
80-99% = >250 systolic, ≥ 100 end diastolic

**Ratio Criteria**
0-49% = <2
50-69% = ≥2, <3.3
70% = ≥ 3.3, <4
71-99% = ≥4

| Right | | | Left | |
|---|---|---|---|---|
| 44 | 8 | **VERT** | 100 | 20 |
| 3.1 | | **ICA /CCA Ratio** | 2.5 | |
| Antegrade | | **Vertebral Flow** | Antegrade | |

Plaque noted in the right and left external carotid arteries. Transcribed by Zoila Ramirez.
Reading/Performing: Kirk, William MD Electronically signed on 6/26/2019 5:54:12 PM.

# EXHIBIT 9

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

Peripheral Vascular Associates
Northeast Practice Location II
8811 Village Dr
San Antonio, TX 78217
☎ : (210) 656-5098
Fax : (210) 656-5219

Patient Name: Franklin L. Fletcher  Gender: Male  DOB: 07/04/1941 (79 years)

**Date of Encounter:** 08/07/2019  **Usual Caregiver:** William O. Kirk

| Care Team | Role | Specialty | Phone |
|---|---|---|---|
| Danielle Stramandi, MD | Primary Care Physician | | (210) 579-3624 |
| PCP ADD | Referral/Consult | | |
| Robert G. Johnson, MD | Referral/Consult | | (210) 614-2453 |

**History of Present Illness**

The patient is a 78 year old male, unaccompanied during the visit, who presents for carotid artery disease.This is a follow up visit for disease of the bilateral carotid arterial system(s). The last visit was 10 month(s) ago. The patient denies transient ischemic attack, stroke, amaurosis fugax, speech disturbances or weakness. Previous treatment for the carotid stenosis include observation and cholesterol lowering agents. Previous diagnostic tests include carotid ultrasound exam.

Mr. Fletcher recently underwent a carotid scan secondary to neck pain and immobility and presents secondary to moderate internal carotid artery stenosis bilaterally. No stroke like symptoms noted.

**Health Maintenance/Physicians**

Flu Vaccine (09/01/2018)

Pneumovax Does not plan to receive

**Allergy**
No Known Allergies

**Past Medical**
Occlusion and stenosis of bilateral carotid arteries
Abdominal aortic aneurysm (AAA) without rupture
History of tobacco use

**Social**
Tobacco Use - Former smoker - 2-3 cigarettes a day, quit 07/2018

**Medications**
Multiple Vitamin ( Oral) Active - Hx Entry.
Vitamin B 12 ( Oral) Specific strength unknown - Active - Hx Entry.
Gabapentin Specific strength unknown - Active - Hx Entry.
Oxycodone-Acetaminophen (10-325MG Tablet 1 Oral two times daily) Active - Hx Entry.
Desipramine HCl (10MG Tablet 1 Oral daily) Active - Hx Entry.
Escitalopram Oxalate (10MG Tablet 1 Oral daily) Active - Hx Entry.
Aspirin (325MG Tablet DR 1 Oral daily) Active - Hx Entry.
Medications Reconciled Specific strength unknown - Active - Hx Entry.

**Past Surgical**
Back Surgery - METHODIST HSPTL ( DR SWAN)
Hip Surgery - Left (2016)
BROKEN BONES - (1957) BAPTIST DT
Hernia Repair - (1998)
Vasectomy - (1998)

## Review of Systems

**General** Not Present- Chills and Fever.
**Skin** Not Present- Bruising, Rash and Ulcer.
**HEENT** Not Present- Headache, Migraine and Visual Disturbances.
**Respiratory** Not Present- Shortness of breath and Wheezing.
**Cardiovascular** Not Present- Chest Pain, Heart Murmur and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain and Difficulty Swallowing.
**Musculoskeletal** Present- **Back Pain**, **Joint Stiffness** (neck) and **Pain in joints**. Not Present- Leg pain with walking and Muscle Weakness.
**Neurological** Not Present- Decreased Memory, Numbness and Slurred speech.
**Psychiatric** Not Present- Anxiety and Depression.
**Endocrine** Not Present- Cold Intolerance, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Blood Clots and Easy Bruising.

**[-???-]**

**Pulse:** 69 (Regular)
**BP:** 120/63 Manual (Sitting, Left Arm, Standard)

**Weight:** 182 lb **Height:** 69 in **[-???-]**
**Body Mass Index:** 26.88 kg/m²
**Pulse:** 72 (Regular)
**BP:** 109/67 Manual (Sitting, Right Arm, Standard)

## Physical Exam

**General**
**The patient is** - not in distress, well nourished in appearance and ambulating without assistance.

**Head and Neck**
**Examination of the neck reveals** - no right carotid bruit, the trachea is midline, no left carotid bruit, no jugular venous distention.

**Chest and Lung Exam**
**Respiratory exam shows** - lungs are clear to auscultation bilaterally and quiet, even and easy respiratory effort with no use of accessory muscles.

**Cardiovascular**
**Cardiovascular exam reveals** - normal rate, normal rhythm, No murmur is auscultated.

**Abdomen**
**Abdominal exam shows** - abdomen is not distended and is nontender to deep palpation, no pulsatile abdominal masses.

**Peripheral Vascular**
**Lower Extremity**
**General - Left -** palpable dorsalis pedis artery, palpable posterior tibial artery, lower extremities are warm to touch and normal capillary refill, no edema, no hyperpigmentation. **General - Right -** palpable dorsalis pedis artery, palpable posterior tibial artery, lower extremities are warm to touch and normal capillary refill, no edema, no hyperpigmentation.
**Upper Extremity**
**General - Left -** palpable radial artery and normal hand temperature and capillary refill. **General - Right -** palpable radial artery and normal hand temperature and capillary refill.

**Neurologic**
**Neurologic exam reveals** - normal mood and appropriate affect, oriented to person, place, and time, II - XII grossly intact and motor and sensation is intact to bilateral upper and lower extremities.

**Assessment & Plan**

Occlusion and stenosis of bilateral carotid arteries (I65.23)
**Plans:**
Carotid Artery Disease (Pre-Printed Handout)
Order a carotid ultrasound to be performed during today's visit.
Keep appointment as scheduled

History of tobacco use (Z87.891)
**Plans:**

Body mass index (BMI) exceeds 25
**Plans:**
PCP (Undefined)

High Blood Pressure (I15.9)
**Plans:**
PCP (Undefined)

*I, Dr. William Kirk, personally performed the services described in this documentation, as scribed by Alyssia Maynard, M.A., in my presence, and reviewed by me. The recent outside results are in significant contradistinction from a carotid scan performed last fall in my office that reveals only 1-39% stenosis bilaterally. The carotid scan was repeated today and reveals 1-39% stenosis in the right ICA and a mild degree of stenosis in the left ICA. No stroke like symptoms. Will follow up on Mr. Fletcher's small AAA this upcoming Oct.*

***Medical Decision Making***

*Signed electronically by William Kirk, MD 08/07/2019*

# Peripheral Vascular Associates, P.A.

PO BOX 276 San Antonio TX 782910276
Tel: (210) 828-2503 Fax: (210) 828-0590

**ACCOUNT INQUIRY** **08/18/2020 10:20 PM (CST)**

**Account# 101567**

Guarantor Information:

Franklin L Fletcher
7911 Melbury Forest
San Antonio, TX 78239-3204

Home Tel#: (210) 823-0704
Work Tel#:

Patient Information:
Patient# 101567

Franklin L Fletcher
7911 Melbury Forest
San Antonio, TX 78239-3204

Home Tel#: (210) 823-0704
Work Tel#:

| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|---|---|---|---|---|---|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $1,128.00 | $0.00 | $0.00 | $0.00 | $1,128.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | $0.00 |
| | | | | Total Balance: | $1,128.00 |

| | Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 08/07/2019 | 14253490 | LUNADESI | $582.00 | $582.00 | $0.00 | AARPHEAL | Medical | 08/15/2019 | 0 | Franklin L Fletcher |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEPVAII | Lab | NEPVAII | JOHNROB | TRamos081419V | Updated | 08/15/2019 | Franklin L Fletcher | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 14253490 | Electronic | KIRKWIL | | 14253490 | MEDICARE | 08/15/2019 | Electronic |

| | Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 08/07/2019 | 93880 | | Dup Scan Xtrc Art Compl Bi Std | I65.23 | Occlusion and stenosis of bilateral carotid arteries | MEDICAL | 1.00 | $582.00 | $582.00 | $0.00 |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| 433.10 | Oclsn, carotid artery w/o infrct | | | | | | |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/2019 | 801935569 | Medical | MEDICARE | Medicare Payment | $153.10 | | | MEDICARE801935569RH | Updated | 09/03/2019 | | | |
| 08/30/2019 | 801935569 | Medical | MEDICARE | Medicare Adjustment | $387.99 | | | MEDICARE801935569RH | Updated | 09/03/2019 | | | |
| 08/30/2019 | 801935569 | Medical | MEDICARE | 2% Reduction | $3.12 | | | MEDICARE801935569RH | Updated | 09/03/2019 | | | |
| 08/30/2019 | 801935569 | Medical | MEDICARE | Medicare Adjustment | ($1.01) | | | MEDICARE801935569RH | Updated | 09/03/2019 | | | |
| 08/30/2019 | 801935569 | Medical | MEDICARE | Medicare Transfer | | AARPHEAL | $38.80 | MEDICARE801935569RH | Updated | 09/03/2019 | | | |
| 09/12/2019 | 1467115797 | Medical | AARPHEAL | AARP Payment | $38.80 | | | AARPERA1467115797TG | Updated | 09/13/2019 | | | |

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

Northeast
8811 Village Drive, Suite 150
San Antonio, TX 78217
Phone: (210) 656-5098
Fax: (210) 656-5219

# Cerebrovascular Duplex Scan

**Patient**: FLETCHER, FRANKLIN **DOB**: 07/04/1941 **Age**: 78y **Sex**: Male
**MRN**: 101567 **Room**:
**Referring**: Johnson, Robert MD **Sonographer:** Luna, Desiree **DOS**: **08/07/2019**
**Indications:** Follow up of carotid artery stenosis. Patient has no complaints.

## Impressions:

**Right:** Minimal stenosis, 1-39%, in the internal carotid artery. Antegrade flow in the vertebral artery. No significant change in comparison to study done 10/31/18.

**Left:** Mild stenosis, 40-59%, in the internal carotid artery. Unable to visualize the vertebral artery. Progression of disease in comparison to study done 10/31/18.

**Right**
**1-39%**

| | PSV | EDV | PLAQUE |
|---|---|---|---|
| **D.ICA** | 54 | 14 | |
| **M.ICA** | 54 | 14 | |
| **P. ICA** | 70 | 15 | Heterogeneous |
| **D. CCA** | 86 | 16 | None |
| **M. CCA** | 98 | 19 | None |
| **P.CCA** | 91 | 11 | None |
| **ECA** | 108 | 8 | None |

**Velocity Criteria**
1-39% = <110 systolic, <40 end diastolic
40-59% = ≥110 systolic, <40 end diastolic
60-79% = >130 systolic, ≥ 40 end diastolic
80-99% = >250 systolic, ≥ 100 end diastolic




**Left**
**40-59%**

| | PSV | EDV | PLAQUE |
|---|---|---|---|
| **D.ICA** | 50 | 13 | |
| **M.ICA** | 55 | 15 | |
| **P. ICA** | 111 | 17 | Heterogeneous |
| **D. CCA** | 88 | 17 | None |
| **M. CCA** | 83 | 14 | None |
| **P.CCA** | 81 | 14 | None |
| **ECA** | 94 | 14 | None |

**Ratio Criteria**
0-49% = <2
50-69% = ≥2, <3.3
70% = ≥ 3.3, <4
71-99% = ≥4

| Right | | | Left | |
|---|---|---|---|---|
| 49 | 17 | **VERT** | | |
| 0.7 | | **ICA /CCA Ratio** | 1.3 | |
| Antegrade | | **Vertebral Flow** | Not seen | |

Transcribed by Zoila Ramirez.
Reading/Performing: Kirk, William MD Electronically signed on 8/20/2019 11:51:32 AM.

# EXHIBIT 10

# UNITED STATES OF AMERICA

DEPARTMENT OF HEALTH AND HUMAN SERVICES
OFFICE OF INSPECTOR GENERAL

## SUBPOENA DUCES TECUM

Control No.: 18042

*To:* Custodian of Records
Peripheral Vascular Associates, P.A.
5047 Sherri Ann Road
San Antonio, TX 78233

*YOU ARE HEREBY COMMANDED TO APPEAR BEFORE Special Agent Tomas Gonzales, an official of the Office of Inspector General, at 40 NE Loop 410, Suite 404, in the City of San Antonio, and State of Texas,* ***on the 20th of July 2018, at 9:00 o'clock, A.M. of that day, in connection with*** *an investigation into possible false or otherwise improper claims submitted for payment under Title XVIII (Medicare) and Title XIX (Medicaid) of the Social Security Act; and you are hereby required to bring with you and produce at said time and place the following:*

***See Attachment***

*which are necessary in the performance of the responsibility of the Inspector General under Public Law 95-452 (5 U.S.C. App. 3 § 6(a)(4)), as amended by Public Law 100-504, to conduct and supervise audits and investigations and to promote economy, efficiency and effectiveness in the administration of and to prevent and detect fraud and abuse in the programs and operations of the Department of Health and Human Services.*

*IN TESTIMONY WHEREOF*
*Crystal J. Porter*

*the undersigned official of the Office of Inspector General of said DEPARTMENT OF HEALTH AND HUMAN SERVICES, has hereunto set her hand this 19th day of June, 2018.*

Crystal J Porter

*Special Agent in Charge*

DEPARTMENT OF HEALTH AND HUMAN SERVICES

# OFFICE OF INSPECTOR GENERAL

OFFICE OF INVESTIGATIONS
DALLAS REGIONAL OFFICE
1100 COMMERCE STREET
SUITE 629
DALLAS, TX 75242

June 19, 2018

Custodian of Records
Peripheral Vascular Associates, P.A.
5047 Sherri Ann Road
San Antonio, TX 78233

Dear Sir or Madam:

Accompanying this letter is a subpoena addressed to you returnable at the Office of Inspector General (OIG), Office of Investigations, Dallas Regional Office, before my designee, Special Agent (SA) Tomas M. Gonzales. The subpoena has been issued pursuant to the authority provided to the Inspector General by Public Law 95-452 (see 5 U.S.C. App. 3 § 6(a)(4)), as amended by Public Law 100-504.

Under the health information privacy regulation that implements the Health Insurance Portability and Accountability Act of 1996, also known as HIPAA, providing the information requested by the attached subpoena is a permitted disclosure since it is "required by law" (see 45 C.F.R. §§ 164.512(a), 164.103), and will be used for "health oversight" activities by OIG, which meets the definition of a "health oversight agency" (see 45 C.F.R. §§ 164.512(d), 164.501).

Fully legible and complete copies of the records called for by the subpoena will be accepted in response to the subpoena, provided that the original records will be made available to employees of my office, upon request, during normal business hours. Otherwise, original documents (including copies as maintained in your files) should be produced.

Failure to appear at the time and place specified in the subpoena may be taken as a failure to comply with the subpoena. However, as a convenience and in lieu of your personal appearance, you may send the records called for by the subpoena by certified mail on or before **July 20, 2018** to:

**Special Agent Tomas Gonzales**
**U.S. Department of Health and Human Services**
**Office of Inspector General**
**Office of Investigations**
**40 NE Loop 410, Suite 404**
**San Antonio, TX 78216**

If you have any questions, please feel free to contact SA Gonzales at 956-310-9409.

Sincerely,

Crystal J. Porter
Special Agent in Charge

Enclosure

UNITED STATES OF AMERICA

DEPARTMENT OF HEALTH AND HUMAN SERVICES
OFFICE OF INSPECTOR GENERAL

---

ATTACHMENT FOR SUBPOENA DUCES TECUM

**A. DEFINITIONS**

Unless otherwise provided for, the following terms shall have the meanings specified:

1. "Peripheral Vascular Associates, P.A." or "PVA" or "You" means any and all of the following: Peripheral Vascular Associates, P.A., and any and all predecessors, successors, parent organizations, subsidiaries, affiliates, branches, divisions, units, or offices of such company.

2. The term "document(s)" means any and all writings and recorded material in any form, including but not limited to, written, printed, typed, photographed, recorded, electronic, or otherwise reproduced or stored communication or representation, whether comprised of letters, words, numbers, pictures, sounds, or symbols, and any copies of documents, contemporaneously or subsequently created, which have any non-conforming notes or other markings, and the reverse side of any communication or representation that also contains any of the above.

   a. By way of example, "document(s)" includes: ledgers, books of account, payroll ledgers, financial statements, checks, check stubs and registers, bank statements, wire transfers, powers of attorney, receipts, vouchers, invoices, journals, appointment books or calendars, diaries, reports, correspondence, notes, newsletters, memoranda, minutes of meetings, working papers, directives, manuals, contracts, charts, graphs, drawings, marketing materials, bulletins, training and compliance materials, and other materials stored in any data storage system. This also includes electronic storage media, which incorporates electronic mail, voicemail messages, facsimiles, videotapes, audiotapes, photographs, magnetic tapes, computer discs (including floppy disks, hard drives, hard disks, jump drives, flash memory devices, and writeable or recordable CDs and DVDs of all types), Personal Digital Assistants, BlackBerrys, cell phones, backup media, all programming instructions, record layouts, and other material necessary for the retrieval of all electronic or word processing material and printouts of data or information stored or maintained by electronic means.

   b. The term "document(s)" also includes preliminary drafts or revisions, any attachments or enclosures, as well as copies or duplicates that are not identical to the original because of additions, deletions, alterations, or notations.

3. The term "correspondence" means transmittal of information (in the form of facts, ideas, inquiries or otherwise) between two or more persons.

4. The term "communication" means any transmission or exchange of information between two or more persons, orally or in writing, and includes, without limitation, any conversation or discussion, whether face-to face or by means of telephone, facsimile, letter, notes of conversations, memorandum, text message, instant message, tweets, electronic posts, or

electronic mail message of whatever type and description in Your possession, custody, or control, however made, and includes all handwritten, typed, printed, recorded, transcribed, and taped writing or record of such communications.

5. The terms "relate to" or "relating to" mean to make a statement about, refer to, discuss, describe, reflect, identify, deal with, or in any way pertain, in whole or in part, to the subject. These terms include, without limitation, the synonyms pertaining, concerning, supporting, refuting, reflecting, describing, containing or connecting in any other manner to the matter described.

6. The terms "or" and "and" are inclusive, referring to any one or more of the disjoined words or phrases, and "any" and "all" also include "each and every."

7. All present tenses of verbs or verb forms shall be considered to include within their meaning the future and past tenses as well, and vice versa.

8. The singular forms of a noun or pronoun shall be construed to include within its meaning the plural form of the word, and vice versa.

## B. INSTRUCTIONS

1. Time Period: Unless otherwise specified, this subpoena refers to documents dated, created, revised, or in effect from **January 1, 2015 through the date of issuance of the subpoena** (Subpoena Period), and shall include all documents that relate to such period even though prepared before or after such date.

2. Possession, Custody, and Control: Except as otherwise provided in the instructions (including, but not limited to the limitation contained in Instruction 5 with respect to privileges), this subpoena requires the production of all documents responsive to one or more of the specifications set out below that are in Your possession, custody, or control, regardless of where located.

3. Documents No Longer In Your Possession: To the extent that documents responsive to this subpoena once were, but no longer are, in Your possession, custody, or control, this request requires production of all existing indices, lists, or documents in Your possession, custody, or control that reflect the transfer or destruction of, or references to, such documents.

4. Statement of "No Responsive Documents": If no documents exist that are responsive to a specification, You shall provide a written statement to that effect at the time of production.

5. Privilege: If You withhold any document on the ground of any privilege, You shall provide a log or index setting forth:

   a. The type of document (e.g., letter, memorandum, contract, etc.);
   b. The date of the document, if known;
   c. The title of the document;
   d. The name and address and position of the author of the document and of any person who assisted in its preparation;

e. The name, address and position of all persons to whom the document or a copy of the document was sent;
f. The number of pages;
g. A brief description of the subject matter;
h. The paragraph of the subpoena to which it is responsive; and
i. The factual and legal basis(es) for Your claim of privilege or grounds for non-production asserted with respect to the document.
j. The recommended formats for producing Privilege Logs are MS Excel or MS Access. All documents determined by You to be privileged shall be identified in a manner agreed upon by the parties.

6. Redaction: When a requested document contains both privileged and non-privileged material, the non-privileged material must be disclosed to the fullest extent possible. If a privilege is asserted with regard to a part of the material contained in a document, the party claiming the privilege must clearly indicate the portions as to which privilege is claimed. When a document has been redacted or altered in any fashion, identify as to each document the reason for the redaction or alteration. Any redaction must be clearly visible on the redacted document and marked accordingly (e.g., use of the word "REDACTION" within or adjacent to the redaction box).

7. Organization of Documents Produced: All documents produced pursuant to this subpoena shall to be organized in such a manner that all documents relating to a particular specification are grouped together and identified as being responsive to that specification.

8. Physically Stored Documents: All documents provided in response to this subpoena are to include all marginalia and post-its, as well as any attachments referred to or incorporated by the documents. All documents that contain handwriting, marginalia, or post-its shall be produced in color-scanned copies.

   To the extent that documents are found attached to other documents, by means of paper clips, staples or other means of attachment, such documents shall be produced together in the same grouping.

9. Electronically Stored Information: The definition of "document," includes data stored in any electronic form. All responsive data that are stored electronically must be produced in an electronic format according to the instructions in Section D below (ESI Instructions).

10. Non-Destruction: No document called for by this subpoena shall be destroyed, modified, redacted, removed, or otherwise made inaccessible, except insofar as documents are withheld under a claim of privilege in compliance with the instructions herein. Any decision by the United States to permit a partial or limited response to a request in the subpoena is not a waiver of the request and does not extinguish Your obligation to maintain and preserve all documents called for by the subpoena.

11. Bates Labeling: To facilitate the handling and return of the submitted documents, please mark each page with an identifying logo or the first three letters of Your name and number each page sequentially beginning with "000001." The marks should be placed in the lower right hand corner of each page, but should not obscure any information on the document.

12. Transmittals: All documents shall be accompanied by a transmittal letter that includes (1) the subpoena control number, (2) Your name, (3) the date of production, (4) the paragraphs of the subpoena to which the documents respond, and (5) the Bates range.

## C. SPECIFICATIONS

For the Subpoena Period, provide the following:

1. Documents sufficient to identify the owners, executives, officers, directors, employees, and contractors of PVA during the Relevant Period. In lieu of producing documents, PVA may produce a list identifying each owner, executive, officer, director, employee and contractor during the Relevant Period. For each person identified, PVA shall provide contact information, including email address; title or position; brief job description; period of association (e.g., begin date and end date of employment).

2. Produce a complete medical file/chart for each patient identified on the attached list for the Relevant Period, including but not limited to: patient history, progress notes, diagnostic, procedure, surgical records, and records from MedStreaming and Allscripts.

3. Produce complete billing records for each patient identified on the attached list for the Relevant Period, including but not limited to: superbills; charge sheets; claim forms, bills or invoices; and other billing records identifying dates of service, diagnostic codes, procedure or service codes, and records from MedStreaming and Allscripts.

4. Produce a complete patient account history for each patient identified on the attached list for Relevant Period.

5. Produce records sufficient to identify all overpayments and corresponding refunds, reimbursements or offsets that PVA made to any federal health care program during the Relevant Period related to services billed under any of the following CPT codes: 93880, 37252, 93922, 93926, 93990.

6. Produce all documents and communications related to the coding, billing, and documentation procedures under the following CPT codes: 93880, 37252, 93922, 93926, 93990.

7. Produce all documents and communications related to complaints, notices, reports, concerns, compliance issues, and corrective actions associated with PVA's procedure coding, billing, and documentation practices during the Relevant Period.

8. Produce all records related to any audits, reviews or investigations of PVA's procedure coding, billing, or documentation practices during Relevant Period, including without limitation: (1) internal audits, reviews, and investigations, with working papers and management responses; (2) federal, state, or administrative audits, reviews, or investigations; and (3) other audits, reviews, or investigations.

9. Produce all communications with federal health care programs during the Relevant Period related to the coding, billing, and documentation of the following CPT codes: 93880, 37252, 93922, 93926, 93990.

## SECTION D OF ATTACHMENT FOR SUBPOENA DUCES TECUM
## Specifications for Production of ESI and Digitized ("Scanned") Images ("Production Specifications")

### Collection of Electronically Stored Information (ESI)

Careful consideration should be given to the methodology, implementation and documentation of ESI collection to ensure that all responsive data and metadata are preserved in the collection process.

**1. Specification Modifications**

Any modifications or deviations from the Production Specifications may be done only with the express permission of the government and these modifications or deviations should be communicated to the government and approved by the government in written form. Any responsive data or documents that exist in locations or native forms not discussed in these Production Specifications remain responsive and, therefore, arrangements should be made with the government to facilitate their production.

**2. Production Format of ESI and Imaged Hard Copy**

Responsive ESI and imaged hard copy shall be produced in the format outlined below. All ESI, except as outlined below in sections 5 – 20, shall be rendered to TIFF image format, and accompanied by a Concordance® Image Cross Reference file. All applicable metadata/database (see section 3 below) shall be extracted and provided in Concordance® load file format.

**a. Image File Format:** All images, paper documents scanned to images, or rendered ESI, shall be produced as 300 dpi single-page TIFF files, CCITT Group IV (2D Compression). Images should be uniquely and sequentially Bates numbered and unless otherwise specified, Bates numbers should be an endorsement on each image.

i. All TIFF file names shall include the unique Bates number burned into the image. (See paragraph 21, below, regarding Bates number instructions.)

ii. All TIFF image files shall be stored with the ".tif" extension.

iii. Images shall be OCR'd using standard COTS products.

1. An exception report shall be provided when limitations of paper digitization software/hardware or attribute conversion do not allow for OCR text conversion of certain images. The report shall include the DOCID or Bates number(s) corresponding to each such image.

a. All pages of a document or all pages of a collection of documents that comprise a folder or other logical grouping, including a box, shall be delivered on a single piece of media.

b. No image folder shall contain more than 2000 images.

**b. Concordance® Image Cross Reference file:** Images should be accompanied by a Concordance® Image Cross Reference file that associates each Bates number with its corresponding single-page TIFF image file. The Cross Reference file should also contain the image file path for each Bates numbered page.

i. Image Cross Reference Sample Format:

ABC00000001,OLS,D:\DatabaseName\Images\001\ ABC00000001.TIF,Y,,,

ABC00000002,OLS,D:\DatabaseName\Images\001\ ABC00000002.TIF,,,,
ABC00000003,OLS,D:\DatabaseName\Images\001\ ABC00000003.TIF,,,,
ABC00000004,OLS,D:\DatabaseName\Images\001\ ABC00000004.TIF,Y,,,

**c. Concordance® Load File**: Images should also be accompanied by a "text load file" containing delimited text that will populate fields in a searchable, flat database environment. The file should contain the required fields listed below in section 3.

i. Text delimited load files are defined using the standard Concordance delimiters. For example:

| | |
|---|---|
| *Field Separator* | ¶ *or Code 020* |
| *Text Qualifier* | þ *or Code 254* |

ii. This load file should also contain hyperlinks to applicable native files, such as Microsoft Excel or PowerPoint files.
iii. There should be one line for every record in a collection.
iv. The load file must contain a header listing the metadata/database fields contained within. For example, if the data file consists of a First Page of a Record (BegDoc#), Last Page of a Record (ending Bates / ENDDOC#), DOCID, DOCDate, File Name, and a Title, then the structure may appear as follows:

þBEGDOCþ¶þENDDOCþ¶þDOCIDþ¶þDOCDATEþ¶þFILENAMEþ¶þTITLEþ

**d. The extracted/OCR** text should be provided for each document as a separate single text file. The file name should match the BEGDOC# or DOCID for that specific record and be accompanied by the .txt extension.

**e. Directory and folder structure:** The directory structure for productions should be:
*CaseName***LoadFiles**
*CaseName***Images** < For supporting images (can include subfolders as needed, should not include more than 2,000 files per folder)
*CaseName***Natives** <Native Files location (can include subfolders as needed, should not include more than 2,000 files per folder)
*CaseName***Text** <Extracted Text files location (can include subfolders as needed, should not include more than 2,000 files per folder)

**3. Required Metadata/Database Fields**

A "✓" denotes that the indicated field should be present in the load file produced. "Other ESI" includes data discussed in sections 5 – 20 below, but does not include email, email repositories (section 11), "stand alone" items (section 12), and imaged hard copy material (section 9). Email, email repositories, and "stand alone" materials (section 12) should comply with "Email" column below. Imaged hard copy materials should comply with the "Hard Copy" column.

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| COLLECTION SOURCE | Name of the Company/Organization data was collected from | Text | 160 | ✓ | ✓ | ✓ |
| SOURCE ID (BOX #) | Submission/volume/ box number | Text | 10 | ✓ | ✓ | ✓ |
| CUSTODIAN | Custodian/Source - format: Last, First or ABC Dept. | Text | 160 | ✓ | ✓ | ✓ |
| AUTHOR | Creator of the document | Text | 500 | | | ✓ |
| BEGDOC# | Start Bates (including prefix) - No spaces | Text | 60 | ✓ | ✓ | ✓ |
| ENDDOC# | End Bates (including prefix) - No spaces | Text | 60 | ✓ | ✓ | ✓ |
| DOCID | Unique document Bates # or populate with the same value as Start Bates (DOCID = BEGDOC#) | Text | 60 | ✓ | ✓ | ✓ |
| PGCOUNT | Page Count | Number | 10 | ✓ | ✓ | ✓ |
| GROUPID | Contains the Group Identifier for the family, in order to group files with their attachments | Text | 60 | | ✓ | ✓ |
| PARENTID | Contains the Document Identifier of an attachment's parent | Text | 60 | | ✓ | ✓ |
| ATTACHIDS | Child document list; Child DOCID or Child Start Bates | Text – semicolon delimited | Unlimited | ✓ | ✓ | ✓ |

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| ATTACHLIST | List of Attachment filenames | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| BEGATTACH | Start Bates number of first attachment | Text | 60 | ✓ | ✓ | ✓ |
| ENDATTACH | End Bates number of last attachment | Text | 60 | ✓ | ✓ | ✓ |
| PROPERTIES | Privilege notations, Redacted, Document Withheld Based On Privilege | Text – semicolon delimited | Unlimited | ✓ | ✓ | ✓ |
| RECORD TYPE | Use the following choices: Image, Loose E-mail, E-mail, E-Doc, Attachment, Hard Copy or Other. If using Other, please specify what type after Other | Text | 60 | ✓ | ✓ | ✓ |
| FROM | Author - format: Last name, First name. | Text | 160 | | ✓ | ✓ |
| TO | Recipient - format: Last name, First name. | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| CC | Carbon Copy Recipients - format: Last name, First name. | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| BCC | Blind Carbon Copy Recipients - format: Last name, First name. | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| SUBJECT | Subject line/Document Title | Text | Unlimited | | ✓ | ✓ |
| CONVINDEX | E-mail system ID used to track replies, forwards, etc. | Text | Unlimited | | ✓ | |
| DOCDATE | Last Modified Date for files and Sent date for e-mail, this field inherits the date for attachments from their parent. | Date | MM/DD/YYYY | | ✓ | ✓ |

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| TEXT FILEPATH | Relative file path of the text file associated with either the extracted text or the OCR | Text | Unlimited | ✓ | ✓ | ✓ |
| DATE TIME SENT | Date Sent (USE TIME ZONE OF COLLECTION LOCALITY) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME CRTD | Date Created (USE TIME ZONE OF COLLECTION LOCALITY) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME SVD | Date Saved (USE TIME ZONE OF COLLECTION LOCALITY) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME MOD | Date Last Modified (USE TIME ZONE OF COLLECTION LOCALITY) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME RCVD | Date Received (USE TIME ZONE OF COLLECTION LOCALITY) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | |
| DATE TIME ACCD | Date Accessed (USE TIME ZONE OF COLLECTION LOCALITY) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| FILE SIZE | Native File Size in bytes | Number | 10 | | | ✓ |
| FILE NAME | File name - name of file as it appeared in its original location | Text | Unlimited | | | ✓ |
| APPLICATION | Application used to create native file (e.g. Excel, Outlook, Word) | Text | 160 | | ✓ | ✓ |
| FILE EXTENSION | Extension for the file (e.g. .doc, .pdf, .wpd) | Text | 10 | | ✓ | ✓ |
| FILEPATH | Data's original source full folder path | Text | Unlimited | | ✓ | ✓ |

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| NATIVE LINK | Relative file path location to the native file | Text | Unlimited | | ✓ | ✓ |
| FOLDER ID | Complete E-mail folder path (e.g. Inbox\Active) or Hard Copy container information (e.g. folder or binder name) | Text | Unlimited | ✓ | ✓ | |
| PARAGRAPH REQUEST NUMBER | Subpoena/request paragraph number to which the document is responsive. Use semicolon to delimit multiple entries. | Text – semicolon delimited | Unlimited | ✓ | ✓ | ✓ |
| MD5 HASH | MD5 Hash value (used for deduplication or other processing) (e-mail hash values must be run with the e-mail and all of its attachments) | Text | Unlimited | | ✓ | ✓ |
| MESSAGEHEADER | E-mail header. Can contain IP address | Text | Unlimited | | ✓ | |
| ATTACHMCOUNT | Number of attachments (any level child document) associated with a ParentID | Text | 10 | | ✓ | |
| FILE TYPE | Identifies the application that created the file Type of file, not to be confused with file extension | Text | 160 | | ✓ | ✓ |
| COMMENTS | Identifies whether the document has comments associated with it | Text | 10 | | ✓ | ✓ |
| MESSAGE TYPE | Exchange Message class or equivalent | Text | 60 | | ✓ | |
| EXTENDED PROPERTIES | For PDFs Only | Text | 600 | | ✓ | ✓ |

**4. Search, De-Duplication, Near-Duplicate Identification, E-mail Conversation Threading and Other Culling Procedures**

De-duplication of exact copies within a custodian's data may be done at the family level, but all file paths and custodians must be provided for each duplicate document in an exception report in .csv format. The recipient shall not use any other procedure to cull, filter, group, separate or de-duplicate, or near-deduplicate, etc. (i.e., reduce the volume of) responsive material before discussing with and obtaining the written approval of the government. All objective coding (e.g., near duplicate ID or e-mail thread ID) shall be discussed and produced to the government as additional metadata fields. The recipient will not employ analytic software or technology to search identify, or review potentially responsive material, including but not limited to technology assisted review (TAR) or predictive coding, without first discussing with the government.

**5. Hidden Text**

All hidden text (e.g. track changes, hidden columns, mark-ups, notes) shall be expanded and rendered in the image file. For files that cannot be expanded the native files shall be produced with the image file.

**6. Embedded Files**

All non-graphic embedded objects (Word documents, Excel spreadsheets, .wav files, etc.) that are found within a file shall be extracted and produced. For purposes of production, the embedded files shall be treated as attachments to the original file, with the parent/child relationship preserved.

**7. Image-Only Files**

All image-only files (non-searchable .pdfs, multi-page TIFFs, Snipping Tool and other screenshots, etc., as well as all other images that contain text) shall be produced with OCR text and metadata/database fields identified in section 3 for "Other ESI."

**8. Encrypted Files**

Any data (whether individual files or digital containers) that is protected by a password, encryption key, digital rights management, or other encryption scheme, shall be decrypted prior to processing for production.

**a.** The unencrypted text shall be extracted and provided per section 2.c. The unencrypted files shall be used to render images and provided per sections 2.a and 2.b. The unencrypted native file shall be produced pursuant to sections 10-20.

**b.** If such protected data is encountered but unable to be processed, each file or container shall be reported as an exception in the accompanying Exception Report (pursuant to section 26) and shall include all available metadata associated with the data, including custodian information.

**9. Production of Imaged Hard Copy Records**

All imaged hard copy material shall reflect accurate document unitization including all attachments and container information (to be reflected in the PARENTID, ATTACHID, BEGATTACH, ENDATTACH and FOLDERID).

**a.** Unitization in this context refers to identifying and marking the boundaries of documents within the collection, where a document is defined as the smallest physical fastened unit within a bundle. (e.g., staples, paperclips, rubber bands, folders, or tabs in a binder).
**b.** The first document in the collection represents the parent document and all other documents will represent the children.
**c.** All imaged hard copy documents shall be produced as 300 dpi single-page TIFF files, CCITT Group IV (2D Compression). All documents shall be produced in black and white TIFF format unless the image requires color. An image requires color when color in the document adds emphasis to information in the document or is itself information that would not be readily apparent on the face of a black and white image. Images identified as requiring color shall be produced as color 300 dpi single-page JPEG files.
**d.** All objective coding (e.g., document date or document author) should be discussed and produced to the government as additional metadata/database fields.

**10. Production of Spreadsheets and Presentation Files**

All spreadsheet and presentation files (e.g. Excel, PowerPoint) shall be produced in the unprocessed "as kept in the ordinary course of business" state (i.e., in native format), with an associated placeholder image and endorsed with a unique Bates number. *See* section 20 below. The file produced should maintain the integrity of all source, custodian, application, embedded and related file system metadata. No alteration shall be made to file names or extensions for responsive native electronic files.

**11. Production of E-mail Repositories**

E-mail repositories, also known as e-mail databases (e.g., Outlook PST, Lotus NSF, etc.), can contain a variety of items, including: messages, calendars, contacts, tasks, etc. For purposes of production, responsive items shall include the "E-mail" metadata/database fields outlined in section 3, including but not limited to all parent items (mail, calendar, contacts, tasks, notes, etc.) and child files (attachments of files to e-mail or other items) with the parent/child relationship preserved. Our preferred format for e-mail productions is PST. E-mail should NOT be provided in X400 or X500 format. E-mail databases from systems other than Microsoft Exchange shall be produced after consultation with and written consent of the government about the format for the production of such databases.

**12. Production of Items Originally Generated in E-mail Repositories but Found and Collected Outside of E-mail Repositories, i.e., "Stand-alone" Items**

Any parent e-mail or other parent items (e.g., calendar, contacts, tasks, notes, etc.) found and collected outside of e-mail repositories (e.g., items having extensions .msg, .htm, .mht, etc.), shall be produced with the "Loose E-mail" metadata fields outlined in section 3, including but not limited to any attachments, maintaining the family (parent/child) relationship.

**13. Production of Instant Messenger (IM), Voicemail Data, Audio Data, Video Data, etc.**

The responding party shall identify, collect, and produce any and all data which is responsive to the requests which may be stored in audio or video recordings, cell phone/PDA/Blackberry/smart phone data, tablet data, voicemail messaging data, instant messaging, text messaging, conference call data, video/audio conferencing (e.g., GoTo Meeting, WebEx), and related/similar technologies. However, such data, logs, metadata or other files related thereto, as well as other

less common but similar data types, shall be produced after consultation with and written consent of the government about the format for the production of such data.

**14. Production of Social Media**

Prior to any production of responsive data from social media (e.g., Twitter, Facebook, Google+, LinkedIn, etc.) the producing party shall first discuss with the government the potential export formats before collecting the information, to ensure it is collected and produced in a way that preserves the original metadata, has a clear chain of custody, and provides as much information as possible regarding the source and history of each individual communication.

Social media platforms offer different functions, forms of content, and capability for downloading accounts. Because of these differences, prior to collection of social media data, the producing party must discuss with the government the available export and production methods and formats that the producing party is considering. Unless the government agrees to an alternative in writing, regardless of the social media platform, productions of social media content must meet the following general requirements: (1) separate (2) searchable (3) static images of (4) each responsive posting on the social media platform, (5) all related content (e.g., comments, likes, share or re-transmittal information, images, videos, linked documents and content), and (6) associated metadata (e.g., user name(s), date, and time of all posts, comments, likes, share or re-transmittals).

These general requirements are in addition to any more specific requirements in a particular request (e.g., geolocation data), and the producing party must ask the government about any perceived conflict between these requirements and another source of specifications or requirements. If available from the social media platform or through social media data processing software, files that facilitate interactive review of the data (i.e., html files) as well as load files in .csv format must be produced with the associated content.

**15. Production of Structured Data**

Prior to any production of responsive data from a structured database (e.g., Oracle, SAP, SQL, MySQL, QuickBooks, etc.), the producing party shall first identify the database type and version number, provide the database dictionary and any user manuals, or any other documentation describing the structure and/or content of the database and a list of all reports that can be generated from the database. The list of reports shall be provided in native Excel (.xls or .xlsx) format.

**16. Production of Structured Data from Proprietary Applications**

Prior to any production of structured data from proprietary applications (e.g., proprietary timekeeping, accounting, sales rep call notes, CRMs, SharePoint etc.) the producing party shall first provide the database dictionary and a list of all reports that can be generated from the structured database. The list of reports shall be produced in native Excel (.xls or .xlsx) format.

**17. Production of Photographs with Native File or Digitized ESI**

Photographs shall be produced as single-page JPEG files with a resolution equivalent to the original image as they were captured/created. All JPEG files shall have extracted metadata/database fields provided in a Concordance® load file format as outlined in section 3 for "Other ESI."

**18. Production of Images from which Text Cannot be OCR Converted**

An exception report shall be provided when limitations of paper digitization software/hardware or attribute conversion do not allow for OCR text conversion of certain images. The report shall include the DOCID or Bates number(s) corresponding to each such image.

**19. Production of ESI from Non-PC or Non-Windows-based Systems**

If responsive ESI is in non-PC or non-Windows-based Systems (e.g., Apple, IBM mainframes, and UNIX machines, Android device, etc.), the ESI shall be produced after discussion with and written consent of the government about the format for the production of such data.

**20. Production of Native Files (When Applicable Pursuant to These Specifications)**

Production of native files, as called for in these specifications, shall have extracted metadata/database fields provided in a Concordance® load file format as defined in the field specifications for "Other ESI" as outlined in section 3.

ESI shall be produced in a manner which is functionally usable by the government. The following are examples:

**a.** AutoCAD data, e.g., DWG and DXF files, shall be processed/converted and produced as single-page JPG image files and accompanied by a Concordance® Image formatted load file as described above. The native files shall be placed in a separate folder on the production media and linked by a hyperlink within the text load file.
**b.** GIS data shall be produced in its native format and be accompanied by a viewer such that the mapping or other data can be reviewed in a manner that does not detract from its ability to be reasonably understood.
**c.** Audio and video recordings shall be produced in native format and be accompanied by a viewer if such recordings do not play in a generic application (e.g., Windows Media Player).

**21. Bates Number Convention**

All images should be assigned Bates numbers before production to the government. Each Bates number shall be a standard length, include leading zeros in the number, and be unique for each produced page. The numbers should be endorsed on the actual images at a location that does not obliterate, conceal, or interfere with any information from the source document. Native files should be assigned a single Bates number for the entire file which will represent the native document in the load/dat file. The load/dat file will include a reference to the native file path and utilize the NATIVELINK metadata field). The Bates number shall not exceed 30 characters in length and shall include leading zeros in the numeric portion. The Bates number shall be a unique number given to each page (when assigned to an image) or to each document (when assigned to a native file). If the parties agree to a rolling production, the numbering convention shall remain consistent throughout the entire production. There shall be no spaces between the prefix and numeric value. If suffixes are required, please use "dot notation." Below is a sample of dot notation:

| | |
|---|---|
| PREFIX0000001 | PREFIX0000003 |
| PREFIX0000001.001 | PREFIX0000003.001 |
| PREFIX0000001.002 | PREFIX0000003.002 |

**22. Media Formats for Storage and Delivery of Production Data**

Electronic documents and data shall be delivered on any of the following media:

**a.** CD-ROMs and/or DVD-R (+/-) formatted to ISO/IEC 13346 and Universal Disk Format 1.02 specifications; Blu-ray.
**b.** External hard drives (USB 3.0 or higher, Firewire or eSATA, formatted to NTFS format specifications) or flash drives.
**c.** Storage media used to deliver ESI shall be appropriate to the size of the data in the production.
**d.** Media should be labeled with the case name, production date, Bates range, and producing party.

**23. Virus Protection and Security for Delivery of Production Data**

Production data shall be free of computer viruses. Any files found to include a virus shall be quarantined by the producing party and noted in a log to be provided to the government. Password protected or encrypted files or media shall be provided with corresponding passwords and specific decryption instructions. No encryption software shall be used without the written consent of the government.

**24. Compliance and Adherence to Generally Accepted Technical Standards**

Production shall be in conformance with standards and practices established by the National Institute of Standards and Technology ("NIST" at www.nist.gov), U.S. National Archives & Records Administration ("NARA" at www.archives.gov), American Records Management Association ("ARMA International" at www.arma.org), American National Standards Institute ("ANSI" at www.ansi.org), International Organization for Standardization ("ISO" at www.iso.org), and/or other U.S. Government or professional organizations.

**25. Read Me Text File**

All deliverables shall include a "read me" text file at the root directory containing: total number of records, total number of images/pages or files, mapping of fields to plainly identify field names, types, lengths, and formats. The file shall also indicate the field name to which images will be linked for viewing, date and time format, and confirmation that the number of files in load files matches the number of files produced.

**26. Exception Report**

An exception report, in .csv format, shall be included, documenting any production anomalies utilizing the electronic Bates number (DOCID or control numbering) assigned during the collection, processing, and production phases.

**27. Transmittal Letter to Accompany Deliverables**

All deliverables should be accompanied by a transmittal letter including the production date, case name and number, producing party name, and Bates number range produced.

-XXX-

| First Name | Last Name | Birth Date |
|---|---|---|
| VIVIAN | ALLEN | 23Jun1928 |
| JO ANN | ALLMAN | 31Oct1940 |
| JO ANN | ALLMAN | 31Oct1940 |
| GLORIA | ALONZO | 20Sep1949 |
| J | ALSTON | 17Jun1937 |
| CARL | ANDERSON JR | 04May1938 |
| PETRONIO | ANTOLINO | 04Oct1940 |
| BETTY | ARMENTROUT | 14Jul1937 |
| BETTY | ARNWINE | 14Feb1933 |
| WAYNE | AUSTIN | 12Feb1938 |
| JUANITA | AVALOS | 04Dec1944 |
| LYDIA | AVALOS | 18Aug1945 |
| ELAINE | BABULA | 21Jul1933 |
| LINDA | BACA | 09Jan1948 |
| RENE | BAETEN | 24Dec1941 |
| FREDERICK | BAETGE | 27Nov1935 |
| ROSCO | BALDWIN | 17Apr1944 |
| FLOYD | BANDY | 30Oct1944 |
| JAMES | BARNES | 02Oct1921 |
| ANTHONY | BAUNE | 08Apr1941 |
| ROBERT | BAYER | 15Aug1935 |
| SHIRLEY | BEAVERS | 19Jun1935 |
| MICHAEL | BEGGS | 06Dec1944 |
| KENNETH | BELL | 25Oct1940 |
| JUANITA | BENITEZ | 13Nov1948 |
| GLORIA | BERBAN | 18Jan1927 |
| GEORGE | BIESENBACH | 02Nov1932 |
| LUIS | BLANCARTE JR | 26Jul1930 |
| JAKE | BLOOM | 27Jul1940 |
| DIANE | BORNMANN | 05Jul1942 |
| GENEVA | BOSCO | 14Sep1935 |
| BENARD | BOSCO | 26Aug1933 |
| LINDA | BOSWELL | 26Jan1949 |
| CONSUELO | BOUDREAUX | 23Jun1946 |
| ELEANOR | BOYCE | 11Nov1936 |
| PATRICIA | BOYD | 10Apr1935 |
| CECIL | BRAUN | 03May1935 |
| ARVIN | BREHM | 10Jul1941 |
| JAMES | BROWNING | 18Oct1932 |
| ROBERT | BUNYARD | 21May1943 |

| | | |
|---|---|---|
| RONNIE | BURKHARDT | 05Jan1949 |
| GEORGE | BURKHARDT | 06Feb1945 |
| WATSON | BURNFIELD | 09Oct1932 |
| DELIA | CABRAL | 10Apr1943 |
| RICARDO | CAMACHO | 02Sep1975 |
| DEBRA | CAMP | 26Mar1951 |
| ERNESTINA | CAMPOS DE REA | 15Jun1931 |
| JOSE | CANO | 09Apr1943 |
| DORA | CANTU-TORRES | 05Jan1950 |
| FELICITA | CARMONA | 10Aug1938 |
| HERB | CARREL | 27Feb1941 |
| LEONA | CARTER | 26Aug1940 |
| VIRGINIA | CARTER | 06Jul1927 |
| CAROLINA | CASTRO | 25Nov1953 |
| GENOVEVA | CERDA | 03Jan1940 |
| ALAN | CHALFONT | 01Feb1943 |
| BRUCE | CHAPMAN | 12Jul1942 |
| KATHERINE | CHAPMAN | 27Jul1946 |
| MARILYN | CHARLTON | 07Mar1937 |
| OSCAR | CHAVARRIA JR | 27Oct1980 |
| KENNETH | CLARK | 11Jan1943 |
| BONNIE | COATS | 25Sep1942 |
| LATHETA | COLE | 02Jan1943 |
| LOYCE | COLLENBACK | 24Nov1934 |
| OLIVIA | COLVIN | 06Dec1941 |
| GILBERT | CONSTANCIO | 24Jul1947 |
| RICHARD | CONTRERAS | 07Jul1946 |
| NANCY | COOK | 29Feb1940 |
| SHIRLEY | COOPER | 11Nov1930 |
| MAVIS | CORDERMAN | 05Aug1936 |
| ESTHER | CORTEZ | 10Jun1944 |
| DONALD | COUCH | 19Oct1934 |
| JAN | COWARD | 06Mar1943 |
| WILLIAM | COX | 06Jan1928 |
| LEROY | CRANFILL | 17Jun1933 |
| JOSEPHINE | CROCKER | 13May1947 |
| PATRICIA | CROWDER | 08Aug1946 |
| ENOCENCIO | CRUZ | 14Aug1948 |
| TOM | CUMMINS | 30Oct1948 |
| BONNIE | CUTTS | 14Jul1940 |
| MARY | DANDREA | 06Mar1925 |

| | | |
|---|---|---|
| GAYE | DAUGHERTY | 30Dec1959 |
| MICHAEL | DAVIDSON | 18Feb1949 |
| ABRAHAM | DE LA TORRE | 31Aug1967 |
| MARIA | DE LOS SANTOS | 04Apr1948 |
| ANN | DEPIERRO | 06May1942 |
| EDNA | DESALME | 31Oct1939 |
| SAMMIE | DEVILLIER | 31Oct1938 |
| ENRIQUETA | DIAZ | 17May1947 |
| JOSEPH | DISTEFANO | 21Oct1949 |
| BILLY | DODSON | 07May1936 |
| BARBARA | DOEPPENSCHMIDT | 15Nov1946 |
| ALICE | DOLLE | 24Mar1936 |
| GUADALUPE | DOMINGUEZ | 21Nov1949 |
| OLGA | DOMINGUEZ | 12Apr1949 |
| JOY | DUFFY | 04Nov1941 |
| LOIS | DURBIN | 26Nov1946 |
| RAUL | DURON | 17Sep1942 |
| CARL | EASLEY | 22Jul1938 |
| CAROLYN | EDWARDS | 30Nov1948 |
| CARL | ENGLERTH | 25Aug1938 |
| AURORA | ESPINOZA | 27Feb1948 |
| MARIA | ESTEVIS | 18Feb1953 |
| SANTOS | ESTRADA | 01Nov1929 |
| HUMBERTO | ESTRADA | 21Nov1944 |
| LAUREL | EVANS | 08Jul1941 |
| JAMES | EVETTS | 29Oct1946 |
| GEORGE | FALK | 18Apr1935 |
| NANCY | FERNANDEZ | 24Apr1972 |
| WILLIAM | FERRELL | 17Jan1942 |
| JERRY | FINK | 09May1966 |
| RICK | FINTEL | 16Feb1949 |
| WALTER | FLEMING | 01May1928 |
| PETER | FLOOD | 06Feb1943 |
| STEPHEN | FOLLETT | 26Jun1948 |
| HERMAN | FOLSOM | 19Jan1943 |
| RAY | FORGY | 20May1945 |
| SUZANNE | FORREST | 05Feb1947 |
| LEWIS | FOSTER | 26Jan1949 |
| RONALD | FRECH | 15Dec1946 |
| LETICIA | FUENTES | 22Sep1970 |
| F | FUENTES RODRIGUEZ | 30Nov1933 |

| | | |
|---|---|---|
| ALEXIS | FULTON | 04Nov1955 |
| MARTHA | FUNICELLA | 17Sep1924 |
| ROBERT | FURR | 28Nov1931 |
| LARRY | GALLAGHER | 12Jan1955 |
| JOHN | GAMBUZZA | 07Sep1950 |
| RAFAELA | GANDARA | 13Apr1951 |
| PETRONILA | GANDARA | 30May1947 |
| ALFREDO | GARCIA | 03Mar1936 |
| MARY | GARCIA | 25Aug1941 |
| NOEL | GARCIA | 13Mar1963 |
| WILBUR | GEORGE | 22Apr1924 |
| HANNALORE | GODIN | 16Aug1940 |
| ANN | GOETZ | 01Dec1947 |
| VIRGINIA | GOMEZ | 30Oct1948 |
| SOCORRO | GOMEZ | 24Feb1942 |
| JESSE | GOMEZ JR | 10Feb1970 |
| MATILDA | GONZALES | 14Mar1927 |
| SANJUANA | GONZALES | 18Apr1940 |
| VICTORIA | GONZALES | 13Jul1924 |
| AMELIA | GONZALES | 05Nov1930 |
| LYDIA | GONZALEZ | 29Apr1935 |
| JOAN | GOODALL | 19Oct1933 |
| JUANITA | GOODWIN | 22May1940 |
| VIOLA | GOODWIN | 14Jan1931 |
| RICHARD | GORDON | 05May1937 |
| MARGA | GRIFFIN | 24May1950 |
| TOMMY | GRIGGS | 04Feb1924 |
| FRANCES | GUERRA | 24May1934 |
| ROBERTO | GUSMAN | 19Feb1950 |
| RENE | GUTIERREZ | 14Nov1964 |
| PABLO | GUTIERREZ | 18Sep1941 |
| HELEN | HAGLE | 18Feb1944 |
| BEVERLY | HALE | 07May1936 |
| VIRGINIA | HALL | 26Dec1927 |
| KATHRYN | HANOVER | 04Nov1946 |
| GINGER | HANZ | 29Jul1946 |
| JAMES | HASSMANN | 08Feb1938 |
| ANDREW | HAYNES | 05Apr1948 |
| JOAN | HEIDEN | 09Apr1941 |
| CAROLINE | HEIMER | 17Feb1939 |
| GERALD | HEINEMEYER | 07Jun1948 |

| | | |
|---|---|---|
| JOYCE | HENRY | 27May1932 |
| PAUL | HERNANDEZ | 11Jul1951 |
| TODD | HESS | 24Apr1946 |
| JOAN | HILBIG | 31Aug1940 |
| ELMER | HILL | 24Jun1931 |
| REAGAN | HOUSTON IV | 16Oct1947 |
| DOROTHY | HUGHES | 06May1923 |
| ROGIS | HULL | 24Jun1932 |
| DELORES | HUTCHENS | 26Jun1950 |
| CARLSON | JAKUBIK | 15Oct1939 |
| JAMES | JAMES | 28Jul1937 |
| NELLE | JENKINS | 12Nov1942 |
| NORBERT | JENSCHKE | 03Jul1934 |
| RICHARD | JOHNSON | 30Mar1934 |
| MARY | KANE | 22Jan1936 |
| WILLIAM | KANNAWIN JR | 20Jan1932 |
| ROBERT | KELLEHER | 29May1925 |
| JAMES | KIDD | 27Jan1946 |
| JANET | KILLEN | 16Apr1943 |
| ALMA | KIMBLER | 15Apr1936 |
| JUDY | KINSER | 24Jan1952 |
| JOHN | KLAHN | 26Jun1935 |
| DELIA | KLINE | 17May1954 |
| MARY | KNODEL | 05Dec1945 |
| BARBARA | KORB | 19Oct1942 |
| RAMON | KOTTLER | 20May1935 |
| LAWRENCE | KOZIELSKI | 02Aug1940 |
| JENNETTE | KRALIK | 14Aug1945 |
| JOAN | LACONCA | 21Dec1934 |
| LILLIE | LAMPRECHT | 23Jun1930 |
| MARY | LANDON | 15Feb1928 |
| SANDRA | LANKFORD | 10Sep1945 |
| DIANA | LARA | 22Nov1957 |
| ISABEL | LEAL | 26Feb1964 |
| LORI | LEE | 12Aug1959 |
| DOLORES | LEIFESTE | 10Dec1931 |
| STELLA | LEISSNER | 24Jul1946 |
| BARBARA | LETTUNICH | 04Oct1937 |
| LEONARDO | LINCE | 04Mar1931 |
| LUZ | LINCE | 16Nov1933 |
| JOSEPH | LODOVIC | 17Jul1939 |

| | | |
|---|---|---|
| JAMES | LOHMAN | 17Apr1940 |
| FRED | LONG | 29May1927 |
| JAMES | LOPER | 18Oct1933 |
| MARY | LOPEZ | 07Mar1942 |
| JUAN | LOPEZ | 18Dec1952 |
| LUZ | LOPEZ | 13Dec1939 |
| NATALIA | LOZANO | 15May1935 |
| TOMMIE | LUCAS | 29Nov1928 |
| WILLIAM | LUMPKIN | 08Aug1940 |
| ANTONIA | LUNA | 13May1933 |
| ROBERT | LUNZ JR | 15Jul1944 |
| JOSEPH | LUSK | 23Jun1936 |
| SAMUEL | LYSSY | 15Sep1934 |
| LELA | MADERA | 05Nov1939 |
| ROSA | MADERO | 05May1945 |
| MARIE | MADILL | 03Jun1941 |
| JAMES | MADILL | 05Dec1946 |
| JULIA | MAGNON | 07Mar1940 |
| JOHN | MAHAFFEY | 15Jan1939 |
| THOMAS | MAINES | 18Apr1946 |
| ROLANDO | MALDONADO | 28Sep1936 |
| MARIA | MANN | 15Oct1936 |
| EILEEN | MANNION | 06Jul1934 |
| JOHN | MANZOTTI | 06May1947 |
| JOEL | MARDER | 25Mar1942 |
| LEONIREZ | MARICHALAR | 11Apr1933 |
| EDWIN | MARKS | 21Feb1949 |
| CATHERINE | MARTIN | 23Jun1936 |
| RENATO | MARTINEZ | 06Oct1939 |
| LINDA | MASON | 15Apr1949 |
| JEFFRON | MASON | 15May1974 |
| JANICE | MASON | 28Jun1946 |
| MELBA | MAXWELL | 08Oct1933 |
| CHESLEY | MAY | 20Oct1935 |
| TESSIE | MAYCES | 20Nov1947 |
| DOROTHY | MCCARLEY | 26Aug1939 |
| LORETTA | MCDONALD | 09Nov1938 |
| PATRICIA | MCFARLAND | 16Mar1962 |
| FRED | MCINTYRE | 13Nov1932 |
| MICHAEL | MCMAIN | 24Aug1944 |
| HUGH | MCMASTER | 11Feb1937 |

| | | |
|---|---|---|
| WAYNE | MCMILLEN | 03Jan1947 |
| M LOUISE | MCPHERSON | 08Dec1929 |
| ALICE | MEINKE | 25Oct1932 |
| LUIS | MERCADO | 16Oct1940 |
| FRANKLIN | MEYER | 17Jan1934 |
| SANDRA | MIDCAP | 26Aug1940 |
| LAWRENCE | MILANO | 06Aug1948 |
| STACIE | MILLER | 20Aug1946 |
| NORA | MILLER | 23Aug1936 |
| DELORES | MILLETT | 07Dec1936 |
| ROBERT | MITCHELL | 26Feb1938 |
| WILLIAM | MIXON JR | 28Dec1936 |
| EBERHART | MOESE | 06Feb1937 |
| LEONARDO | MOLINA JR | 27Mar1935 |
| DIANE | MOLLENHAUER | 06Mar1947 |
| REYES | MONREAL | 06Jan1951 |
| VIRGINIA | MONROE | 04May1927 |
| ESTHER | MONTEZ | 27Jun1939 |
| THOMAS | MOON | 09Dec1935 |
| WILLIAM | MOORE | 16Mar1964 |
| MARTHA | MORRIS | 15Jan1940 |
| MORRIS | MORROW | 17Jul1941 |
| RUTH | MOTT | 20Aug1935 |
| CORINA | MUSSER | 17Jan1942 |
| JOHNNY | MUTZ | 08Dec1942 |
| ROBERT | NAGEL | 05Oct1934 |
| CHARLES | NELSON | 06Mar1929 |
| JEANETTE | NELSON | 05Jun1944 |
| MARIANNA | NEUSE | 13Aug1941 |
| NORMA | NICHOLSON | 27Jan1948 |
| SIDNEY | OGDEN | 03Jul1928 |
| EDGAR | ONEAL | 17Mar1938 |
| JOE | ORTEGA | 28Sep1932 |
| JOHN | OSTROWSKI | 08May1944 |
| WILLIAM | OTTEN JR | 12Jan1926 |
| DOROTHY | OVERALL | 28Dec1925 |
| BRIG | PACHECO | 27Jul1938 |
| PATRICE | PAIR | 26Aug1944 |
| GEORGE | PARKS | 14Sep1938 |
| BETTY | PARRISH | 10Jul1930 |
| ERNEST | PAVLOCK | 16Nov1941 |

| | | |
|---|---|---|
| ROSA | PENA | 28Mar1934 |
| DOMINGO | PENA JR | 08Oct1966 |
| ROLAND | PENNY | 28Aug1945 |
| JERRY | PIERCE | 15Jul1939 |
| BONNIE | POENITZSCH | 02Dec1944 |
| RITA | PRADO | 22May1940 |
| MARTIN | PUENTE JR | 06Aug1947 |
| CANDACE | PURCELL | 27Oct1950 |
| MAURICE | RADTKE | 27Jun1943 |
| LUZELBA | RAMIREZ | 16May1951 |
| RICHARD | RAY | 07Nov1943 |
| RENATO | REGINO | 29Oct1969 |
| MARY LEE | REITER | 02Mar1934 |
| THOMAS | REYES | 03Jan1988 |
| COLBY | RICHARDSON | 31Aug1939 |
| RONALD | RIDGE | 25Oct1927 |
| WILLIAM | ROBERSON | 16Nov1934 |
| RICHARD | ROBINETT | 03Jan1929 |
| ANITA | ROBLES | 23Jan1927 |
| AURORA | ROCHA | 18May1930 |
| ERNESTINE | RODRIGUEZ | 02Apr1936 |
| FRANCISCO | RODRIGUEZ | 04Oct1927 |
| EFRAIN | RODRIGUEZ | 05Sep1949 |
| LINDA | ROGERS | 24May1945 |
| LEE | ROPER | 10Nov1928 |
| JULIE | RUTHERFORD | 28Jun1942 |
| PAMELA | SAEGERT | 16Mar1950 |
| JANET | SAENZ | 22Dec1947 |
| BENIGNO | SALAS | 18Mar1946 |
| ELOISE | SALAZAR | 03Feb1939 |
| JOE | SALAZAR | 18Feb1938 |
| LEONIDES | SALAZAR | 23Aug1966 |
| KIMBERLY | SALISBURY | 30Jan1961 |
| GUADALUPE | SAN MIGUEL | 21Dec1945 |
| ROBERT | SANDEFUR JR | 15Nov1945 |
| RICHARD | SAXON | 11Nov1950 |
| JOHN | SCHAAS SR | 25Aug1936 |
| KATHLEEN | SCHINTGEN | 14May1944 |
| ROBERT | SCHLABACH | 29Nov1940 |
| RAQUEL | SCHMIDT | 21Oct1949 |
| KATHARINA | SCHMIDT | 18Sep1936 |

| | | |
|---|---|---|
| MELVIN | SCHMIDT | 01May1924 |
| CALVIN | SCHNEIDER | 03Jul1945 |
| WAYNE | SCHNEIDER | 23Jun1942 |
| SHIRLEY | SCHRIEWER | 05Jun1935 |
| JUDITH | SCHROEDER | 18Mar1942 |
| WALLACE | SCHUEHLE | 25Jun1940 |
| SANDRA | SCHWARTZ | 26Nov1943 |
| SHIRLEY | SCHWARZLOSE | 01Mar1936 |
| GLENDA | SERPA | 02Sep1945 |
| CHARLES | SHIELDS | 27Jun1930 |
| STEPHEN | SHOBE | 15Oct1947 |
| JOE | SISAK | 19Sep1932 |
| JO | SMITH | 25Dec1937 |
| RICHARD | SMITH | 20Mar1931 |
| YVETTE | SOMMERS | 12Oct1949 |
| NORA | SOTELO | 13Jul1956 |
| BILLY | STEPHENS | 25Jun1935 |
| GEORGE | STEVENSON | 27Jun1944 |
| NANCY | STEWART | 12Jan1941 |
| ELVIN | STINSON | 17Aug1936 |
| GEORGE | STRAIT | 08Sep1934 |
| SHIRLEY | STREATER | 13Aug1936 |
| REMONA | STROUHAL | 20Feb1933 |
| BONNIE | STURM | 23Mar1943 |
| SANDRA | SULLIVAN | 03May1948 |
| JIMMIE | SWINK | 05Feb1943 |
| SALLY | SWOPE | 07Apr1944 |
| JAMES | SWOPE | 18Nov1929 |
| ALLEN | SYRINEK | 24Jun1950 |
| CAROLYN | TAYLOR | 15Jun1936 |
| NATHAN | TAYLOR | 04Oct1939 |
| REYES | TELLO | 15Dec1936 |
| ED | TENNYSON | 04Nov1932 |
| RICHARD | THIVIERGE | 10Apr1938 |
| JOYCE | THOMAS | 22Oct1931 |
| VERNON | THOMPSON | 19Sep1942 |
| STEPHANA | TILLER | 16Oct1948 |
| MICHAEL | TIMMERMANN | 24Mar1944 |
| JULIA | TINOCO | 26Apr1952 |
| MANUEL | TORRES | 15Jul1950 |
| BLANCHE | TREVINO | 29Jul1928 |

| | | |
|---|---|---|
| JUAN | TREVINO | 26Feb1939 |
| MANUEL | TREVINO | 14Jul1937 |
| ANTONIO | TRISTAN JR | 04Jun1945 |
| JUDITH | TRUESDALE | 29Jul1946 |
| PATRICK | TUMULTY | 19Jul1954 |
| DOROTHY | TYLER | 03Apr1944 |
| JOVITA | VALDEZ | 23Jul1946 |
| ROSARIO | VALLE | 08Jan1944 |
| FELIX | VARGAS | 29Mar1952 |
| IRENE | VASQUEZ | 26Jan1942 |
| ENRIQUE | VAZQUEZ | 08Sep1951 |
| CONSUELO | VILLANUEVA | 08Apr1942 |
| PHILLIP | VILLARREAL | 26May1961 |
| ROBERTO | VILLARREAL | 18Sep1948 |
| JIMMY | VIVIER | 01Jun1962 |
| GLORIA | VONDRAN | 25Jan1935 |
| BOBBY | WALKER | 23Aug1934 |
| EVELYN | WALKER | 13Aug1939 |
| KENNETH | WALKER | 18Sep1939 |
| ANN | WALKER | 31Oct1939 |
| TERESA | WALLESCH | 19Nov1938 |
| HENRY | WARD | 06Mar1943 |
| GLADYS | WARNKE | 22Jan1927 |
| KERWIN | WEINHEIMER | 05Oct1936 |
| ALAN | WELCH | 29Nov1939 |
| JO ANN | WELLS | 04Nov1944 |
| NORMA | WENZEL | 11Jun1938 |
| ANTHONY | WHITE | 15Jul1942 |
| CARRIE | WHITE | 30Mar1944 |
| JOYCE | WHITESIDE | 22Feb1943 |
| MICHAEL | WHITESIDE | 20Jan1939 |
| JOHN | WILLE | 28May1934 |
| VERN | WILLIAMS | 26Feb1948 |
| KATHERINE | WILSON | 21Oct1938 |
| VESPER | WIMBERLEY | 22May1941 |
| WOODY | WINKLES | 15Mar1953 |
| DAVID | WOLLAM | 24Sep1944 |
| LINDA | WOODALL | 08Feb1944 |
| JOHN | WOOLERY | 05Oct1948 |
| SYDNEY | WYNNE | 01May1936 |
| KIM | YOUNG | 06Aug1948 |

| | | |
|---|---|---|
| J | YOUNG | 29Dec1931 |
| CRISTINA | ZAMORA | 04Dec1935 |
| AGUINALDO | ZAMORA | 01Jan1932 |
| MARIA | ZAPATA | 29Jun1949 |
| KAREN | ZIESK | 05Sep1936 |
| CLAUDIA | ZUNKER | 23Sep1939 |