# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel., TIFFANY MONTCRIEFF, et al.,** | § | |
| **Relators, Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 5:17-CV-00317-XR** |
| **PERIPHERAL VASCULAR ASSOCIATES, P.A.,** | § | |
| **Defendant.** | § | |

**DECLARATION OF BRIAN PUENTE**

STATE OF TEXAS )
) ss
COUNTY OF BEXAR )

1. I am the IT Director at Peripheral Vascular Associates, P.A. ("PVA").

2. In my position, I oversee the information technology systems and databases used and maintained by PVA.

3. I have detailed familiarity with the information technology systems used by PVA, including Allscripts Clinical Module ("Allscripts CM"), Allscripts Practice Management ("Allscripts PM"), and Medstreaming.

4. I have examined the data in Allscripts PM to identify all vascular studies (by CPT code) performed at a PVA location from 2015 through 2019 ("billable vascular studies"). Any vascular study for which there was no charge, and studies performed in the hospital setting, were excluded.

5. From 2015 through 2019, PVA performed 194,886 billable vascular studies at its multiple locations.

6. Those billable vascular studies were cross-referenced with dates of evaluation and management ("E/M") visits (by CPT code) for the same patients to identify studies that were done without a patient seeing a physician.

7. I identified 9,458 billable vascular studies that did not have an E/M visit within 14 days after the date the study was performed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2020.

Brian Puente