# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel., TIFFANY MONTCRIEFF, et al.,, | § | |
| Relators, Plaintiff, | § | |
| v. | § | Civil Action No. 5:17-CV-00317-XR |
| PERIPHERAL VASCULAR ASSOCIATES, P.A., | § | |
| Defendant. | § | |

**DEFENDANT'S INITIAL DISCLOSURES**

NOW COMES Defendant Peripheral Vascular Associates, P.A. ("Defendant") and provides these Initial Disclosures to Plaintiff pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

By: /s/ *Stephen J. Romero*

Sean McKenna
State Bar No. 24007652
sean@seanmckennalaw.com
Law Office of Sean McKenna, PLLC
8710 Greenville Avenue, Suite B
Dallas, Texas 75240
Telephone: 786-973-3762
Facsimile: 1-888-492-2847

Stephen J. Romero
State Bar No. 24046756
stephen.romero@nortonrosefulbright.com
Jeff Wurzburg
State Bar No. 24105140
jeff.wurzburg@nortonrosefulbright.com
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Counsel for Defendant
Peripheral Vascular Associates, P.A.

**CERTIFICATE OF SERVICE**

This discovery, Defendant's Initial Disclosures, has been served in compliance with the Federal Rules of Civil Procedure by electronic mail on September 23, 2019:

Justin T. Berger
Sarvenaz J. Fahimi
Cotchett Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010

Wallace M. Brylak, Jr.
Brylak & Associates
15900 La Cantera Pkwy, Suite 19245
San Antonio, TX 78256

Thomas A. Parnham, Jr.
United States Attorney's Office for the Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701

*/s/ Stephen J. Romero*
Stephen J. Romero

# DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

*** Individuals identified with an asterisk are current or former managerial agents of Defendant. Any contact with these individuals must be coordinated through Defendant's counsel**.

Tiffany Montcrieff
c/o Justin T. Berger
Sarvenaz J. Fahimi
Cotchett Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010
Plaintiff

Alicia Burnett
c/o Justin T. Berger
Sarvenaz J. Fahimi
Cotchett Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010
Plaintiff

Roberta Martinez
c/o Justin T. Berger
Sarvenaz J. Fahimi
Cotchett Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010
Plaintiff

*Dru Jones
c/o Sean McKenna
Law Office of Sean McKenna, PLLC
8710 Greenville Avenue, Suite B
Dallas, Texas 75240
(786) 973-3762
Knowledge of Defendant's employment policies and practices.

*Kathy Britt
c/o Sean McKenna
Law Office of Sean McKenna, PLLC
8710 Greenville Avenue, Suite B
Dallas, Texas 75240

(786) 973-3762
Knowledge of Defendant's coding policies and practices.

*Barbara Burrows
c/o Sean McKenna
Law Office of Sean McKenna, PLLC
8710 Greenville Avenue, Suite B
Dallas, Texas 75240
(786) 973-3762
Knowledge of Plaintiffs' employment and performance.

*Randi Balch
c/o Sean McKenna
Law Office of Sean McKenna, PLLC
8710 Greenville Avenue, Suite B
Dallas, Texas 75240
(786) 973-3762
Knowledge of Plaintiffs' employment and performance.

*Marilyn Fagg
c/o Sean McKenna
Law Office of Sean McKenna, PLLC
8710 Greenville Avenue, Suite B
Dallas, Texas 75240
(786) 973-3762
Knowledge of Plaintiffs' employment and performance.

*Custodian(s) of Human Resource, Payroll and Benefits – Peripheral Vascular Associates, P.A.
c/o Sean McKenna
Law Office of Sean McKenna, PLLC
8710 Greenville Avenue, Suite B
Dallas, Texas 75240
(786) 973-3762
Knowledge of Plaintiffs' employment, compensation, and benefits and Defendant's policies and procedures.

Defendant reserves the right to supplement and/or amend this list. Further, Defendant cross designates all persons and entities identified by any other party to this action.

2. A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

(a) Plaintiffs' personnel files
(b) Relevant medical and billing records
(c) Peripheral Vascular Associates, P.A.'s policies and procedures

Copies of all documents are located at the office of counsel for Defendant. Plaintiff's personnel files and relevant policies and procedures have been produced.

Defendant reserves the right to supplement this list. Further, Defendant cross designates all documents identified by any other party in this action.

3. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Not applicable.

4. For inspection and copying under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

To be produced.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel., TIFFANY MONTCRIEFF, et al., | § § § | |
| Relators, Plaintiff, | § § | |
| v. | § | Civil Action No. 5:17-CV-00317-XR |
| PERIPHERAL VASCULAR ASSOCIATES, P.A., | § § § § | |
| Defendant. | § | |

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**

NOW COMES Defendant Peripheral Vascular Associates, P.A. ("Defendant") and provides these Supplemental Disclosures to Plaintiff pursuant to Rules 26(a)(1) and (e) of the Federal Rules of Civil Procedure.

Respectfully submitted,

By: /s/ *Sean McKenna*

Sean McKenna
State Bar No. 24007652
smckenna@spencerfane.com
Law Office of Sean McKenna, PLLC
8710 Greenville Avenue, Suite B
Dallas, Texas 75240
Telephone: 786-973-3762
Facsimile: 1-888-492-2847

Stephen J. Romero
State Bar No. 24046756
stephen.romero@nortonrosefulbright.com
Jeff Wurzburg
State Bar No. 24105140
jeff.wurzburg@nortonrosefulbright.com
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Mark Cole
*Pro hac vice*
mcole@spencerfane.com
Spencer Fane, LLP
6201 College Blvd., Suite 500
Overland Park, KS 66211
Telephone: (913) 345-8100
Facsimile: (913) 345-0736

Counsel for Defendant
Peripheral Vascular Associates, P.A.

## CERTIFICATE OF SERVICE

This discovery, Defendant's Initial Disclosures, has been served in compliance with the Federal Rules of Civil Procedure by electronic mail on June 8, 2020:

Justin T. Berger
Sarvenaz J. Fahimi
Cotchett Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010

Wallace M. Brylak, Jr.
Brylak & Associates
15900 La Cantera Pkwy., Suite 19245
San Antonio, TX 78256

John Deck
United States Attorney's Office for the Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701

*/s/ Sean McKenna*
Sean McKenna

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Plaintiffs/Relators Tiffany Montcrieff, Alicia Burnett, and Roberta Martinez

Dru Jones
May be contacted through counsel of record for Defendant.
Knowledge of Defendant's employment policies and practices.

Kathy Britt
Knowledge of Defendant's coding policies and practices.

Barbara Burrow
Knowledge of Plaintiffs' employment and performance.

Randi Balch
Knowledge of Plaintiffs' employment and performance.

Marilyn Fagg
May be contacted through counsel of record for Defendant.
Knowledge of Plaintiffs' employment and performance.

Custodian(s) of Human Resource, Payroll and Benefits – Peripheral Vascular Associates, P.A.
May be contacted through counsel of record for Defendant.
Knowledge of Plaintiffs' employment, compensation, and benefits and Defendant's policies and procedures.

Brian Puente
May be contacted through counsel of record for Defendant.
Knowledge of IT and data analysis.

Current physicians, who may be contacted through counsel of record for Defendant:

Mark Wengrovitz, MD
Patrick Hartsell, MD
Alfred Laborde, MD
Grady Alsabrook, MD
Daniel Tamez, MD
William Kirk, MD
William English, MD
Demetrios Macris, MD
Gerardo Ortega, MD
Seth Fritcher, MD
Michael Peck, MD

Syed Rizvi, MD
Gabriel Bietz, MD
Lois Fiala, MD
Boulos Toursarkissian, MD
Jesus Matos, MD
Jeffrey Stein, MD
Milad Mohammadi, MD

Former physicians, who may be contacted through counsel of record for Defendant:
Thomas Beadle
Jeffrey Martinez
Lyssa Ochoa
Edward Wolf

Defendant reserves the right to supplement and/or amend this list. Further, Defendant cross designates all persons and entities identified by any other party to this action.

2. A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

(a) Plaintiffs' personnel files.
(b) Relevant medical and billing records, including records from the Allscripts system for services identified by Plaintiffs and Plaintiffs' expert witnesses.
(c) Peripheral Vascular Associates, P.A.'s policies and procedures.

Copies of all documents, other than medical and billing records, are located at the office of counsel for Defendant. Plaintiff's personnel files and relevant policies and procedures have been produced.

Defendant reserves the right to supplement this list. Further, Defendant cross designates all documents identified by any other party in this action.

3. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Not applicable.

4. For inspection and copying under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

To be produced.