# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA ex rel. TIFFANY MONTCRIEFF, ROBERTA MARTINEZ, and ALICIA BURNETT,

Plaintiffs,

vs.

PERIPHERAL VASCULAR ASSOCIATES P.A.,

Defendant.

NO. SA-17-CV-00317-XR

ORAL DEPOSITION

PERIPHERAL VASCULAR ASSOCIATES P.A.

(KATHERINE E. BRITT)

OCTOBER 10, 2019

Reported by: Jean Thomas Fraunhofer,

Certified Shorthand Reporter in and for the State of Texas

ORAL DEPOSITION OF PERIPHERAL VASCULAR ASSOCIATES P.A. (KATHERINE E. BRITT), produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 10th day of October, 2019, from 9:40 a.m. to 6:31 p.m., before Jean Thomas Fraunhofer, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at NORTON ROSE FULBRIGHT US, LLP, 111 West Houston Street, Suite 1800, San Antonio, Texas 78205, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

A P P E A R A N C E S

FOR PLAINTIFFS:

MICHAEL MONTANO
COTCHETT, PITRE & McCARTHY, LLP
840 Malcom Road
Burlingame, California 94010
Telephone: (650)697-6000
E-mail: mmontano@cpmlegal.com

FOR DEFENDANT:

SEAN McKENNA
LAW OFFICE OF SEAN McKENNA, PLLC
8710 Greenville Avenue
Building D, Suite B
Dallas, Texas 75240
Telephone: (786)973-3762
E-mail: sean@seanmckennalaw.com
JEFF J. WURZBURG
STEPHEN ROMERO
NORTON ROSE FULBRIGHT US, LLP
111 West Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210)270-7186
E-mail: jeff.wurzburg@nortonrosefulbright.com

A P P E A R A N C E S

( CONTINUED )

ALSO PRESENT: Francisco Vazquez

Melissa Scott (VIA SPEAKERPHONE)

I N D E X

PAGE

PERIPHERAL VASCULAR ASSOCIATES P.A.
(KATHERINE E. BRITT)

Examination by Mr. Montano ...................... 10

Signature Page . . . . . . . . . . . . . . . . . . 324

Court Reporter's Certificate . . . . . . . . . . 327

*****

E X H I B I T S


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Notice of Deposition | 13 |
| Exhibit 2 | PVA Procedural Process For Reconciling Differences in Preliminary Reports and Final Reports (PVA0015629) | 41 |
| Exhibit 3 | PVA Clarification of Indications for Examinations (PVA0015425) | 93 |
| Exhibit 4 | May 2017 E-mail chain (PVA0039598-39601) | 163 |
| Exhibit 5 | 6/6/17 E-mail chain (PVA0115557-115559) | 207 |
| Exhibit 6 | August 2017 E-mail chain (PVA0095508-95512) | 214 |


///

E X H I B I T S
( CONTINUED )

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 7 | 4/25/17 E-mail to William English, et al, from Kathy Britt (PVA0085455) | 223 |
| Exhibit 8 | DT read and study times spreadsheet (PVA0236767) | 244 |
| Exhibit 9 | Patient Account History Exported from Allscripts PM Database Using SAP Crystal Reports (PVA0015233) | 257 |
| Exhibit 10 | SVU Extracranial Cerebrovascular Duplex Ultrasound Evaluation (PVA0103238-103243) | 272 |
| Exhibit 11 | Patient Chart - Estrada (PVA0009825-9899) | 286 |

E X H I B I T S

( CONTINUED )

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 12 | Patient Chart - Deandra (PVA0006869-6974) | 295 |
| Exhibit 13 | PVA LE Arterial Segmental Pressure test (PVA0007726) | 307 |
| Exhibit 14 | PVA Account Inquiry (PVA0014087) | 307 |
| Exhibit 15 | Medstreaming Audit Pane (PVA0007722) | 307 |
| Exhibit 16 | PVA Cerebrovascular Duplex Scan (PVA0007628) | 313 |
| Exhibit 17 | PVA Account Inquiry (PVA0014061) | 313 |
| Exhibit 18 | Medstreaming screen capture (PVA0007624) | 313 |

///

E X H I B I T S

( CONTINUED )

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 19 | IAC Standards and Guidelines for Vascular Testing Accreditation (PVA0015495-15559) | 319 |

*****

P R O C E E D I N G S

(Witness sworn.)

PERIPHERAL VASCULAR ASSOCIATES P.A.

(KATHERINE E. BRITT)

having been first duly sworn, testified as follows:

MR. MONTANO: Michael Montano, Cotchett, Pitre & McCarthy on behalf of the plaintiffs.

MR. McKENNA: Sean McKenna on behalf of Peripheral Vascular Associates.

MR. WURZBURG: As well, Jeff Wurzburg and Steve Romero.

EXAMINATION

BY MR. MONTANO

Q. Okay. Ms. Britt, good morning.

A. Good morning.

Q. Thank you for coming. Obviously, this is a difficult time for you. We appreciate you still coming in today to sit for this deposition.

Again, I'm Michael Montano. I represent plaintiffs in this case, and I'm going to be asking you some questions today to learn more about the policies and procedures at PVA, Peripheral --

A. Okay.

Q. -- Vascular Associates. Did you -- sorry.

Ms. Britt, would you state your full name

Does the doctor review the sonogram before meeting with the patient?
A. On occasion.
Q. Sometimes it could be after?
A. Sometimes it could be after. He has the results of that ultrasound in his hand, but if he needs to actually look at an image, he -- the machines are right there in the clinic. So they're available to him.
Q. Mm-hmm.
A. So it's -- it's a mixture.
Q. So there's an analysis of the sonogram that is text based, that is not the image itself, that the doctor will sometimes review; is that correct?
A. Yes.
Q. So the doctor meets with the patient?
A. Mm-hmm.
Q. How is that meeting documented?
A. It's documented in our EMR, in an encounter, in an office encounter.
Q. What is EMR?
A. Electronic medical record. Allscripts is our electronic medical record.
Q. What is the name of the Allscripts module or the Allscripts program that lets you manage medical records?

CHANGES AND SIGNATURE

WITNESS: PERIPHERAL VASCULAR ASSOCIATES P.A.

(KATHERINE E. BRITT)

DATE: OCTOBER 10, 2019

Reason Codes: (1) to clarify the record; (2) to conform to the facts; (3) to correct a transcription error; (4) other (please explain).

| PAGE | LINE | CHANGE | REASON CODE |
|---|---|---|---|
| 15 | 15 | Change to "operational practice improvements" | (1) |
| 21 | 14 | Change to "yes", Dr. Macris | (1) |
| 21 | 16 | Change to "yes", Brian Hembling and Barbara Burrow | (1) |
| 23 | 1 | Change "consultations" to "services" | (1) |
| 53 | 23 | Answer should have been "no, however orders are kept in patient records" | (1) |
| 63 | 22 | Change registration "package" to "process" | (1) |
| 64 | 18 | Change "If" to "It" | (3) |
| 105 | 19 | Change "Medstreaming" to "Focus" | (1) |
| 107 | 11 | Change to "The vascular tech or scribe" | (1) |
| 113 | 9 | Insert "images" after "machine" | (1) |
| 115 | 8 | Change "all day" to "frequently" | (1) |
| 130 | 3 | Change "app" to "database" | (1) |
| 145 | 20 | Change "critical" to "clinical" | |
| 146 | 22 | Change "yes" to "yes, it was our process" | (1) |
| 147 | 14 | Change "staffers signed" to "staffers are assigned" | (3) |
| 154 | 19 | Change "cross" to "across" | (3) |

CHANGES AND SIGNATURE

WITNESS: PERIPHERAL VASCULAR ASSOCIATES P.A.

(KATHERINE E. BRITT)

DATE: OCTOBER 10, 2019

Reason Codes: (1) to clarify the record; (2) to conform to the facts; (3) to correct a transcription error; (4) other (please explain).

| PAGE | LINE | CHANGE | REASON CODE |
|---|---|---|---|
| 167 | 17 | Change to "Not to my knowledge" (1) | |
| 173 | 15 | Change to "Yes, quarterly quality improvement meetings" (1) | |
| 194 | 18 | Change "on the technical date" to "on the day the technical component was performed." (1) | |
| 283 | 14 | Change "records" to "information" (1) | |
| 287 | 4 | Change to "documentation of a visit of an action" (1) | |
| 291 | 19 | Change to "This is the time a chart is opened for a scheduled appointment to be documented" (1) | |
| 292 | 13 | Change to "This is the time the chart was opened for documenting the visit or service provided." (1) | |
| 293 | 22 | Change to "I believe this is the time the chart was opened for the visit scheduled" (1) | |
| 294 | 7 | Change to "the time the chart was opened." (1) | |
| 298 | 6 | Change to "That was the time the chart was opened" (1) | |
| 312 | 7 | Change "sheets" to "reports" (1) | |
| 176 | 12 | Change to "No, Novitas is a contractor to the government." (1) | |
| 188 | 16 | Change "doesn't" to "does an" (3) | |

CHANGES AND SIGNATURE

WITNESS: PERIPHERAL VASCULAR ASSOCIATES P.A.
(KATHERINE E. BRITT)

DATE: OCTOBER 10, 2019

Reason Codes: (1) to clarify the record; (2) to conform to the facts; (3) to correct a transcription error; (4) other (please explain).

| PAGE | LINE | CHANGE | REASON CODE |
|---|---|---|---|
| 203 | 23 | Change to "our CEO, and Brian Hembling" | (1) |

I, PERIPHERAL VASCULAR ASSOCIATES P.A. (KATHERINE E. BRITT), have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

Katherine E Britt

PERIPHERAL VASCULAR
ASSOCIATES P.A. (KATHERINE
E. BRITT)

THE STATE OF TEXAS )
COUNTY OF BEXAR )

Before me, K DRUSILLA JONES, on this day personally appeared PERIPHERAL VASCULAR ASSOCIATES P.A. (KATHERINE E. BRITT), known to me or proved to me on the oath of — or through TEXAS DRIVERS LICENSE (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office on this 7TH day of JANUARY, 2020.

DRUSILLA JONES
Notary Public, State of Texas
Comm. Expires 02-18-2023
Notary ID 128515613

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires: 02-18-2023

REPORTER'S CERTIFICATE

ORAL DEPOSITION OF PERIPHERAL VASCULAR ASSOCIATES P.A.

(KATHERINE E. BRITT)

OCTOBER 10, 2019

I, Jean Thomas Fraunhofer, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, PERIPHERAL VASCULAR ASSOCIATES P.A. (KATHERINE E. BRITT), was duly sworn and that the transcript of the deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent was requested by the deponent or a party before the completion of the deposition and is to be returned within 30 days from date of receipt of the transcript. If returned, the attached Changes and Signature Pages contain any changes and the reasons therefor;

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record and the amount

of time used by each party at the time of the deposition:

MICHAEL MONTANO (6 Hours, 25 Minutes)

Attorney for Plaintiffs

SEAN McKENNA (0 Hours, 0 Minutes)

Attorney for Defendant

That $_________ is the deposition officer's charges to the Plaintiffs for preparing the original deposition and any copies of exhibits.

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of this action.

Certified to by me on this 18th day of October, 2019.

Jean Thomas Fraunhofer

Jean Thomas Fraunhofer, CSR
Texas CSR 7990
Expiration: 12/31/2020