**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. TIFFANY MONTCRIEFF, ROBERTA MARTINEZ, and ALICIA BURNETT,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PERIPHERAL VASCULAR ASSOCIATES P.A.,**<br><br>Defendant. | Civil Action No. SA-17-CV-00317-XR |

**DECLARATION OF SARVENAZ J. FAHIMI IN SUPPORT OF RELATORS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT PERIPHERAL VASCULAR ASSOCIATES, P.A.**

I, **SARVENAZ J. FAHIMI**, declare as follows:

1. I am an attorney duly admitted to practice before this Court and am an attorney with the law firm of Cotchett, Pitre & McCarthy, LLP, counsel for Relators/Plaintiffs in this matter. I make this Declaration of my own personal knowledge and, if called to testify as a witness, could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 208** is a true and correct copy of excerpts from DEF0161677, work page "Column Header Description".

3. Attached hereto as **Exhibit 209** is a true and correct copy of excerpts from the American Medical Association's Current Procedural Terminology (CPT) 2000 Professional Edition code book.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of September, 2020 at Burlingame, California.

/s/ *Sarvenaz J. Fahimi*
SARVENAZ J. FAHIMI

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2020, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Wallace M. Brylak, Jr.
Brylak & Associates
15900 La Cantera Pkwy, Suite 19245
San Antonio, TX 78256
wbrylak@brylaklaw.com

Sean McKenna
Mark A. Cole
Spencer Fane LLP
2200 Ross Avenue
Suite 4800 West
Dallas, TX 75201
smckenna@spencerfane.com
mcole@spencerfane.com

Stephen J. Romero
Jeff Wurzburg
Norton Rose Fulbright US LLP
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, TX 78205
stephen.romero@nortonrosefulbright.com
jeff.wurzburg@nortonrosefulbright.com

John M. Deck
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
John.deck@usdoj.gov

*/s/ Justin T. Berger*
Justin T. Berger