| Column Headers | Description | Notes |
|---|---|---|
| Patient_Number | Patient Number | Patient Chart Number in the Allscripts Application |
| Patient_Name | - | - |
| Patient_DOB | - | - |
| Patient_ID | - | - |
| Voucher_ID | - | - |
| Voucher_Number | Voucher Number | Voucher ID Number in the Allscripts Application |
| service_id | - | - |
| TransType | C = Charge<br>A = Adjustment<br>P = Payment<br>R = Refund | Transaction Types of A, P, and R can have multiple Transaction Code Abbreviations/Descriptions.<br>Example: TransType - A could have a TransCodeDescription of AARP Adjustment or Aetna Adjustment |
| TransCodeAbbr | Transaction Code Abbreviation | |
| TransCodeDescr | Transaction Code Description | |
| Update_status | 0 = Not Updated<br>1 = Updated<br>2 = Marked Void<br>3 = Voided<br>4 = Memo Void<br>5 = Memo Voided | Updated is in reference to the Allscripts PM system being updated. When the system updates, new vouchers get pushed to our Clearinghouse Payerpath which then generates an electronic claim to be sent to payers. Existing vouchers are updated with whatever Transaction Type was performed, if any, prior to the system update. |
| Posting_Date | Update Date | Date the Allscripts PM system was updated. |
| Service_Date_From | Date of Service | - |
| voucher_service_date | Date of Service | - |
| RptPd | Financial Reporting Period | - |
| RptPd_StartDt | Financial Reporting Period Start Date | - |
| RptPd_EndDt | Financial Reporting Period End Date | - |
| Actual_Dr_Abbr | - | - |
| Actual_Dr_Name | Rendering Provider | - |
| actual_dr_lfi | - | - |
| Billing_Dr_Abbr | - | - |
| Billing_Dr_Name | Billing Provider | - |
| billing_dr_lfi | - | - |
| refer_dr_abbr | - | - |
| refer_dr_name | Referring Provider | - |
| refer_dr_lfi | - | - |
| CurrInsId | - | - |
| CurrInsAbbr | - | - |
| CurrInsName | Current Insurance Name | The Last Payer on the Claim |
| OrigInsId | - | - |
| OrigInsAbbr | - | - |
| OrigInsName | Original Insurance Name | Primary Payer on the Claim |
| TransInsID | - | - |
| TransInsAbbr | - | - |
| TransInsName | Transaction Insurance Name | Payer on which a Transaction Type is performed |
| Department_Abbr | - | - |
| Department_Descr | - | - |
| Location_Abbr | - | - |
| Location_Descr | - | - |
| Procedure_Code | - | - |
| Procedure_Insurance_Descr | - | - |
| PrCtgy_Abbr | - | - |
| PrCtgy_Desc | - | - |
| Modifiers | - | - |
| Primary_Diagnosis_Code | - | - |
| Primary_Diagnosis_Descr | - | - |
| Units | - | - |
| work_rvu | - | - |
| pract_rvu | - | - |
| malpr_rvu | - | - |
| Amount | - | - |
| Charges | - | - |
| Payments | - | - |
| Adjustments | - | - |
| Refunds | - | - |
| Misc_Debits | - | - |
| Primary_Diag_Code_Set | 1 = ICD-9<br>2 = ICD-10 | - |
| Primary_Diag_Long_Descr | - | - |
| Tenant_ID | - | - |
| Tenant_Name | - | - |