IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., § <br> TIFFANY MONTCRIEFF, et al., § <br> § <br> Relators, Plaintiff, § <br> § <br> v. § <br> § <br> PERIPHERAL VASCULAR § <br> ASSOCIATES, P.A., § <br> § <br> Defendant. § | Civil Action No. 5:17-CV-00317-XR |

## DEFENDANT'S FINAL WITNESS LIST

Defendant Peripheral Vascular Associates, P.A. ("PVA") discloses the following witnesses who it expects to be called to testify at the trial of this matter:

1. Alicia Burnett
2. Roberta Martinez
3. Tiffany Montcrieff
4. Demetrios Macris, MD
5. Lois Fiala, MD
6. Daniel Tamez, MD
7. Melissa Scott
8. Paul Collier, MD
9. Kathy Britt

PVA also discloses the following witnesses who it may call to testify at the trial of this matter as the need arises:

1. James Alexander, MD
2. Robert Church

102593663.2

3. Brian Puente

4. Mark Wengrovitz, MD

5. Patrick Hartsell, MD

6. Alfred Laborde, MD

7. Daniel Tamez, MD

8. William Kirk, MD

9. William English, MD

10. Gerardo Ortega, MD

11. Seth Fritcher, MD

12. Michael Peck, MD

13. Syed Rizvi, MD

14. Gabriel Bietz, MD

15. Boulos Toursarkissian, MD

16. Jesus Matos, MD

17. Jeffrey Stein, MD

18. Milad Mohammadi, MD

19. Thomas Beadle, MD

20. Jeffrey Martinez, MD

21. Lyssa Ochoa, MD

22. Edward Wolf, MD

23. Sean O'Connell

24. Tomas Gonzalez

25. Any witnesses identified by Relators.

26. Any witnesses necessary for rebuttal or impeachment.

If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

Respectfully submitted,

By: */s/ Sean McKenna*
    Sean McKenna
    State Bar No. 24007652
    smckenna@spencerfane.com
    Mark A. Cole
    *Admitted Pro Hac Vice*
    mcole@spencerfane.com
SPENCER FANE LLP
2200 Ross Avenue, Suite 4800 West
Dallas, Texas 75201
Telephone: 214-459-5890
Facsimile: 214-750-3612

    Stephen J. Romero
    State Bar No. 24046756
    stephen.romero@nortonrosefulbright.com
    Jeff Wurzburg
    State Bar No. 24105140
    jeff.wurzburg@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
Frost Tower 111 W. Houston Street, Suite 1800 San Antonio, Texas 78205
Telephone: 210-224-5575
Facsimile: 210-270-7205

Counsel for Peripheral Vascular Associates, P.A.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of June, 2021, I caused this pleading to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Justin T. Berger | Wallace M. Brylak, Jr. |
| Sarvenaz J. Fahimi | Brylak & Associates |
| Cotchett Pitre & McCarthy, LLP | 15900 La Cantera Parkway, Suite 19245 |
| 840 Malcolm Road | San Antonio, Texas  78256 |
| Burlingame, California  94010 | |

AUSA John M. Deck
United States Attorney's Office for the Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

                      */s/ Sean McKenna*
                      Sean McKenna