**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel.,** § | |
| **TIFFANY MONTCRIEFF, et al.,** § | |
| § | |
| **Relators, Plaintiff,** § | |
| § | |
| **v.** § | **Civil Action No. 5:17-CV-00317-XR** |
| § | |
| **PERIPHERAL VASCULAR** § | |
| **ASSOCIATES, P.A.,** § | |
| § | |
| **Defendant.** § | |

## DEFENDANT'S FINAL EXHIBIT LIST

Defendant Peripheral Vascular Associates, P.A. ("PVA") submits the following list of

exhibits that it may offer at the trial of this case:

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit No.** | **Date** | **Description** | **Bates Number** | **Obj.** | **Adm.** | **Den.** |
| 1. | 08/21/2020 | Declaration of Kathy Britt and Exhibits (Document Previously Filed Under Seal) | | | | |
| 2. | 08/21/2020 | Declaration of Brian Puente | DEF0163022-0163023 | | | |
| 3. | 10/31/2019 | Memorandum from Kelly Cleary to Demetrios Kouzoukas re: Impact of *Allina* on Medicare Payment Rules | DEF0161678-0161680 | | | |
| 4. | | PVA Website, Doctors of Arteries & Veins, https://pvasatx.com/about-us/about-pva/ | DEF0161681-0161685 | | | |
| 5. | | PVA Website, PVA Vascular Lab, https://pvasatx.com/service-lines/vascular-lab/ | DEF0161686-0161690 | | | |
| 6. | | PVA Website, Locations, https://pvasatx.com/locations/ | DEF0161691-0161695 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 7. | | PVA Website, PVA Doctors and Providers, https://pvasatx.com/pva-doctors-providers/ | DEF0161696-0161699 | | | |
| 8. | | Local Coverage Determination, Non-Invasive Cerebrovascular Arterial Studies (L35397) | DEF0161700-0161713 | | | |
| 9. | | Novitas Solutions, Medicare Part B Physician Fee Schedule for Texas 2019 | DEF0163628-0163973 | | | |
| 10. | | DOJ Justice Manual § 1-20.100 | DEF0161714-0161716 | | | |
| 11. | 10/17/2019 | Deposition and Exhibits of Roberta Martinez | | | | |
| 12. | 10/16/2019 | Deposition and Exhibits of Tiffany Montcrieff | | | | |
| 13. | 10/15/2019 | Deposition and Exhibits of Alicia Burnett | | | | |
| 14. | 07/24/2020 | Deposition and Exhibits of Robert D. Church | | | | |
| 15. | 07/21/2020 | Deposition and Exhibits of James E. Alexander M.D. | | | | |
| 16. | 07/31/2020 | Deposition and Exhibits of Zachary Nye | | | | |
| 17. | 03/27/2020 | Expert Report of James E. Alexander (Alexander Depo Ex. 3) | DEF0161719-0161736 | | | |
| 18. | | Expert Report of James E. Alexander Exhibit 1: Curriculum Vitae for James E. Alexander, Jr. MD | DEF0161737-0161742 | | | |
| 19. | | Expert Report of James E. Alexander Exhibit 2: List of Duties of a Medicare Contractor Medical Director from Medicare Program Integrity Manual Chapter 1 | DEF0161743-0161746 | | | |
| 20. | | Expert Report of James E. Alexander Exhibit 3: DHHS Fraud & Abuse Laws Physician Roadmap | DEF0161747-0161750 | | | |
| 21. | | Expert Report of James E. Alexander Exhibit 3: CMS MLN Booklet Medicare Fraud 7 Abuse: Prevent, Detect, Report | DEF0161751-161753 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 22. | | Expert Report of James E. Alexander Exhibit 3: Medicare Program Integrity Manual Chapter 4 – Program Integrity | DEF0161754-0161757 | | | |
| 23. | | Expert Report of James E. Alexander Exhibit 3: Medicare Claims Processing Manual Chapter 13 - Radiology Services and Other Diagnostic Procedures | DEF0161758 | | | |
| 24. | | Expert Report of James E. Alexander Exhibit 3: ICD Coding for Diagnostic Tests | DEF0161759-0161761 | | | |
| 25. | | Expert Report of James E. Alexander Exhibit 3: 42 CFR § 415.120(a) | DEF0161762-0161763 | | | |
| 26. | 09/2014 | Expert Report of James E. Alexander Exhibit 3: THE CODE: The Official Medical Coding Newsletter of MiraMed *Distinguishing Diagnostic Testing Review from Reports Are Your TEE Reports Compliant?* | DEF0161764-0161765 | | | |
| 27. | | Expert Report of James E. Alexander Exhibit 3: CMS MLN Matters: Guidance on Coding and Billing Date of Service on Professional Claims | DEF0161766-0161767 | | | |
| 28. | | Expert Report of James E. Alexander Exhibit 3: Medicare Benefit Policy Manual Chapter 15 – Covered Medical and Other Health Services | DEF0161768-0161769 | | | |
| 29. | | Expert Report of James E. Alexander Exhibit 3: Novitas JH MAC website Billing Q&A's | DEF0161770 | | | |
| 30. | | Expert Report of James E. Alexander Exhibit 3: AMA CPT 2017 Professional codebook | DEF0161771-0161774 | | | |
| 31. | 11/2015 | Expert Report of James E. Alexander Exhibit 3: Radiology Today: Radiology Billing and coding: *Professional and Technical Components* by G. John Verhovshek, MA, CPC | DEF0161775 | | | |
| 32. | | Expert Report of James E. Alexander Exhibit 4: Novitas Reasonable & Necessary Guidelines | DEF0161776-0161777 | | | |

| | Defendant's Trial Exhibit List |
|---|---|

| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
|---|---|---|---|---|---|---|
| 33. | | Expert Report of James E. Alexander Exhibit 4: Medicare Program Integrity Manual Chapter 3 - Verifying Potential Errors and Taking Corrective Actions | DEF0161778 | | | |
| 34. | | Expert Report of James E. Alexander Exhibit 4: Medicare Program Integrity Manual Chapter 13 - Local Coverage Determinations | DEF0161779-0161781 | | | |
| 35. | | Expert Report of James E. Alexander Exhibit 5: IAC Standards and Guidelines for Vascular Testing Accreditation | DEF0161782-0161789 | | | |
| 36. | | Expert Report of James E. Alexander Exhibit 6: Clinical Case Samples of Delayed or Absent Final Interpretation and Report in Complicated Medicare Patients | DEF0161790-0161814 | | | |
| 37. | 03/27/2020 | Expert Report of Robert D. Church (Church Depo Ex. 4) | DEF0161815-0161849 | | | |
| 38. | | Expert Report of Robert D. Church Exhibit DD: Medical Documentation & Coding Compliance Pledge to Peripheral Vascular Associates, Pages 1-20. | DEF0161850-0161869 | | | |
| 39. | | Expert Report of Robert D. Church Exhibit EE: Peripheral Vascular Associates Compliance Plan, Policies and Procedures Manual | DEF0161870-0161904 | | | |
| 40. | 04/2010 | Expert Report of Robert D. Church Exhibit FF: PVA Policies and Procedures – Clarification of Indications for Examinations, Exhibit 3 | DEF0161905 | | | |
| 41. | 05/02/2017 - 05/03/2017 | Expert Report of Robert D. Church Exhibit GG: PVA Pat #8586-Emails, Exhibit 4 | DEF0161906-0161909 | | | |
| 42. | | Expert Report of Robert D. Church Exhibit HH: PY A OT read and study times.xlsx. Reflecting report times, read times, total times, number of reports, for 2016 and 2017. | DEF0161910-0161912 | | | |
| 43. | | Expert Report of Robert D. Church Exhibit II: Society for Vascular Ultrasound-Vascular Technology Professional Performance Guidelines. Extracranial | DEF0161913-0161918 | | | |

| | | Defendant's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| | | Cerebrovascular Duplex Ultrasound Evaluation. Exhibit 10 | | | | |
| 44. | | Expert Report of Robert D. Church Exhibit JJ: Peripheral Vascular Associates-Account Inquiry-Patient 999999978 . Exhibit 14 | DEF0161919 | | | |
| 45. | | Expert Report of Robert D. Church Exhibit KK: Peripheral Vascular Associates-Account Inquiry- Patient 773750. Exhibit 17 | DEF0161920 | | | |
| 46. | | Expert Report of Robert D. Church Exhibit LL: Peripheral Vascular Associates-Screen print. Exhibit 15 | DEF0161921 | | | |
| 47. | 07/2001 | Expert Report of Robert D. Church Exhibit SS: *Coding and Reimbursement Issues for the Radiologist* by Phillips and Hillman | DEF0161922-0161927 | | | |
| 48. | 03/27/2020 | Expert Report of Zachary Nye (Nye Depo Ex. 3) | DEF0161928-0161936 | | | |
| 49. | | Expert Report of Zachary Nye Exhibit 1: Zachary R. Nye CV | DEF0161937-0161940 | | | |
| 50. | | Expert Report of Zachary Nye Exhibit 2: Summary of False Billings in the Billing System Data for Imaging | DEF0161941 | | | |
| 51. | | Expert Report of Zachary Nye Exhibit 3: Distribution of False Billings for Imaging by Number of Days Before Final Report Date | DEF0161942-0161946 | | | |
| 52. | | Expert Report of Zachary Nye Exhibit 4a: Total Payments Associated with False Billings for Imaging | DEF0161947-0161952 | | | |
| 53. | | Expert Report of Zachary Nye Exhibit 4b: Total Payments Associated with False Billings for Imaging | DEF0161953 | | | |
| 54. | | Expert Report of Zachary Nye Exhibit 4c: Total Payments Associated with False Billings for Imaging | DEF0161954-0161955 | | | |
| 55. | | Expert Report of Zachary Nye Exhibit 4d: Total Payments Associated with False Billings for Imaging | DEF0161956-0161957 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 56. | | Expert Report of Zachary Nye Exhibit 4e: Total Payments Associated with False Billings for Imaging | DEF0161958-0161959 | | | |
| 57. | | Expert Report of Zachary Nye Exhibit 5: Chart of Number of Days Between Test Date and Final Report Date | DEF0161960-0161961 | | | |
| 58. | | Expert Report of Zachary Nye Exhibit 6a: Total Payments Associated with False Billings for E/M Services | DEF0161962-0161967 | | | |
| 59. | | Expert Report of Zachary Nye Exhibit 6b: Total Payments Associated with False Billings for E/M Services | DEF0161968 | | | |
| 60. | | Expert Report of Zachary Nye Exhibit 6c: Total Payments Associated with False Billings for E/M Services | DEF0161969-0161970 | | | |
| 61. | | Expert Report of Zachary Nye Exhibit 6d: Total Payments Associated with False Billings for E/M Services | DEF0161971-0161973 | | | |
| 62. | | Expert Report of Zachary Nye Exhibit 6e: Total Payments Associated with False Billings for E/M Services | DEF0161974-0161975 | | | |
| 63. | | Expert Report of Zachary Nye Exhibit 7: Chart Time Between Consecutive Final Report Dates | DEF0161976-0161977 | | | |
| 64. | | Expert Report of Zachary Nye Exhibit 8: Chart Number of Tests Per Day | DEF0161978-0161979 | | | |
| 65. | 07/08/2020 | Supplemental Expert Report of James Alexander M.D. (Alexander Depo Ex. 4) | DEF0161980-0162005 | | | |
| 66. | | Supplemental Expert Report of James Alexander M.D. Exhibit 1: CV for James E. Alexander, Jr., MD FACS CHC | DEF0162006-0162011 | | | |
| 67. | | Supplemental Expert Report of James Alexander M.D. Exhibit 2: Medicare Program Integrity Manual excerpt, chapter 1 | DEF0162012-0162015 | | | |
| 68. | | Supplemental Expert Report of James Alexander M.D. Exhibit 3: Office of Inspector General, compliance excerpt | DEF0162016-0162017 | | | |
| 69. | | Supplemental Expert Report of James Alexander M.D. Exhibit 4: False Claims Act excerpts and discussion | DEF0162018-0162020 | | | |
| 70. | | Supplemental Expert Report of James Alexander M.D. Exhibit 5: CMS publication, ICN MLN4649244 | DEF0162021-0162024 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 71. | | Supplemental Expert Report of James Alexander M.D. Exhibit 6: Medicare Program Integrity Manual excerpt, chapter 4 | DEF0162025-0162029 | | | |
| 72. | | Supplemental Expert Report of James Alexander M.D. Exhibit 7: Medicare Claims Processing Manual excerpt, Chapter 13 | DEF0162030-0162034 | | | |
| 73. | | Supplemental Expert Report of James Alexander M.D. Exhibit 8: 42 CFR § 415.120 | DEF0162035-0162036 | | | |
| 74. | | Supplemental Expert Report of James Alexander M.D. Exhibit 9: 42 CFR § 415.102 | DEF0162037-0162038 | | | |
| 75. | | Supplemental Expert Report of James Alexander M.D. Exhibit 10: The CODE, medical newsletter excerpt | DEF0162039-0162041 | | | |
| 76. | | Supplemental Expert Report of James Alexander M.D. Exhibit 11: CMS MLN Guidance on Coding | DEF0162042-0162044 | | | |
| 77. | | Supplemental Expert Report of James Alexander M.D. Exhibit 12: Medicare Benefit Policy Manual, excerpt chapter 15 | DEF0162045-0162047 | | | |
| 78. | | Supplemental Expert Report of James Alexander M.D. Exhibit 13: Novitas-Solutions FAQ | DEF0162048-0162049 | | | |
| 79. | | Supplemental Expert Report of James Alexander M.D. Exhibit 14: AMA CPT 2017 Professional booklet excerpts | DEF0162050-0162054 | | | |
| 80. | | Supplemental Expert Report of James Alexander M.D. Exhibit 15: Radiology Today article by John Verhovshek | DEF0162055-0162056 | | | |
| 81. | | Supplemental Expert Report of James Alexander M.D. Exhibit 16: Novitas-Solutions excerpt | DEF0162057-0162058 | | | |
| 82. | | Supplemental Expert Report of James Alexander M.D. Exhibit 17: Medicare Program Integrity Manual, excerpt chapter 3 | DEF0162059-0162060 | | | |
| 83. | | Supplemental Expert Report of James Alexander M.D. Exhibit 18: Medicare Program Integrity Manual, chapter 13 | DEF0162061-0162064 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 84. | | Supplemental Expert Report of James Alexander M.D. Exhibit 19: Intersocietal Accreditation Commission (IAC) Guidelines on Examination Interpretation and Reports | DEF0162065-0162072 | | | |
| 85. | | Supplemental Expert Report of James Alexander M.D. Exhibit 20: Clinical Case Samples of Delayed and Absent Final Interpretation and Report in Complicated Medicare Patient 100855 | DEF0162073-0162084 | | | |
| 86. | | Supplemental Expert Report of James Alexander M.D. Exhibit 21: Clinical Case Samples of Delayed and Absent Final Interpretation and Report in Complicated Medicare Patient 580210 | DEF0162085-0162098 | | | |
| 87. | | Supplemental Expert Report of James Alexander M.D. Exhibit 22: Clinical Case Samples of Delayed and Absent Final Interpretation and Report in Complicated Medicare Patient 739250 | DEF0162099-0162111 | | | |
| 88. | | Supplemental Expert Report of James Alexander M.D. Exhibit 23: AIUM Practice Parameter for Documentation of an Ultrasound Examination | DEF0162112-0162116 | | | |
| 89. | | Supplemental Expert Report of James Alexander M.D. Exhibit 24: American Urological Association (AUA), AIUM Medical Documentation Requirements | DEF0162117-0162124 | | | |
| 90. | | Supplemental Expert Report of James Alexander M.D. Exhibit 25: Access Surgery: Chapter 17, Documentation, Coding, Billing and Compliance | DEF0162125-0162129 | | | |
| 91. | | Supplemental Expert Report of James Alexander M.D. Exhibit 26: American College of Radiology (ACR) Practice Parameter for the Performing and Interpreting Diagnostic Ultrasound Examinations | DEF0162130-0162139 | | | |
| 92. | | Supplemental Expert Report of James Alexander M.D. Exhibit 27: AUA: Ultrasound Documentation Requirements | DEF0162140-0162146 | | | |
| 93. | | Supplemental Expert Report of James Alexander M.D. Exhibit 28: ACR-SPR-SRU Practice Parameter Performing | DEF0162147-0162153 | | | |

| **Defendant's Trial Exhibit List** | | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit No.** | **Date** | **Description** | **Bates Number** | **Obj.** | **Adm.** | **Den.** |
| | | and Interpreting Diagnostic Ultrasound Examinations | | | | |
| 94. | | Supplemental Expert Report of James Alexander M.D. Exhibit 29: ACR-AIUM-SPR-SRU Practice Parameter for the Performance of Peripheral Venous Ultrasound Examination | DEF0162154-0162165 | | | |
| 95. | 07/08/2020 | Supplemental Expert Report of Robert D. Church (Church Depo Ex. 5) | DEF0162166-0162202 | | | |
| 96. | | Supplemental Expert Report of Robert D. Church Attachment A: Marked-up copy of complaint | DEF0162203-0162215 | | | |
| 97. | | Supplemental Expert Report of Robert D. Church Attachment I: Wisconsin Physicians Service Insurance Corporation-Non-Invasive Vascular Testing (N.I.V.T.). Local Coverage Determination Coding Guidelines | DEF0162216-0162225 | | | |
| 98. | | Supplemental Expert Report of Robert D. Church Attachment DD: Medical Documentation & Coding Compliance Pledge to Peripheral Vascular Associates, Pages 1-20 | DEF016226-0162246 | | | |
| 99. | | Supplemental Expert Report of Robert D. Church Attachment EE: Peripheral Vascular Associates Compliance Plan, Policies and Procedures Manual. | DEF0162247-0162282 | | | |
| 100. | | Supplemental Expert Report of Robert D. Church Attachment FF: PVA Policies and Procedures. Exhibit 3 | DEF0162283-0162884 | | | |
| 101. | | Supplemental Expert Report of Robert D. Church Attachment GG: PVA Pat #8586-Emails, Exhibit 4. | DEF0162285-0162289 | | | |
| 102. | | Supplemental Expert Report of Robert D. Church Attachment HH: PVA DT read and study times.xlsx. Reflecting report times, read times, total times, number of reports, for 2016 and 2017 | DEF0162290-0162293 | | | |
| 103. | | Supplemental Expert Report of Robert D. Church Attachment II: Society for Vascular Ultrasound-Vascular Technology | DEF0162294-0162300 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| | | Professional Performance Guidelines. Extracranial Cerebrovascular Duplex Ultrasound Evaluation. Exhibit 10 | | | | |
| 104. | | Expert Report of Robert D. Church Exhibit JJ: Peripheral Vascular Associates-Account Inquiry-Patient 999999978. Exhibit 14 | DEF0162301-0162302 | | | |
| 105. | | Expert Report of Robert D. Church Exhibit KK: Peripheral Vascular Associates-Account Inquiry- Patient 773750. Exhibit 17 | DEF0162303-0162304 | | | |
| 106. | | Expert Report of Robert D. Church Exhibit LL: Peripheral Vascular Associates-Screen print. Exhibit 15 | DEF0162305-0162306 | | | |
| 107. | | Expert Report of Robert D. Church Exhibit SS: *Coding and Reimbursement Issues for the Radiologist* by Phillips and Hillman | DEF0162307-0162312 | | | |
| 108. | | Supplemental Expert Report of Robert D. Church Attachment TT: ACR Practice Parameters for Communication of Diagnostic Imaging Findings | DEF0162313-0162322 | | | |
| 109. | 07/08/2020 | Supplemental Expert Report and Exhibits of Zachary Nye (Nye Depo Ex. 4) | DEF0162323-0162331 | | | |
| 110. | | Expert Report of Zachary Nye Exhibit 1: Zachary R. Nye CV | DEF0162332-0162335 | | | |
| 111. | | Expert Report of Zachary Nye Exhibit 2: Summary of False Billings in the Billing System Data for Imaging | DEF0162336 | | | |
| 112. | | Expert Report of Zachary Nye Exhibit 3: Distribution of False Billings for Imaging by Number of Days Before Final Report Date | DEF0162337-0162341 | | | |
| 113. | | Expert Report of Zachary Nye Exhibit 4a: Total Payments Associated with False Billings for Imaging | DEF0162342-0162347 | | | |
| 114. | | Expert Report of Zachary Nye Exhibit 4ai: Total Payments Associated with False Billings for Imaging | DEF0162348-0162409 | | | |

| | | Defendant's Trial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 115. | | Expert Report of Zachary Nye Exhibit 4b: Total Payments Associated with False Billings for Imaging | DEF0162410 | | | |
| 116. | | Expert Report of Zachary Nye Exhibit 4c: Total Payments Associated with False Billings for Imaging | DEF0162411-0162412 | | | |
| 117. | | Expert Report of Zachary Nye Exhibit 4d: Total Payments Associated with False Billings for Imaging | DEF0162413-0162414 | | | |
| 118. | | Expert Report of Zachary Nye Exhibit 4e: Total Payments Associated with False Billings for Imaging | DEF0162415-0162417 | | | |
| 119. | | Expert Report of Zachary Nye Exhibit 4ei: Total Payments Associated with False Billings for Imaging | DEF0162418-0162419 | | | |
| 120. | | Expert Report of Zachary Nye Exhibit 5: Chart of Number of Days Between Test Date and Final Report Date | DEF0162420-0162421 | | | |
| 121. | | Expert Report of Zachary Nye Exhibit 6a: Total Payments Associated with False Billings for E/M Services | DEF0162422-0162427 | | | |
| 122. | | Expert Report of Zachary Nye Exhibit 6ai: Total Payments Associated with False Billings for E/M Services | DEF0162428-0162488 | | | |
| 123. | | Expert Report of Zachary Nye Exhibit 6b: Total Payments Associated with False Billings for E/M Services | DEF0162489 | | | |
| 124. | | Expert Report of Zachary Nye Exhibit 6c: Total Payments Associated with False Billings for E/M Services | DEF0162490-0162491 | | | |
| 125. | | Expert Report of Zachary Nye Exhibit 6d: Total Payments Associated with False Billings for E/M Services | DEF0162492-0162494 | | | |
| 126. | | Expert Report of Zachary Nye Exhibit 6e: Total Payments Associated with False Billings for E/M Services | DEF0162495-0162496 | | | |
| 127. | | Expert Report of Zachary Nye Exhibit 7: Chart Time Between Consecutive Final Report Dates | DEF0162497-0162498 | | | |
| 128. | | Expert Report of Zachary Nye Exhibit 8: Chart Number of Tests Per Day | DEF0162499-0162500 | | | |
| 129. | 07/30/2020 | Second Supplemental Expert Report of Zachary Nye (Nye Depo Ex. 5) | DEF0162501-0162504 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 130. | | Second Supplemental Expert Report of Zachary Nye Exhibit 4ai Supplemental: Total Payments Associated with False Billings for Imaging | DEF0162505-0162645 | | | |
| 131. | | Second Supplemental Expert Report of Zachary Nye Exhibit 4d Supplemental: Total Payments Associated with False Billings for Imaging | DEF0162646-0162661 | | | |
| 132. | | Second Supplemental Expert Report of Zachary Nye Exhibit 6ai Supplemental: Total Payments Associated with False Billings for E/M Services | DEF0162662-0162756 | | | |
| 133. | | Second Supplemental Expert Report of Zachary Nye Exhibit 6d Supplemental: Total Payments Associated with False Billings for E/M Services | DEF0162757-0162769 | | | |
| 134. | | Second Supplemental Expert Report of Zachary Nye Exhibit 9a: False Billings for Imaging Where Billing MD Not Equal to Reading MD | DEF0162770-0162771 | | | |
| 135. | | Second Supplemental Expert Report of Zachary Nye Exhibit 9b: Payments Associated with False Billings for Imaging Where Billing MD Not Equal to Reading MD | DEF0162772-0162774 | | | |
| 136. | | Second Supplemental Expert Report of Zachary Nye Exhibit 10a: False Billings for Imaging Where No E/M Visit Between Date of Service and Charge Date | DEF0162775-0162779 | | | |
| 137. | | Second Supplemental Expert Report of Zachary Nye Exhibit 10b: Payments Associated with False Billings for Imaging Where No E/M Visit Between Date of Service and Charge Date | DEF0162780-0162786 | | | |
| 138. | | Second Supplemental Expert Report of Zachary Nye Exhibit 11: Distribution of False Billings for Imaging by Insurance Name and Number of Days Before Final Report Date | DEF0162787-0162866 | | | |
| 139. | | Second Supplemental Expert Report of Zachary Nye Exhibit 12: Distribution of False Billings for E/M Services | DEF0162867-0162931 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
|  |  | by Insurance Name and Number of Days Before Final Report Date |  |  |  |  |
| 140. | 06/23/2020 | Expert Report of Melissa Scott | DEF0162932-0162961 |  |  |  |
| 141. |  | Expert Report of Melissa Scott Appendix 1: Melissa Scott Curriculum Vitae | DEF0162962-0162966 |  |  |  |
| 142. |  | Expert Report of Melissa Scott Appendix 2: List of Documents Considered | DEF0162967 |  |  |  |
| 143. |  | Expert Report of Melissa Scott Appendix 3: Patient Sampling records | DEF0162968-0162981 |  |  |  |
| 144. | 12/21/2017 | First Amended Complaint for the case dated December 21, 2017 | SCOTT000006-000025 |  |  |  |
| 145. |  | First Amended Complaint Detail |  |  |  |  |
| 146. |  | Documents Provided to OIG | PVA0000001-0238036 |  |  |  |
| 147. |  | Documents from Plaintiffs' data analyst expert, Zachary Nye, PhD | NYE000001-000051 |  |  |  |
| 148. |  | Documents from Plaintiffs' expert, Robert Church | SCOTT000031-000415, SCOTT003784-003787 |  |  |  |
| 149. |  | Documents from Plaintiffs' expert, Dr. James Alexander (Alexander Depo Ex. 2) | ALEXANDER000001-001593 |  |  |  |
| 150. |  | Sample of PVA ultrasound finalized report records produced by PVA, along with billing (submission of global claims which include the technical and professional component relating to ultrasounds) and reimbursement records for those patients |  |  |  |  |
| 151. |  | Interviews with PVA staff and Counsel |  |  |  |  |
| 152. |  | Melissa Scott Working File | SCOTT0001-003787 |  |  |  |
| 153. | 06/23/2020 | Expert Report of Paul E. Collier, M.D. | DEF0163574-0163578 |  |  |  |
| 154. |  | Expert Report of Paul E. Collier, M.D. Exhibit 1: Paul E. Collier, MD Curriculum Vitae | DEF0163579-0163588 |  |  |  |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 155. | | Expert Report of Paul E. Collier, M.D. Exhibit 2: Paul E. Collier, MD Testimony List | DEF0163589-0163593 | | | |
| 156. | | Expert Report of Paul E. Collier, M.D. Exhibit 3: Paul E. Collier, MD Fee Schedule | DEF0163594-0163595 | | | |
| 157. | | Paul E. Collier Working File | PEC 000001-000999 | | | |
| 158. | | *Limiting Use of Agency Guidance Documents in Affirmative Civil Enforcement Cases*, U.S. Department of Justice, Jan. 25, 2018. | DEF0161717-0161718 | | | |
| 159. | | *Department of Health and Human Services Good Guidance Practices*, U.S. Department of Health and Human Services, 85 Fed. Reg. 78770 (Dec. 7, 2020). | | | | |
| 160. | | *Advisory Opinion 20-05 on Implementing Allina*, U.S. Department of Health and Human Services Office of the General Counsel (Dec. 3, 2020). https://www.hhs.gov/sites/default/files/allina-ao.pdf | | | | |
| 161. | | *Transparency and Fairness in Civil Administrative Enforcement Actions*, U.S. Department of Health and Human Services, 86 Fed. Reg. 3010 (Jan. 14, 2021). | | | | |
| 162. | | PVA Organizational Chart | DEF0163024 | | | |
| 163. | | *Chapter 8 – Sentencing or Organizations*, United States Sentencing Commission. (https://www.ussc.gov/guidelines/2015-guidelines-manual/2015-chapter-8) | | | | |
| 164. | | PVA Employment Application (Martinez Depo Ex. 1) | DEF000324-000327 | | | |
| 165. | | Resume of Roberta Martinez (Martinez Depo Ex. 2) | DEF000329-000332 | | | |
| 166. | | Texas Workforce Commission logs (Martinez Depo Ex. 3) | MARTINEZ0002 58-000274 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 167. | | Roberta Martinez Handbook Acknowledgement (Martinez Depo Ex. 4) | DEF000352 | | | |
| 168. | | Roberta Martinez Employee Acknowledgement Form (Martinez Depo Ex. 5) | DEF000353 | | | |
| 169. | | Employee Confidentiality/Nondisclosure Agreement (Martinez Depo Ex. 6 and Montcrieff Depo Ex. 1) | DEF000740 | | | |
| 170. | | Information Security and Confidentiality Agreement (Martinez Depo Ex. 7 and Montcrieff Depo Ex. 2) | DEF000741-000742 | | | |
| 171. | | Compliance Pledge (Martinez Depo Ex. 8 and Montcrieff Depo Ex. 3) | DEF000693-000738 | | | |
| 172. | | Coding and Compliance Pledge (Martinez Depo Ex. 9) | MARTINEZ000001-000048 | | | |
| 173. | | PVA medical records (Martinez Depo Ex. 9a) | MARTINEZ000049-000274 | | | |
| 174. | | PVA Job Description (Martinez Depo Ex. 10) | DEF000354-000356 | | | |
| 175. | 10/19/2015 | Email from Barbara Burrow to Randi Balch and Lori Rice (Martinez Depo Ex. 12) | DEF000415-000416 | | | |
| 176. | 10/21/2015 | Email from Barbara Burrow to Roberta Martinez (Martinez Depo Ex. 13) | DEF000418 | | | |
| 177. | 04/21/2016 | Email from Barbara Burrow to Roberta Martinez (Martinez Depo Ex. 15) | DEF000437 | | | |
| 178. | 05/03/2016 | Email from B. Burrow to Larina Montejano (Martinez Depo Ex. 16) | DEF000438 | | | |
| 179. | 08/30/2016 | Email from Barbara Burrow to Larina Montejano (Martinez Depo Ex. 18) | DEF000441 | | | |
| 180. | 08/31/2016 | Email from Barbara Burrow to Larina Montejano (Martinez Depo Ex. 17) | DEF000440 | | | |
| 181. | 08/31/2016 | Employee Counseling Statement (Martinez Depo Ex. 19) | DEF000444-000445 | | | |
| 182. | 08/31/2016 | Employee Counseling Statement (Martinez Depo Ex. 20) | DEF000442-000443 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 183. | 08/31/2016 | Email from Barbara Burrow to Larina Montejano (Martinez Depo Ex. 11) | DEF000409-000411 | | | |
| 184. | 08/31/2016 | Email from Barbara Burrow to Larina Montejano (Martinez Depo Ex. 14) | DEF000436 | | | |
| 185. | | PVA medical records (Martinez Depo Ex. 21) | MARTINEZ000048-000078 | | | |
| 186. | | Text messages (Martinez Depo Ex. 22) | MARTINEZ000079-000083 | | | |
| 187. | | Text messages (Martinez Depo Ex. 23) | MARTINEZ000087-000091 | | | |
| 188. | | Text messages (Martinez Depo Ex. 24 and Burnett Depo Ex. 30) | MARTINEZ000096 | | | |
| 189. | | Text messages (Martinez Depo Ex. 25 and Burnett Depo Ex. 29) | MARTINEZ000093-000095 | | | |
| 190. | 12/21/2017 | First Amended Complaint (Martinez Depo Ex. 26) | | | | |
| 191. | 09/12/2019 | Martinez's Responses to Defendant's First Set of Interrogatories (Martinez Depo Ex. 27) | | | | |
| 192. | 02/15/2015 | Alicia Burnett Application for Employment (Burnett Depo Ex. 1) | DEF000002-000005 | | | |
| 193. | | UltrasoundJOBs.com profile (Burnett Depo Ex. 2) | DEF000015-000017 | | | |
| 194. | | 2016 W-2 and earnings summary (Burnett Depo Ex. 3) | DEF001505-001508 | | | |
| 195. | | Notice of application for unemployment benefits (Burnett Depo Ex. 4) | DEF000320 | | | |
| 196. | 12/07/2015 | Letter from PVA to Alicia Gomez (Burnett Depo Ex. 5) | DEF000031-000033 | | | |
| 197. | | PVA Employee Confidentiality/Non-Disclosure Agreement (Burnett Depo Ex. 6) | DEF000740 | | | |
| 198. | | PVA Information Security and Confidentiality Agreement (Burnett Depo Ex. 7) | DEF000741-000742 | | | |
| 199. | | PVA Medical Documentation & Coding Compliance Pledge (Burnett Depo Ex. 8) | DEF000693-000738 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 200. | | Staff Registered Vascular Technologist job summary (Burnett Depo Ex. 9) | DEF000241-000243 | | | |
| 201. | | Lead Staff Registered Vascular Technologist job summary (Burnett Depo Ex. 10) | DEF000245-000247 | | | |
| 202. | | Email from Barbara Burrow entitled *No Longer Need to Use ICD-10 Codes on Reports (*Burnett Depo Ex. 11) | BURNETT000015 | | | |
| 203. | 07/15/2016 | Employee Counseling Statement (Burnett Depo Ex. 12) | DEF000254-000255 | | | |
| 204. | 08/22/2016 | Employee Counseling Statement (Burnett Depo Ex. 13) | DEF000259-000260 | | | |
| 205. | | PVA Registered Vascular Technologist job description (Burnett Depo Ex.14) | DEF000261-000263 | | | |
| 206. | 05/25/2017 | Verbal Warning (Burnett Depo Ex. 15) | DEF000305-000306 | | | |
| 207. | | PVA Leave of Absence Policies (Burnett Depo Ex. 16) | DEF000845-000852 | | | |
| 208. | 06/01/2017 | Email from Carolyn Brensinger to Alicia Burnett (Burnett Depo Ex. 17) | DEF000202-000204 | | | |
| 209. | 07/07/2017 | Email from Alicia Burnett to Carolyn Brensinger (Burnett Depo Ex. 18) | DEF000205 | | | |
| 210. | 07/18/2017 | Email from Alicia Burnett to Carolyn Brensinger (Burnett Depo Ex. 20) | DEF000207-000209 | | | |
| 211. | 07/18/2017 | Email from Carolyn Brensinger to Barbara Burrow and Randi Balch (Burnett Depo Ex. 24) | DEF000219 | | | |
| 212. | | Text messages (Burnett Depo Ex. 25) | DEF000321-000322 | | | |
| 213. | 09/20/2017 | Email from Alicia Gomez to Dru Jones (Burnett Depo Ex. 26) | DEF000309 | | | |
| 214. | 07/10/2017 | Notice of Eligibility and Rights & Responsibilities (Family and Medical Leave Act) (Burnett Depo Ex. 19) | DEF000210-000211 | | | |
| 215. | 07/11/2017 | Certification of Health Care Provider for Family Member's Serious Health | DEF000213-000216 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
|  |  | Condition (Family and Medical Leave Act) (Burnett Depo Ex. 21) |  |  |  |  |
| 216. | 07/18/2017 | Designation Notice (Family and Medical Leave Act) (Burnett Depo Ex. 22) | DEF000206 |  |  |  |
| 217. | 07/18/2017 | PVA FMLA/ADA Approval Designation Acknowledgement Form (Burnett Depo Ex. 23) | DEF000212 |  |  |  |
| 218. | 09/20/2017 | Email from Alicia Burnet regarding FMLA paperwork (Burnett Depo Ex. 27) | DEF000751-000799 |  |  |  |
| 219. |  | PVA patient confidential information (Burnett Depo Ex. 28) | BURNETT000001-000052 |  |  |  |
| 220. |  | Text messages (Burnett Depo Ex. 31) | MARTINEZ000100-000103 |  |  |  |
| 221. | 12/21/2017 | First Amended Complaint (Burnett Depo Ex. 32) |  |  |  |  |
| 222. | 09/13/2019 | Alicia Burnett's Responses to Defendant's First Set of Interrogatories (Burnett Depo Ex. 33) |  |  |  |  |
| 223. |  | Chart of patient 585950 (Burnett Depo Ex. 34) |  |  |  |  |
| 224. |  | Chart of patient 585950 (Burnett Depo Ex. 35) |  |  |  |  |
| 225. |  | First Amended Complaint (Montcrieff Depo Ex. 4) |  |  |  |  |
| 226. |  | Tiffany Montcrieff's Responses to Defendant's First Set of Interrogatories (Montcrieff Depo Ex. 5) |  |  |  |  |
| 227. |  | Montcrieff's document production (Montcrieff Depo Ex. 6) | MONTCRIEFF000001-000739 |  |  |  |
| 228. |  | Medical Records of patient 585950 (Montcrieff Depo Ex. 7) |  |  |  |  |
| 229. |  | Robert D. Church document production PDF (Church Depo Ex. 1) | CHURCH000002-002204 |  |  |  |
| 230. |  | Robert D. Church document production for Deposition (Church Depo Ex. 2) | CHURCH000002-002220 |  |  |  |
| 231. |  | Defendant's Notice of Intention to Take Oral/Videotaped Deposition Duces Tecum of Robert D. Church, Jr. (Church Depo Ex. 3) |  |  |  |  |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 232. | | Seven Tips for Diagnostic Radiology Coding – AAPC  Knowledge Center (Church Depo Ex. 6) | | | | |
| 233. | | Section 6401 Affordable Care Act (Church Depo Ex. 7) | | | | |
| 234. | | Defendant's Notice of Intention to Take Oral/Videotaped Deposition Duces Tecum of James E. Alexander, Jr. (Alexander Depo Ex. 1) | | | | |
| 235. | | Exhibits to Expert Report of James E. Alexander, Jr., M.D. (Alexander Depo Ex. 5) | | | | |
| 236. | 03/01/2017 | Account Inquiry for Patient 580210 (Alexander Depo Ex. 6) | | | | |
| 237. | 08/16/2017 | Cerebrovascular Duplex Scan for Patient 580210 (Alexander Depo Ex. 7) | | | | |
| 238. | | Defendant's Notice of Intention to Take Oral/Videotaped Deposition Duces Tecum of Zachary Nye, Ph.D. (Nye Depo Ex. 1) | | | | |
| 239. | | Zachary Nye Retainer Letter, Invoices and Fees (Nye Depo Ex. 2) | NYE 00025-00051 | | | |
| 240. | | Photographs of Peripheral Vascular Associates | DEF0162982-0163021 | | | |
| 241. | | 2018 Medicare Part B Fee Schedule - Texas Locality 99 | DEF0163025-0163370 | | | |
| 242. | | Medical Records of Patient 813970 | DEF0163371-0163376 | | | |
| 243. | | Medical Records of Patient 93809 | DEF0163377-0163380 | | | |
| 244. | | Medical Records of Patient 23693 | DEF0163381-0163385 | | | |
| 245. | | Medical Records of Patient 18749 | DEF0163386-0163390 | | | |
| 246. | | Medical Records of Patient 7697 | DEF0163391-0163396 | | | |
| 247. | | Medical Records of Patient 51121 | DEF0163531-0163543 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 248. | | Medical Records of Patient 15533 | DEF0163397-0163401 | | | |
| 249. | | Medical Records of Patient 38578 | DEF0163402-0163407 | | | |
| 250. | | Medical Records of Patient 39851 | DEF0163408-0163414 | | | |
| 251. | | Medical Records of Patient 206130 | DEF0163415-0163421 | | | |
| 252. | | Medical Records of Patient 151970 | DEF0163422-0163435 | | | |
| 253. | | Medical Records of Patient 99813 | DEF0163436-0163442 | | | |
| 254. | | Medical Records of Patient 21765 | DEF0163443-0163449 | | | |
| 255. | | Medical Records of Patient 21881 | DEF0163450-0163460 | | | |
| 256. | | Medical Records of Patient 343030 | DEF0163461-0163471 | | | |
| 257. | | Medical Records of Patient 141010 | DEF0163472-0163477 | | | |
| 258. | | Medical Records of Patient 849 | DEF0163478-0163484 | | | |
| 259. | | Medical Records of Patient 4930 | DEF0163485-0163490 | | | |
| 260. | | Medical Records of Patient 19049 | DEF0163491-0163496 | | | |
| 261. | | Medical Records of Patient 84672 | DEF0163497-0163503 | | | |
| 262. | | Medical Records of Patient 250340 | DEF0163504-0163509 | | | |
| 263. | | Medical Records of Patient 39922 | DEF0163510-0163515 | | | |
| 264. | | Medical Records of Patient 31964 | DEF0163516-0163522 | | | |
| 265. | | Medical Records of Patient 17318 | DEF0163523-0163530 | | | |
| 266. | | Medical Records of Patient 1444 | DEF0163544-0163553 | | | |
| 267. | | Medstreaming Portal View of Medical Records of Patients 1045480, 883870, 926360 | DEF0163554-0163558 | | | |
| 268. | | Medical Records of Patient 82300 | DEF0163559-0163566 | | | |
| 269. | | Medical Records of Patient 929470 | DEF0163567-0163573 | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 270. | 07/11/2017 | ACR letter to Novitas | DEF0163596-0163600 | | | |
| 271. | | Medicare Benefit Policy Manual Chapter 15 80.6.1 definitions of order and what must be signed | DEF0163601-0163603 | | | |
| 272. | | Local Coverage Determination (LCD) Non-Invasive Cerebrovascular Arterial Studies (L35397) | DEF0163604-0163617 | | | |
| 273. | | Physicians Fee Schedule Code & Search 93922 26 | DEF0163618-0163619 | | | |
| 274. | | Physicians Fee Schedule Code and Search 93922 TC | DEF0163620-0163621 | | | |
| 275. | | Novitas - Medical Review Signature Requirements | DEF0163622-0163626 | | | |
| 276. | | Medstreaming Screenshot – Exam Browser | DEF0163627 | | | |
| 277. | | Medical Records of Patient 699490 | BURNETT000194 | | | |
| 278. | | Medical Records of Patient 986280 | BURNETT000249 | | | |
| 279. | 01/10/2017 | Medical Records of Patient 162630 | BURNETT000261-000268 | | | |
| 280. | 05/27/2016 | DT Tech Meeting agenda with handwritten notes | BURNETT000327 | | | |
| 281. | | Peripheral Vascular Associates Information Security and Confidentiality Agreement | BURNETT000331-000332 | | | |
| 282. | 09/07/2017 | Bypass Worksheet | BURNETT000544 | | | |
| 283. | 09/02/2016 | Employee Counseling Statements for Roberta Martinez | MARTINEZ000134-000137 | | | |
| 284. | | Medical Records of Patient 107998 | MARTINEZ000277 | | | |
| 285. | | Medicare Claims Processing Manual Chapter 13 – Radiology Services and Other Diagnostic Procedures | MONTCREIFF000766-000844 | | | |
| 286. | 12/29/2011 | DHHS CMS Manual System Pub 100-02 Medicare Benefit Policy | MONTCREIFF000992-001002 | | | |
| 287. | | Peripheral Vascular Associates Renal Artery Duplex Protocol | MONTCREIFF001888-001890 | | | |
| 288. | | CPT 2020 Professional Edition | | | | |
| 289. | | Documents used for rebuttal or impeachment that are not listed above | | | | |

| Defendant's Trial Exhibit List | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Date | Description | Bates Number | Obj. | Adm. | Den. |
| 290. | | Documents identified by Plaintiffs that are not listed above | | | | |

Respectfully submitted,


By: */s/ Sean McKenna*
     Sean McKenna
     State Bar No. 24007652
     smckenna@spencerfane.com
     Mark A. Cole
     *Admitted Pro Hac Vice*
     mcole@spencerfane.com
SPENCER FANE LLP
2200 Ross Avenue, Suite 4800 West
Dallas, Texas 75201
Telephone: 214-459-5890
Facsimile: 214-750-3612


     Stephen J. Romero
     State Bar No. 24046756
     stephen.romero@nortonrosefulbright.com
     Jeff Wurzburg
     State Bar No. 24105140
     jeff.wurzburg@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
Frost Tower 111 W. Houston Street, Suite 1800 San Antonio, Texas 78205
Telephone: 210-224-5575
Facsimile: 210-270-7205


Counsel for Peripheral Vascular Associates, P.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2021, I caused this pleading to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Justin T. Berger
Sarvenaz J. Fahimi
Cotchett Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, California  94010

Wallace M. Brylak, Jr.
Brylak & Associates
15900 La Cantera Parkway, Suite 19245
San Antonio, Texas  78256

AUSA John M. Deck
United States Attorney's Office for the Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

*/s/ Sean McKenna*
Sean McKenna