# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. TIFFANY MONTCRIEFF, ROBERTA MARTINEZ, and ALICIA BURNETT,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PERIPHERAL VASCULAR ASSOCIATES P.A.,**<br><br>Defendant. | Civil Action No. SA-17-CV-00317-XR |

**RELATORS' SPECIAL INTERROGATORIES AND PROPOSED VERDICT FORM**

**Question 1a – "Wrong Provider" Claims**

Do you find by a preponderance of the evidence that PVA's submission of false claims for "Testing Only" patients was material?

☐   ☐

**Question 1b – "Wrong Provider" Claims**

If you answered "Yes" to Question 1a above, specify the total number of claims submitted by PVA to Medicare or TriCare where the name of the physician on the claim did not match the name of the physician who signed the report.

Number of false or fraudulent claims: _____

**Question 1c – "Wrong Provider" Claims**

If you answered "Yes" to Question 1a above, specify the total amount, in dollars, of damages which you find Plaintiffs have proved by a preponderance of the evidence that the United States has sustained because of PVA's submission of "Wrong Provider" claims.

Damages in the Amount of $ _____

**Question 2a – "Testing Only" Claims**

Do you find by a preponderance of the evidence that PVA's submission of false claims for "Testing Only" patients was material?

☐    ☐

**Question 2b - "Testing Only" Claims**

If you answered "Yes" to Question 2a above, specify the total number of false claims that PVA submitted to Medicare or TriCare for "Testing Only" patient.

Number of false or fraudulent claims: _____

**Question 2c – "Testing Only" Claims**

If you answered "Yes" to Question 2a above, specify the total amount, in dollars, of damages which you find Plaintiffs have proved by a preponderance of the evidence that the United States has sustained because of PVA's submission of false claims for "Testing Only" patients.

Damages in the Amount of $ _____

**Question 3a – "Double Billing" Claims**

Do you find by a preponderance of the evidence that PVA's submission of false claims for "Double Billing" was material?

☐   ☐

**Question 3b - "Double Billing" Claims**

If you answered "Yes" to Question 3a above, specify the total number of "Double Billing" false claims that PVA submitted to Medicare or TriCare.

Number of false or fraudulent claims: _____

**Question 3c – "Double Billing" Claims**

If you answered "Yes" to Question 3a above, specify the total amount, in dollars, of damages which you find Plaintiffs have proved by a preponderance of the evidence that the United States has sustained because of PVA's submission of "Double Billing" false claims.

Damages in the Amount of $ _____