# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> ex rel. TIFFANY MONTCRIEFF, § <br> ROBERTA MARTINEZ, and ALICIA § <br> BURNETT, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PERIPHERAL VASCULAR § <br> ASSOCIATES P.A., § <br> § <br> Defendant. § | Civil Action No. SA-17-CV-00317-XR |

## UNITED STATES' STATEMENT OF INTEREST

Although the government did not intervene in this case and is not a party, the government remains the real party in interest. *See* 31 U.S.C. § 3730(d). The government submits this statement of interest to notify the Court about an issue raised by Defendant Peripheral Vascular Associates, P.A. (PVA). *See* 28 U.S.C. § 517 (authorizing statements of interest).

In PVA's Motion to Reconsider Granting of Relators' Motions in Limine (Dkt. 175), PVA referenced a meeting on August 22, 2018. One of the attendees was Tomas Gonzales, a Special Agent with the U.S. Department of Health and Human Services, Office of Inspector General (HHS-OIG). After the meeting, Mr. Gonzales prepared a Report of Investigation Activity about the meeting.

Yesterday evening, counsel for the United States confirmed that on November 25, 2019, HHS-OIG produced this Report of Investigation Activity to PVA in response to a request under the Freedom of Information Act. For the Court's benefit, the government submits HHS-OIG's response to PVA's FOIA request including the Report. *See* Exhibit 1 at 23.

Dated: February 4, 2022

Respectfully submitted,

ASHELY C. HOFF
United States Attorney

By:  /s/ John M. Deck
JOHN M. DECK
Assistant United States Attorney
Texas Bar No. 24074120
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7388
Fax: (210) 384-7322
Email: john.deck@usdoj.gov
*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Justin T. Berger
Sarvenaz J. Fahimi
Cotchett Pitre & McCarthy LLP
840 Malcolm Road
Burlingame, CA 94010

Sean R. McKenna
Mark A. Cole
Lauren Nelson
SPENCER FANE LLP
2200 Ross Avenue, Suite 4800 West
Dallas, Texas 75201

Wallace M. Brylak, Jr.
Brylak Law
15900 La Cantera Pkwy.,
Suite 19245
San Antonio, TX 78256

Jeff J. Wurzburg
Senior Counsel
Locke Lord LLP
600 Congress Ave., Suite 2200
Austin, TX 78701

/s/ John M. Deck
John M. Deck
Assistant United States Attorney