

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TIFFANY MONTCRIEFF, RELATOR; ROBERTA A. MARTINEZ, RELATOR; AND ALICIA BURNETT, RELATOR, *Plaintiffs,* <br><br> v. <br><br> PERIPHERAL VASCULAR ASSOCIATES, P.A., *Defendant.* | § § § § § § § § § § § | SA-17-CV-00317-XR |

## VERDICT FORM

Answer Questions 1 **AND** 2.

**Question No. 1**

Did Plaintiffs Tiffany Montcrieff, Roberta A. Martinez, and Alicia Burnett prove by a preponderance of the evidence that the "Testing Only" false claims Defendant Peripheral Vascular Associates, P.A. submitted to Medicare were material?

Yes ✓

No ____

**Question No. 2**

Did Plaintiffs Tiffany Montcrieff, Roberta A. Martinez, and Alicia Burnett prove by a preponderance of the evidence that the "Testing Only" false claims Defendant Peripheral Vascular Associates, P.A. submitted to Medicare caused the United States Government to pay out money or to forfeit moneys due (i.e., that involved a claim)?

Yes ✓

No ____

If you answered "Yes" to Questions 1 **AND** 2, then answer Questions 3 **AND** 4. Otherwise, do **NOT** answer Questions 3 **AND** 4, and proceed to Questions 5 **AND** 6.

**Question No. 3**

How many "Testing Only" false claims submitted by Defendant Peripheral Vascular Associates, P.A. to Medicare caused the United States Government to pay out money or to forfeit moneys due (i.e., that involved a claim)?

Number: _2,755_

**Question No. 4**

What amount, in dollars, of damages to the United States Government do you find that Plaintiffs Tiffany Montcrieff, Roberta A. Martinez, and Alicia Burnett proved by a preponderance of the evidence because of the "Testing Only" false claims Defendant Peripheral Vascular Associates, P.A. submitted to Medicare?

$ _408,765._

Answer Questions 5 **AND** 6.

**Question No. 5**

Did Plaintiffs Tiffany Montcrieff, Roberta A. Martinez, and Alicia Burnett prove by a preponderance of the evidence that the "Double Billing" false claims Defendant Peripheral Vascular Associates, P.A. submitted to Medicare were material?

Yes ✓

No _____

**Question No. 6**

Did Plaintiffs Tiffany Montcrieff, Roberta A. Martinez, and Alicia Burnett prove by a preponderance of the evidence that the "Double Billing" false claims Defendant Peripheral Vascular Associates, P.A. submitted to Medicare caused the United States Government to pay out money or to forfeit moneys due (i.e., that involved a claim)?

Yes ✓

No _____

If you answered "Yes" to Questions 5 **AND** 6, then answer Questions 7 **AND** 8. Otherwise, do **NOT** answer Questions 7 **AND** 8.

**Question No. 7**

How many "Double Billing" false claims submitted by Defendant Peripheral Vascular Associates, P.A. to Medicare caused the United States Government to pay out money or to forfeit moneys due (i.e., that involved a claim)?

Number: __4,625__

**Question No. 8**

What amount, in dollars, of damages to the United States Government do you find that Plaintiffs Tiffany Montcrieff, Roberta A. Martinez, and Alicia Burnett proved by a preponderance of the evidence because of the "Double Billing" false claims Defendant Peripheral Vascular Associates, P.A. submitted to Medicare?

$ __2,319,434.__

## VERDICT CERTIFICATE

We, the Jury, find in this case, unanimously, as indicated in then answers to the foregoing Questions.

**SIGNED** at San Antonio, Texas, on this 16th of February, 2022.

_____        _____
Printed Name of Foreperson                    Signature of Foreperson

5