IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX. REL.; TIFFANY MONTCRIEFF, RELATOR; ROBERTA A. MARTINEZ, RELATOR; AND ALICIA BURNETT, RELATOR,<br>　　　　*Plaintiffs,*<br><br>v.<br><br>PERIPHERAL VASCULAR ASSOCIATES, P.A.,<br>　　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-17-CV-00317-XR |

**ORDER**

On this day the Court considered the status of this case. This case is set for a status conference on **Tuesday, February 22, 2022** at **10:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the status conference will be conducted.

It is so **ORDERED**.

**SIGNED** this February 17, 2022.

　　　　　　　　　　　　　　　　　　XAVIER RODRIGUEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE