**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX. REL.; TIFFANY MONTCRIEFF, RELATOR; ROBERTA A. MARTINEZ, RELATOR; AND ALICIA BURNETT, RELATOR, | § § § § § | SA-17-CV-00317-XR |
| *Plaintiffs,* | § § | |
| v. | § § § | |
| PERIPHERAL VASCULAR ASSOCIATES, P.A., | § § § | |
| *Defendant.* | § § § | |

## ORDER

On this date, the Court considered the status of this case. The Court hereby **SETS** the following deadlines:

No later than March 8, 2022, Defendant must file its Renewed Motion for Judgment as a Matter of Law. A response to Defendant's Renewed Motion for Judgment as a Matter of Law must be filed no later than March 15, 2022, and any reply must be filed no later than March 22, 2022.

No later than March 8, 2022, Relators must file their Motion for Statutory Damages. A response to Relator's Motion for Statutory Damages must be filed no later than March 15, 2022, and any reply must be filed no later than March 22, 2022.

It is so **ORDERED**.

**SIGNED** this February 23, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE